ORIGINAL





1  MARTIN D. BERN (State Bar No. 153203)
   Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (State Bar No. 194174)
   Malcolm.Heinicke@mto.com
3  PAUL J. KATZ (State Bar No. 243932)
   Paul.Katz@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
6  Telephone:   (415) 512-4000
   Facsimile:    (415) 512-4077

7
   Attorneys for Defendant
8  GUARDSMARK, LLC

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO/OAKLAND DIVISION   **BZ**

12

13 | JOEL ASSEKO, ALFREDO RITA, and     CASE NO. **C 07 4367**
   | ALEX SHPAK, individually and on behalf
14 | of all other similarly situated,          **CERTIFICATE OF INTERESTED ENTITIES**
15 |                Plaintiffs,
   |                                           [LOCAL RULE 3-16]
16 |         vs.
17 | GUARDSMARK GP, LLC,
   | GUARDSMARK, LLC, GUARDSMARK,
18 | INC., GUARDSMARK HOLDINGS,
   | INC., and DOES 1-25,
19 |
   |                Defendants.
20



3506776.1                                           CERTIFICATE OF INTERESTED ENTITIES

1  Pursuant to Federal Rule of Civil Procedure Section 7.1 and Local Rule 3-16, the undersigned counsel of record for Defendant Guardsmark, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a pecuniary interest in the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Guardsmark, LLC, Defendant;
- Guardsmark Holdings, Inc., part owner of Guardsmark , LLC:
- Lipman Brothers partnership, part owner of Guardsmark, LLC.

DATED: August 23, 2007

MUNGER, TOLLES & OLSON LLP
MARTIN D. BERN
MALCOLM A. HEINICKE
PAUL J. KATZ

By: _____
MARTIN D. BERN

Attorneys for Defendants
GUARDSMARK, LLC

3506776.1                                       - 1 -                    CERTIFICATE OF INTERESTED ENTITIES