ORIGINAL

1  MARTIN D. BERN (State Bar No. 153203)
   Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (State Bar No. 194174)
   Malcolm.Heinicke@mto.com
3  PAUL J. KATZ (State Bar No. 243932)
   Paul.Katz@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
6  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
7
   Attorneys for Defendant
8  GUARDSMARK, LLC

FILED
07 AUG 23 PM 3:14
MICHAEL W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

BZ

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GUARDSMARK GP, LLC, GUARDSMARK, LLC, GUARDSMARK, INC., GUARDSMARK HOLDINGS, INC., and DOES 1-25,<br><br>Defendants. | CASE NO. C 07 4367<br><br>**CORPORATE DISCLOSURE STATEMENT** |

3506635.1                                              CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure Section 7.1, Defendant Guardsmark,
2  LLC declares that it has no parent company and that no publicly held company owns ten percent
3  (10%) or more of its stock

4

5  DATED: August 23, 2007

    MUNGER, TOLLES & OLSON LLP
       MARTIN D. BERN
       MALCOLM A. HEINICKE
       PAUL J. KATZ

By: _____
    MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

3506635.1                    - 1 -                    CORPORATE DISCLOSURE STATEMENT