ORIGINAL

1  MARTIN D. BERN (SBN 153203)
   martin.bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
   malcolm.heinicke@mto.com
3  PAUL J. KATZ (SBN 243932)
   paul.katz@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
6  Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
7
   Attorneys for Defendant
8  GUARDSMARK, LLC.


FILED
AUG 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9            UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA
11           SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK GP, LLC, GUARDSMARK, LLC, GUARDSMARK, INC., GUARDSMARK HOLDINGS, INC., and DOES 1-25,<br><br>Defendant. | CASE NO. C 07 4367 BZ<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>(San Francisco County Superior Court Case No. CGC 07 - 463846)  |

21    I, Julie W. Lunsford, certify and declare:

22    I am over the age of 18 and not a party to the within cause. I am employed by

23  Munger, Tolles & Olson LLP in the City and County of San Francisco, State of California. My

24  business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-

25  2907.

26    On August 23, 2007, I served true copies of the document entitled:

27    **NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT,**

28

3354484.1

CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY; Case No. C 07 4367 BZ

1  a copy of which is attached to this Certificate (without Exhibits), by placing it in an addressed
2  sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown
3  below and placed said envelope(s) in interoffice mail for collection and deposit with the United
4  States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on
5  that same date, following ordinary business practices:

6      Christopher R. Robyn                   Matthew P. Digesti
    Heinz Robyn & Digesti LLP           Law Offices of Laurence Peter Digesti
7      1113 Adella Avenue, Suite 100        485 W. Fifth Street
8      Coronado, CA 92118                      Reno, NV 89503

9         I am familiar with Munger, Tolles & Olson LLP's practice for collection and
10  processing correspondence for mailing with the United States Postal Service; in the ordinary
11  course of business, correspondence placed in interoffice mail is deposited with the United States
12  Postal Service with first class postage thereon fully prepaid on the same day it is placed for
13  collection and mailing.
14         I declare that I am employed in the office of a member of the bar of this court at
15  whose direction the service was made.
16         I declare under penalty of perjury that the foregoing is true and correct. Executed
17  on August 24, 2007, at San Francisco, California.

                                            *Julie W. Lunsford* (signature)
                                            Julie W. Lunsford

| | |
|---|---|
| 1   MARTIN D. BERN (SBN 153203)<br>     Martin.Bern@mto.com<br>2   MALCOLM A. HEINICKE (SBN 194174)<br>     Malcolm.Heinicke@mto.com<br>3   PAUL J. KATZ (SBN 243932)<br>     Paul.Katz@mto.com<br>4   MUNGER, TOLLES & OLSON LLP<br>     560 Mission Street<br>5   Twenty-Seventh Floor<br>     San Francisco, CA 94105-2907<br>6   Telephone:  (415) 512-4000<br>     Facsimile:  (415) 512-4077<br>7<br>     Attorneys for Defendant<br>8   GUARDSMARK, LLC | ENDORSED FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br><br>AUG 2 3 2007<br><br>GORDON PARK-LI, CLERK<br>BY: _____<br>          Deputy Clerk |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK GP, LLC, GUARDSMARK, LLC, GUARDSMARK, INC., GUARDSMARK HOLDINGS, INC., and DOES 1-25,<br><br>Defendant. | CASE NO. CGC 07 - 463846<br><br>**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**<br><br>Complaint Filed:  May 31, 2007<br>Trial Date:       None Set |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN FRANCISCO AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 23, 2007, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and the Labor Management Relations Act, defendant Guardsmark, LLC removed this action to the United States District Court for the Northern District of California. A

3523898.1

NOTICE OF REMOVAL OF ACTION

1  true and correct copy of the Notice of Removal is attached hereto as Exhibit A.

2  PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the Northern District of California, together with the filing of a copy of the Notice of Removal with this Court, effects removal of this action, and the above-captioned court may proceed no further unless and until the case is remanded.

DATED: August 23, 2007

MUNGER, TOLLES & OLSON LLP
MARTIN D. BERN
MALCOLM A. HEINICKE
PAUL J. KATZ

By: _____
MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

3523898.1

- 2 -

NOTICE OF REMOVAL OF ACTION