MARTIN D. BERN (State Bar No. 153203)
Martin.Bern@mto.com
MALCOLM A. HEINICKE (State Bar No. 194174)
Malcolm.Heinicke@mto.com
PAUL J. KATZ (State Bar No. 243932)
Paul.Katz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GUARDSMARK GP, LLC, GUARDSMARK, LLC, GUARDSMARK, INC., GUARDSMARK HOLDINGS, INC., and DOES 1-25,<br><br>Defendants. | CASE NO.  C 07 4367 BZ<br><br>**CERTIFICATE OF SERVICE BY U.S. MAIL** |

## CERTIFICATE OF SERVICE BY U.S. MAIL

I, Julie W. Lunsford, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the City and County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On August 28, 2007, I served a true copy of the attached documents entitled:

1. **ECF Registration Information handout;**
2. **Welcome to The U.S. District Court, San Francisco;**
3. **Notice of Assignment of Case to United States Magistrate Judge For Trial; and**
4. **Public Notice re Magistrate Judge**

by placing them in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

| | |
|---|---|
| Christopher R. Robyn | Laurence P. Digesti |
| Heinz Robyn & Digesti LLP | Law Offices of Laurence Peter Digesti |
| 1113 Adella Avenue, Suite 100 | 485 W. Fifth Street |
| Coronado, CA 92118 | Reno, NV 89503 |

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

//

//

3527707.1          - 1 -          CERTIFICATE OF SERVICE

1 |       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I also declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2007, at San Francisco, California.

                                                                */s/ Julie W. Lunsford*
                                                                 Julie W. Lunsford