# EXHIBIT 1

ATE OF CALIFORNIA
ANDARD AGREEMENT AMENL            T
) 213 (Rev 09/01)

| | |
|---|---|
| | **AGREEMENT NUMBER**<br>**3043365, Am. 1** |

This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

**Department of General Services, Real Estate Services Division, Building & Property Mgmt. Branch**

CONTRACTOR'S NAME

**GUARDSMARK, GP**

| | |
|---|---|
| The term of this Agreement is: | December 1, 2001 to November 30, 2004 |
| This Amendment adds the following amount to the Agreement: | $610,960 |
| The maximum amount of this Agreement after this amendment is: | $3,730,960 |

The parties mutually agree to this amendment as follows. All actions noted below are by this reference made a part of the Agreement and incorporated herein:

## SECURITY GUARD SERVICES
### SAN FRANCISCO CIVIC CENTER -- 455 GOLDEN GATE AVENUE, SAN FRANCISCO, CA

ontract Number 3043365 is hereby Amended as follows:

e hourly rate table shown in Exhibit A, SCOPE OF WORK, Item 2, INVOICING, is hereby amended as follows:

| Classification | Hourly rate | | Classification | Hourly Rate |
|---|---|---|---|---|
| Security Officer I | $18.42 | | Supervisor II | $23.48 |
| Security Officer II | $20.28 | | Senior Supervisor I | $28.68 |
| Supervisor I | $21.88 | | Senior Supervisor II | $29.98 |

The State maintains the right to substitute the Supervisor for the Security Officer.

is amendment adds an additional $610,960 for the remainder of the term to fund the mandated benefit yments, public demonstrations, gate breaking and scheduled functions in and around the facility.

cept as amended herein, all other terms and conditions of the original agreement shall remain in full ce and effect.

I WITNESS WHEREOF, this Agreement has been executed by the parties hereto.

| CONTRACTOR | | | CALIFORNIA<br>**Department of General Services**<br>Use Only |
|---|---|---|---|
| CONTRACTOR'S NAME (If other than an individual, state whether a corporation, partnership, etc.) | | | |
| uardsmark, GP | | | |
| (Authorized Signature)<br>[signature] | DATE SIGNED)<br>7/4/03 | APPROVED<br>For Execution<br>BY<br>BY<br>By | |
| NTED NAME AND TITLE OF PERSON SIGNING<br>ARETH C. LEVITON, VICE PRESIDENT | | | **APPROVED** |
| DRESS<br>44 Montgomery Street, Suite 700, San Francisco, CA  94104-3314 | | | JUL 3 1 2003 |
| **STATE OF CALIFORNIA** | | | DEPT OF GENERAL SERVICES |
| ENCY NAME<br>partment of General Services, Real Estate Services Division<br>lding & Property Management Branch | | | |
| (Authorized Signature)<br>[signature] | DATE SIGNED<br>7/1/03 | | [signature] |
| NTED NAME AND TITLE OF PERSON SIGNING<br>chelle Ogata, Assistant Chief | | | |
| DRESS<br>7 3rd Street, Suite 5-105, West Sacramento, CA  95605 | | | Exempt per _____ |

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 04/01)

| | |
|---|---|
| | AGREEMENT NUMBER<br>**3043365** |

1. This Agreement is entered into between the State Agency and the Contractor named below:

   STATE AGENCY'S NAME

   **Department of General Services, Real Estate Services Division, Building & Property Mgmt. Branch**

   CONTRACTOR'S NAME

   **GUARDSMARK, INC.**

2. The term of this Agreement is:       **December 1, 2001 to November 30, 2004**

3. The maximum amount of this Agreement is:   **$3,120,000.00**    **(for regularly scheduled service)**

4. The parties agree to comply with the terms and conditions of the following exhibits which are by this reference made a part of the Agreement:

**SECURITY GUARD SERVICES
SAN FRANCISCO CIVIC CENTER
455 GOLDEN GATE AVENUE, SAN FRANCISCO, CA**

| | | |
|---|---|---|
| Exhibit - A - | Scope of Work | 8 pages |
| Exhibit - B - | Budget Detail and Payment Provisions | 1 page |
| Exhibit - C* - | General Terms and Conditions – Go to www.dgs.ca.gov/contracts. | GTC 201 |
| Exhibit - D - | Supplemental Conditions | 1 page |

Items shown with an Asterisk (*), are hereby incorporated by reference and made part of this agreement as if attached hereto.

**IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.**

| CONTRACTOR | CALIFORNIA<br>Department of General Services<br>Use Only |
|---|---|
| CONTRACTOR'S NAME (If other than an individual, state whether a corporation, partnership, etc.)<br>**Guardsmark, Inc.**<br><br>BY (Authorized Signature)<br>x _____   DATE SIGNED)<br>   4/15/02   | APPROVED<br>For Execution<br>By _____<br>By _____ |
| PRINTED NAME AND TITLE OF PERSON SIGNING<br>**IRA A. LIPMAN, PRESIDENT** | **APPROVED**<br><br>APR 25 2002<br><br>DEPT OF GENERAL SERVICES |
| ADDRESS<br>44 Montgomery Street, Suite 700<br>San Francisco, CA   94104-3314 | |
| STATE OF CALIFORNIA | |
| AGENCY NAME<br>Department of General Services, Real Estate Services Division<br><br>BY (Authorized Signature)     DATE SIGNED<br>   4-23-02 | |
| PRINTED NAME AND TITLE OF PERSON SIGNING<br>Timothy Bow, Chief | ☐ Exempt per _____ |
| ADDRESS<br>707 3rd Street, Suite 5-105, West Sacramento, CA   95605 | |

JAN-25-07 16:18 From:C. H. S. N. C.          5106223265          T-442 P.41/49 Job-620

## EXHIBIT A

## SCOPE OF WORK

### SECURITY GUARD SERVICES
### SAN FRANCISCO CIVIC CENTER
### 455 GOLDEN GATE AVENUE, SAN FRANCISCO, CA

## CONTRACTOR AGREES TO PROVIDE:

Contractor will furnish all uniformed labor and incidental clerical supplies necessary to provide unarmed security guard services in accordance with the terms and conditions set forth in this agreement.

1.  **PROJECT MONITOR:** Mr. Nick Cimino, Regional Building Manager, is assigned as the State Project Monitor for the contract. Mr. Cimino is not authorized by the State to make any commitments or make any changes which will affect the price, terms, or conditions of the contract. The State reserves the right to designate a replacement for the State Project Monitor. The Contractor will be provided with written notice of any such change. Mr. Cimino's phone number is (415) 703-4952.

2.  **INVOICING:** Contractor has indicated the following hourly rates will be invoiced to the State for regularly scheduled service:

    | Classification | Hourly Rate |
    | --- | --- |
    | Security Officer | $16.03 |
    | Supervisor | $18.42 |
    | Senior Supervisor | $23.38 |

    Payments shall be made to the Contractor, monthly, in arrears, upon receipt of itemized weekly invoices in triplicate. Written/approved overtime and holiday rates will be invoiced and paid by the State at a factor of 1.5 times the unit hourly rate. Holidays include New Year's Day; Memorial Day, Independence Day, Labor Day, Thanksgiving Date and Christmas Day. The rates for services rendered pursuant to this Agreement may be changed during the term of this contract upon mutual agreement of both parties.

    Invoices shall include the contract number, dates of service and number of hours billed. Invoices to be made out to:

    > Department of General Services, Building & Property Management Branch

    Invoices to be submitted to:

    > Cynthia Harris, Office Technician
    > Building and Property Management Branch
    > 505 Van Ness Avenue, Suite 2012
    > San Francisco, CA 94102

3.  **Holidays:** Unless expressly required, no work will be performed on State holidays. The Building Manager's Office will provide Contractor with a list of the current State holidays for each year.

4.  **GUARDS REQUIREMENTS:**  Guards must have adequate experience for their assignments under this agreement. Guards must have at the time of assignment, guard registration cards issued by the California Department of Consumer Affairs. All guards assigned to work under this agreement must have been found to be in good physical condition for the work they are to perform. Guards must be fully capable of performing work requiring moderate to arduous physical exertion under either normal or emergency conditions.  Guards must be mentally alert and capable of exercising good judgement, implementing instructions, and assimilating necessary specialized training.

Prior to their initial assignment, guards are required to have received, in addition to any Department of Consumer Affairs required training:

*   Training in security and emergency procedures, crowd control, and public relations.

5.  **POST INSTRUCTIONS:**  The security guards will, at all times, be familiar with, but not limited to, the following specific post instructions:

*   Emergency telephone numbers
*   Emergency fire and fire alarm procedures
*   Emergency intrusions alarm procedures
*   Floor plans (location of alarms and alarmed doors)
*   Medical emergencies
*   Elevator emergencies/malfunctions
*   Bomb threats
*   Earthquakes
*   Access Control
*   Deliveries
*   Equipment removal policy and procedures
*   Building patrol procedures
*   Life/safety systems.

6.  **UNIFORMS:**  All security guards will be uniformed in blue blazer, gray pants, tie, black shoes, and white shirt. All uniform and auxiliary equipment must be approved by the State.  Any changes in the uniform style or color shall be approved by the State and provided by Contractor at no additional cost to the State.

7.  **REQUIRED AND PROHIBITED ACTIVITIES:**
The contractor shall ensure that all assigned guards meet the following standards of conduct and appearance:
A.   Maintain clean and neat appearance and a courteous attitude.
B.   Guards shall keep their uniforms in good conditions, cleaned and pressed, and shall wear a complete uniform while on duty.
C.   The guards shall keep all uniforms clean and in good condition.
D.   The security guard shall maintain high visibility, answer routine questions for directions and handle minor problems.

While on duty on the State facility, guards shall not:

A.  Listen to radios or any other audio medium which is not job related.
B.  Watch television
C.  Read any materials which are not job related.
D.  Use State telephones for other than State business
E.  Leave their area of responsibility
F.  Entertain personal visitors
G.  Be under the influence of illegal drugs or alcohol
H.  Be under the influence of prescribed medications which may affect job performance
I.  Display a discourteous, abrasive, or belligerent attitude
J.  Sleep

8.  **REPORTING:**

Security guards shall complete all required security reports which are required by the State.  Written reports are required weekly, plus a monthly report of activities.  These reports are to be submitted to the Building Manager.  Reports shall include, but not be limited to:

A.  Identify any exterior doors not properly secured.  If the situation is of a suspicious nature, the appropriate law enforcement agency should be notified.
B.  Identify any exterior doors with defective hardware which might affect building security.
C.  Report any incidents affecting the safety or security of the building or occupants.
D.  Report any defective exterior lights.
E.  Note any areas where staff is working after hours.
F.  Report unusual circumstances, suspicious persons and any other problems encountered to this appropriate law enforcement agency.
G.  Assault, burglary, robbery, vandalism or any suspicious activities shall be reported to the appropriate law enforcement agency.  If an emergency dial 911.
H.  A seriously injured or ill person, i.e. heart attack, stroke, or seizure, should be reported by calling 911.
I.  Fire or smoke:  Call 911 and alert building occupants.
J.  Electrical outages, broken pipes, smashed windows, etc., notify those persons designated by the State and request that Building & Property Management be notified in order to effect immediate repairs.
K.  The contractor will complete all reports dealing with security, law violation, injury and appropriate incident reports as required.

The Building Manager shall be immediately notified at (415) 703-4852 by the Area Supervisor of any of the following occurrences:

A.  Any major security/safety conditions occurring in the facility, i.e. fire, felony crimes.
B.  Any employee of the Contractor (assigned to this facility) who is arrested or otherwise becomes the focus of a criminal investigation.
C.  Any complaints made about an employee of the Contractor assigned to court security by the court clerk or any justice of the court.
D.  Any criminal, observed safety, or observed health hazard occurs at the facility which could affect the court operation.

350 McAllister – 2 Units
455 Golden Gate – 3 Units

POST ORDERS

| LOCATION | RECOMMENDED COVERAGE | HOURS PER DAY | DAYS PER WEEK | TOTAL HOURS PER WEEK |
|---|---|---|---|---|
| 350 McAllister Entrance (2 x ray Magnatometer Units) | M-F 7:00 am – 3:00 pm 5 S/O's<br>10:00 am – 6:00 pm 1 S/O<br>3:00 pm – 6:00 pm 1 S/O | 51 | 5 | 255 |
| Loading Dock Station | 1 Security Officer<br>M-F 7:00 am – 5:00 pm | 10 | 5 | 50 |
| Main Building Command Center | 24 Hours per Day / 7 days per week<br>Supervisor – 40 hours per week<br>Security Officer – 128 Hours per week | 24 | 7 | 168 |
| Rover, After Hours | 1 Security Officer<br>M-F 6:00 pm – 7:00 am<br>S-S 24 hours per day | 13<br>24 | 5<br>2 | 65<br>48<br>113 |
| 455 Golden Gate Entrance (2 x ray Magnetometer Units) | M-F 7:00 am – 3:00 pm  7 S/O's<br>10:00 am – 6:00 pm 2 S/O's<br>7:30 am – 6:00 pm 1 S/O at Kiosk<br>After Hours: 1 Security Officer<br>M-F 6:00 pm – 11:00 pm. | 83 | 5 | 415 |
| | | 5 | 5 | 25 |
| 40 Hours per Week Coverage Contingency | | | | 40 |
| TOTAL | | | | 1,088 |

JAN-25-07  16:20  From:C. H. S. W. C.                  5106223265              T-442  P.45/49  Job-620

## CONTRACT'S REPRESENTATIVES DURING THE TERM OF THIS AGREEMENT WILL BE:

| State of California: | Contractor: |
|---|---|
| Dept. General Services<br>Real Estate Services Division<br>Building & Property Management Branch<br>455 Golden Gate Avenue, Suite 2012<br>San Francisco, CA 94102<br>Attn: Nick Cimino, Regional Building Manager<br>Phone: (415) 703-4104 | Guardsmark, Inc.<br>44 Montgomery Street, Suite 700<br>San Francisco, CA 94104<br>Attn: Coley Buellesfeld, Regional Manager<br>Phone: (415) 956-6070<br>Fax: (415) 956-8317 |

### Mandated Wage Rates

Per Government Code Section 19130, the Contractor agrees, by signing this contract, to not undercut the State's wages by more than 15% at any time during the period of the contract. The dollar amount shown is 14.85% less than what each State classification is paid. The wages are calculated against the State Personnel Board wages as shown on their web page as of December 1, 2001, and are subject to increase or decrease in accordance with the State budgeting process. Any changes in this information will be provided to Contractor for its purposes. The Contractor is not to pay their similar classifications less than:

| | |
|---|---|
| Security Guard = $9.49 | |
| Lead Security Guard = $9.83 | |

### Employee Benefit Package

Pursuant to Government Code section 19134, contracts security guard services must include provisions for employee benefits that are valued at least 85 percent of the state employer cost of benefits provided to state employees performing similar duties.

"Employee benefits" means either 1) health, dental and vision benefits (either through a purchased plan or self insurance); 2) cash-in-lieu payments; or 3) a combination of actual benefits and cash-in-lieu payments.

The applicable benefit rates to be paid to Contractor's employees providing covered services under this contract are as follows:

    December 1, 2001 to January 31, 2002
    Single party                              $1.05
    Single party plus one dependent           $2.01
    Single party plus two or more dependents  $2.66

    Begins February 1, 2002 and may be subject to change during the term of this
    Agreement
    Single party                              $ 1.12 per hour
    Single party plus one dependent           $ 2.17 per hour
    Single party plus two or more dependents  $ 2.86 per hour

Every employee performing covered services under this contract shall receive the applicable rate corresponding to the employee's enrollment status (tier) and the total number of hours such employee works (excluding overtime). There is no minimum number of work hours required in order to qualify for section 19134 benefits. Only employees performing "covered services" shall receive such benefits; administrative, solely supervisory, or other support personnel are not covered.

[The total amount of section 19134 benefits to be paid under this contract shall not exceed $35,000.00.

Should the Department of Personnel Administration (DPA) post a rate change during the life of this contract, this contract shall be amended to reflect the new benefit rates to be paid to Contractor's covered employees. The amendment shall be retroactive to the date the rate change is posted by DPA.

In order to be paid on the contract, Contractor must provide monthly written reports to the State identifying for each preceding month: the names of each employee who received Section 19134 benefits/cash-in-lieu, the number of hours worked by each employee, the hourly benefit rate used for each employee, the total amount of benefits/cash-in-lieu paid to each employee, and the grand total of benefits/cash-in-lieu paid to all employees. Changes to employee enrollment status (tiers) from prior months should be noted.    A sample report form will be issued to Contractor upon execution of the contract.

Contractor acknowledges that failure to comply with the provisions of section 19134 will be deemed a material breach of this contract which could subject the contract to immediate termination at the State's sole option. This contract and all documents relating to implementation of section 19134 are subject to audit by the Department of General Services, the Bureau of State audits, and/or the State or its designee.

## EXHIBIT B

### BUDGET DETAIL AND PAYMENT PROVISIONS

**1.  Invoicing and Payment**

A.  For services satisfactorily rendered, and upon receipt and approval of the invoices, the State agrees to compensate the Contractor for actual expenditures incurred in accordance with the rates specified herein, which is attached hereto and made a part of this Agreement.

B.  Payment shall be made monthly in arrears upon satisfactorily performance of work and upon receipt of an invoice received and approved by the designated representative(s). The invoice must be submitted on contractor's letterhead signed by authorized representative, and include:

- Agreement number
- Time period covered
- Work completed for the period shall be identified (detailed statement of services)

Submit invoices to:

Department of General Services
Real Estate Services Division
Building & Property Management Branch
Attention:  Cynthia Harris
455 Golden Gate Avenue, Suite 1202
San Francisco, CA  94102

**2.  Budget Contingency Clause**

A.  It is mutually agreed that if the Budget Act of the current year and/or any subsequent years covered under this Agreement does not appropriate sufficient funds for the program, this Agreement shall be of no further force and effect.  In this event, the State shall have no liability to pay any funds whatsoever to Contractor or to furnish any other considerations under this Agreement and Contractor shall not be obligated to perform any provisions of this Agreement.

B.  If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of this program, the State shall have the option to either cancel this Agreement with no liability occurring to the State, or offer an agreement amendment to Contractor to reflect the reduced amount.

**3.  Prompt Payment Clause**

Payment will be made in accordance with, and within the time specified in, Government Code Chapter 4.5, commencing with Section 927.

# EXHIBIT C

## GENERAL TERMS AND CONDITIONS

**PLEASE NOTE:** This page will not be included with the final agreement.  The General Terms and Conditions will be included in the agreement by reference to Internet site: www.dgs.ca.gov/contracts.

JAN-25-07  16:21  From:C. H. S. W. C.              5106223265        T-442  P.49/49  Job-620

## EXHIBIT D

## SUPPLEMENTAL CONDITIONS

Requirements included herein supplement Document GTC 201, Exhibit C, GENERAL TERMS AND CONDITIONS:

Revise item 7. Termination for Cause, as follows:

7.  TERMINATION FOR CAUSE:  ~~The State~~ *Either party* may terminate this agreement *upon written notice to the other party* and be relieved of any *further obligations* ~~payments should the Contractor~~ *other party* fail to perform the requirements of this Agreement at the time and in the manner herein provided.   In the event of such termination the State may proceed with the work in any manner deemed proper by the State.  ~~All costs to the State shall be deducted from any sum due the contractor under this Agreement and the balance, if any shall be paid to the Contractor upon demand.~~   *Either party may terminate this Agreement and be relieved of any further obligations by giving at least 30 days prior written notice to the other party.*

# EXHIBIT 2

JAN-25-07  16:12  From:C. H. S. W. C.                    5106223265              T-442 P.22/49 Job-620

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 08/01)

| | |
|---|---|
| AGREEMENT NUMBER | 3079525 |
| REGISTRATION NUMBER | 17601204S3790 |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

**Department of General Services -- Real Estate Services Division**
**Building & Property Management Branch**

CONTRACTOR'S NAME

**Guardsmark, GP**

2. The term of this Agreement is:    **December 1, 2004 through March 31, 2005**

3. The maximum amount    **$509,254.00**
of this Agreement is:    **Five hundred nine thousand, two hundred fifty-four dollars.**

4. The parties agree to comply with the terms and conditions of the following exhibits, which are by this reference, made a part of the Agreement.

**EMERGENCY SECURITY GUARD SERVICES**
**CIVIC CENTER COMPLEX (402)**
**455 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA 94102**

| | |
|---|---|
| Exhibit - A – Scope of Work, Post Orders and Mandated Wage Rates | Pages 2 - 7 |
| Exhibit - B – Budget Detail, Payment Provisions Certifications & Cost Sheet | Pages 8 - 14 |
| Exhibit - C* – General Terms and Conditions | GTC 304 |
| Exhibit - D – Additional Provisions | Page 16 |

The item shown with an Asterisk (*), is hereby incorporated by reference and made part of this Agreement as if attached hereto. This document can be viewed at www.dgs.ca.gov/contracts

IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.

| CONTRACTOR | CALIFORNIA Department of General Services _Use Only_ |
|---|---|
| CONTRACTOR'S NAME (if other than an individual, state whether a corporation, partnership, etc.) **Guardsmark, GP** | |
| BY (Authorized Signature) | |
| DATE SIGNED 1-31-05 | |
| PRINTED NAME AND TITLE OF PERSON SIGNING **Gareth C. Leviton, Vice President** | APPROVED For Execution By ___ By ___ |
| ADDRESS **44 Montgomery Street, Suite 700 San Francisco, CA 94104-3314** | |
| STATE OF CALIFORNIA | APPROVED JAN 1 6 2005 DEPT OF GENERAL SERVICES |
| AGENCY NAME **Department of General Services, Real Estate Services Division Building & Property Management Branch** | |
| BY (Authorized Signature) | |
| DATE SIGNED 2/14/05 | |
| PRINTED NAME AND TITLE OF PERSON SIGNING **Dave Sharkey, Assistant Chief** | |
| ADDRESS **707 3rd Street, Suite 5-185, West Sacramento, CA 95605** | ☐ EXEMPT |

## EXHIBIT A
## SCOPE OF WORK

### EMERGENCY SECURITY GUARD SERVICES
### CIVIC CENTER COMPLEX (402)
### 455 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA 94102

**I.   SERVICES SHALL BE PERFORMED AT:**
455 Golden Gate Avenue, San Francisco, CA 94102

**II.  SERVICES SHALL BE PROVIDED:**
   A. See Post Orders (page 5)
   B. Holidays: Unless expressly required, no work will be performed on State holidays. The Building Manager's Office will provide Contractor with a list of the current State holidays for each year. Currently, State Holidays are as follows:

| | |
|---|---|
| New Year's Day | Independence Day |
| Martin Luther King, Jr. Day | Labor Day |
| Lincoln's Birthday | Columbus Day |
| Presidents Day/Washington's Birthday | Veterans Day |
| Cesar Chavez Day | Thanksgiving (Thursday and Friday) |
| Memorial Day | Christmas Day |

**III. PARKING:**
Parking is available at an adjacent or nearby public parking facility.

**IV.  TERM:**
The Contract term will be for four (4) months, December 1, 2004 through March 31, 2005.

**V.   REQUIREMENTS:**
All personnel employed by the Contractor for this work shall be qualified and possess the necessary skills and abilities to carry out the work. The Contractor is required to maintain a current Private Patrol Operator's License for the duration of this Contract.

**VI.  DETAILED DESCRIPTIONS OF SERVICES TO BE PROVIDED:**
Contractor shall provide all uniformed security guard labor and incidental clerical supplies necessary for the performance of these services in accordance with the terms and conditions as described below.

   **A. GUARD REQUIREMENTS**
   1. Guards must have adequate experience for their assignments under this agreement. At the time of assignment, Guards must have individual guard registration cards issued by the California Department of Consumer Affairs. All Guards assigned to work under this Agreement must be in good physical condition for the work they are to perform. Guards must be fully capable of performing work requiring moderate to arduous physical exertion under either normal or emergency conditions. Guards must be mentally alert and capable of exercising good judgement, implementing instructions, and assimilating necessary specialized training.

   2. Prior to their initial assignment, Guards are required to have received training in security and emergency procedures, crowd control, and public relations, in addition to any Department of Consumer Affairs required training:

## B. POST INSTRUCTIONS

The Guards will, at all times, be familiar with, but not limited to, the following specific post instructions:

1. Emergency telephone numbers
2. Emergency fire and fire alarm procedures
3. Emergency intrusions alarm procedures
4. Floor plans (location of alarms and alarmed doors)
5. Medical emergencies
6. Elevator emergencies/malfunctions
7. Bomb threats
8. Earthquakes
9. Access Control
10. Deliveries
11. Equipment removal policy and procedures
12. Building patrol procedures
13. Life/safety systems.

## C. UNIFORMS

All security guards will be uniformed in blue blazer, gray pants, tie, black shoes, and white shirt. All uniform and auxiliary equipment must be approved by the State. Any changes in the uniform style or color shall be approved by the State and provided by Contractor at no additional cost to the State.

## D. REQUIRED ACTIVITIES

Contractor shall ensure that all assigned Guards meet the following standards of conduct and appearance:

1. Maintain clean and neat appearance and a courteous attitude.
2. Guards shall keep their uniforms in good conditions, cleaned and pressed, and shall wear a complete uniform while on duty.
3. The Guards shall keep all uniforms clean and in good condition.
4. The Guards shall maintain high visibility, answer routine questions for directions and handle minor problems.

## E. PROHIBITED ACTIVITIES

While on duty on the State facility, Guards shall not:

1. Listen to radios or any other audio medium which is not job related.
2. Watch television.
3. Read any materials which are not job related.
4. Use State telephones for other than State business.
5. Leave their area of responsibility.
6. Entertain personal visitors.
7. Be under the influence of illegal drugs or alcohol.
8. Be under the influence of prescribed medications which may affect job performance.
9. Display a discourteous, abrasive, or belligerent attitude.
10. Sleep.

## F. REPORTS

Guards shall complete all required security reports which are required by the State. Written reports are required weekly, plus a monthly report of activities. These reports are to be submitted to the Building Manager. Reports shall include, but are not limited to:

1. Identify any exterior doors not properly secured. If the situation is of a suspicious nature, the appropriate law enforcement agency should be notified.
2. Identify any exterior doors with defective hardware which might affect Building security.
3. Report any incidents affecting the safety or security of the building or occupants.
4. Report any defective exterior lights.

5. Note any areas where staff is working after hours.
6. Report unusual circumstances, suspicious persons and any other problems encountered to the appropriate law enforcement agency.
7. Assault, burglary, robbery, vandalism or any suspicious activities shall be reported to the appropriate law enforcement agency. If an emergency, dial 911.
8. A seriously injured or ill person, i.e. heart attack, stroke, or seizure, should be reported by calling 911.
9. Fire or smoke: Call 911 and alert Building occupants.
10. Electrical outages, broken pipes, smashed windows, etc., notify those persons designated by the State, and request that Building & Property Management be notified in order to affect immediate repairs.
11. Contractor will complete all reports dealing with security, law violation, injury and appropriate incident reports, as required.

**The Area Supervisor shall notify the Building Manager immediately, at (415) 703-4100, of any of the following occurrences:**

1. Any major security/safety conditions occurring in the Facility, i.e. fire, felony crimes.
2. Any employee of the Contractor (assigned to this Facility) who is either arrested or otherwise becomes the focus of a criminal investigation.
3. Any complaints made about an employee of the Contractor assigned to Court Security by the Court Clerk, or by any Justice of the Court.
4. Any criminal activity, observed safety, or observed health hazard occurs at the Facility, which could effect the Court operations.

JAN-25-07  16:13  From:C. H. S. W. C.                    5106223265                    T-442  P.26/49  Job-620

## POST ORDERS

350 McAllister - 2 Units
455 Golden Gate – 3 Units

| LOCATION | RECOMMENDED COVERAGE | HOURS PER DAY | DAYS PER WEEK | TOTAL HOURS PER WEEK |
|---|---|---|---|---|
| 350 McAllister Entrance (2 x ray Magnetometer Units) | M-F  7:00 am – 8:00 pm 5 S/O's<br>10:00 am – 6:00 pm 1 S/O<br>3:00 pm – 8:00 pm 1 S/O | 51 | 5 | 265 |
| Loading Dock Station | 1 Security Officer<br>M-F 7:00 am – 5:00 pm | 10 | 5 | 50 |
| Main Building Command Center | 24 Hours per Day / 7 days per week:<br>Supervisor — 40 hours per week<br>Security Officer — 128 Hours per week | 24 | 7 | 168 |
| Rover, After Hours | 1 Security Officer<br>M-F  6:00 pm – 7:00 am<br>S-S  24 hours per day | 13<br>24 | 5<br>2 | 85<br>48<br>113 |
| 455 Golden Gate Entrance (2 x-ray Magnetometer Units) | M-F  7:00 am – 3:00 pm  7 S/O's<br>10:00 am – 6:00 pm  2 S/O's<br>7:00 am – 6:00 pm  1 S/O at Kiosk<br>After Hours:  1 Security Officer<br>M-F  8:00 pm –11:00 pm | 83<br><br><br><br>5 | 5<br><br><br><br>5 | 415<br><br><br><br>25 |
| 40 Hours per Week Coverage Contingency | | | | 40 |
| | | | TOTAL | 1,086 |

## Mandated Wage Rates

Per Government Code Section 19130, the Contractor agrees, by signing this contract, to not undercut the State's wages by more than 15% at any time during the period of the contract. The dollar amount shown is 14.95% less than what each State classification is paid. The wages are calculated against the State Personnel Board wages as shown on their web page as of February 1, 2004, and are subject to increase or decrease in accordance with the State budgeting process. Any changes in this information will be provided to Contractor for its purposes. The Contractor shall not pay its similar classifications less than:

| Classification | Basic Hourly Rate | Blended Benefit Rate | Total to Be Paid to Employee |
|---|---|---|---|
| Security | $9.49 | $5.53 | $15.02 |
| Lead Security | $9.83 | $5.63 | $15.46 |

## Employee Benefit Package

Pursuant to Government Code section 19134, contracts for Security Services must include provisions for employee benefits that are valued at least 85 percent of the State employer cost of benefits provided to State employees performing similar duties.

"Employee benefits" means either 1) health, dental and vision benefits (either through a purchased plan or self insurance); 2) cash-in-lieu payments; or 3) a combination of actual benefits and cash-in-lieu payments.

The applicable benefit rate to be paid to Contractor's employees providing covered services under this contract is listed in the above table under "Blended Benefit Rates". Every employee performing covered services under this contract shall receive the applicable rate corresponding to the total number of hours such employee works (excluding overtime). There is no minimum number of work hours required in order to qualify for section 19134 benefits. Only employees performing "covered services" shall receive such benefits; administrative, solely supervisory, or other support personnel are not covered.

The total amount of section 19134 benefits to be paid under this contract shall not exceed $ *100,000*. (This amount is to be filled in separately, by Contractor, and is included in the rates provide by the Contractor.)

Should the Department of Personnel Administration (DPA) post a rate change during the term of this contract, this contract shall be amended to reflect the new benefit rate to be paid to Contractor's covered employees. The amendment shall be retroactive to the date the rate change is posted by DPA.

In order to be paid for the Contract, Contractor must provide monthly written reports to the Building Manager overseeing the Contract, identifying for each preceding month: the names of each employee who received Section 19134 benefits/cash-in-lieu, the number of hours worked by each employee, the hourly benefit rate used for each employee, the total amount of benefits/cash-in-lieu paid to each employee, and the grand total of benefits/cash-in-lieu paid to all employees.

Contractor acknowledges that failure to comply with the provisions of section 19134 will be deemed a material breach of this contract which could subject the contract to immediate termination at the State's sole option. This Contract and all documents relating to implementation of section 19134 are subject to audit by the Department of General Services, the Bureau of State audits, and/or the State or its designee.

## IX.  PROJECT REPRESENTATIVES:

The project representatives during the term of this Agreement will be:

| State of California: | Contractor: |
|---|---|
| Department of General Services | Guardsmark, GP |
| Real Estate Services Division | 44 Montgomery Street, Suite 700 |
| Building & Property Management Branch | San Francisco, CA  94104 |
| 455 Golden Gate Avenue, Suite 2600 | Attention:  Emily Fan |
| San Francisco, CA  94102 | Phone:  (415) 956-6070 |
| Attention: James McCrea, Building Manager III | Fax:    (415) 956-8317 |
| Phone:  (415) 703-4100 | |
| Fax:    (415) 703-4604 | |

**PROJECT MONITOR:**  Mr. James McCrea, Building Manager, is assigned as the State Project Monitor for the contract.  Mr. McCrea is not authorized by the State to make any commitments or make any changes which will affect the price, terms, or conditions of the Contract.  The State reserves the right to designate a replacement for the State Project Monitor.  The Contractor will be provided with written notice of any such change.  Mr. McCrea's phone number is (415) 703-4100.

## EXHIBIT B

## BUDGET DETAIL AND PAYMENT PROVISIONS

1.  Invoicing and Payment:

    A.  For services satisfactorily rendered, and upon receipt and approval of the invoices, the State agrees to compensate the Contractor for actual expenditures incurred in accordance with the rates specified herein, which is attached hereto and made a part of this Agreement.

    B.  Payment shall be made in arrears, upon satisfactorily performance of work and upon receipt of an invoice received and approved by the designated representative(s).  The invoice must be submitted on contractor's letterhead signed by authorized representative, and include:

    - Agreement number and Registration number
    - Time period covered
    - Work completed for the period shall be identified (detailed statement of services)

    Submit invoices to:

    > Department of General Services, RESD
    > Building & Property Management Branch
    > Attention: James McCrea, Building Manager
    > San Francisco Civic Center Building
    > 455 Golden Gate Avenue, Suite 2600
    > San Francisco, CA 94102
    > Phone:  (415) 703-4100
    > FAX:    (415) 703-4604

2.  Budget Contingency Clause:

    A.  It is mutually agreed that if the Budget Act of the current year and/or any subsequent years covered under this Agreement does not appropriate sufficient funds for the program, this Agreement shall be of no further force and effect.  In this event, the State shall have no liability to pay any funds whatsoever to Contractor or to furnish any other considerations under this Agreement and Contractor shall not be obligated to perform any provisions of this Agreement.

    B.  If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of this program, the State shall have the option to either cancel this Agreement with no liability occurring to the State, or offer an agreement amendment to Contractor to reflect the reduced amount.

3.  Prompt Payment Clause:

    Payment will be made in accordance with, and within the time specified in, Government Code Chapter 4.5, commencing with Section 927.

4.  The rates in this Emergency Contract for the period of December 1, 2004, through March 31, 2005, do include California Mandated Benefits, and Contractor will not bill the State for other than the hourly rates.

JAN-25-07 16:14 From:C. M. S. W. C.    5106223265    T-442 P.30/49 Job-620

Nov-09-04 14:44 fcc    421 55 5461    P.03

# Cost Breakdown Summary
## State of California Building

### Rates for Contract Extension Year 2004

### Hourly Rates for Security Personnel:

| Title | Pay Rate | Billing Rate |
|---|---|---|
| Security Officer | $12.50 | $25.77 |
| Security Officer II | $13.50 | $27.38 |
| Supervisor I | $14.50 | $28.98 |
| Supervisor II | $16.50 | $32.17 |
| Senior Supervisor | $18.50 | $35.38 |
| Overtime | | |

### Billing Summary:

| Title | Hours Per Week | Weekly Cost | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Security Officer | 612 | $15,771.24 | $68,342.04 | $820,104.48 |
| Security Officer II | 135 | $3,696.30 | $16,017.30 | $192,207.60 |
| Supervisor I | 160 | $4,636.80 | $20,092.80 | $241,113.60 |
| Supervisor II | 120 | $3,960.40 | $16,726.40 | $200,740.80 |
| Senior Supervisor | 40 | $1,415.20 | $6,132.53 | $73,590.40 |
| Overtime | | $0.00 | $0.00 | $0.00 |

| Holiday | | | | $1,537,756.88 |
|---|---|---|---|---|
| Total: | 1067 | $29,379.94 | $137,313.07 | |

*Inclusive of all Selection, Training, Uniforms, Licensing, Management Costs, and Benefits:*

* Major Medical
* Pharmacy Card
* Life Insurance
* Tuition Reimbursement

* Paid Vacation
* Matching 401(k) Plan
* Wellness Program
* Performance Awards

Guardsmark CONFIDENTIAL

**ATTACHMENT II**

CCC-304

<u>CERTIFICATION</u>

I, the official named below, CERTIFY UNDER PENALTY OF PERJURY that I am duly authorized to legally bind the prospective Contractor to the clause(s) listed below. This certification is made under the laws of the State of California.

| Contractor/Bidder Firm Name (Printed) | Federal ID Number |
|---|---|
| GUARDSMARK, LLC | |
| By (Authorized Signature) *Colin Buellsfeld* | |
| Printed Name and Title of Person Signing | |
| COLEY BUELLSFELD, VP MANAGER NORTHERN CALIFORNIA | |
| Date Executed 2/17/05 | Executed in the County of SAN FRANCISCO |

# CONTRACTOR CERTIFICATION CLAUSES

1. <u>STATEMENT OF COMPLIANCE</u>: Contractor has, unless exempted, complied with the nondiscrimination program requirements. (GC 12990 (a-f) and CCR, Title 2, Section 8103) (Not applicable to public entities.)

2. <u>DRUG-FREE WORKPLACE REQUIREMENTS</u>: Contractor will comply with the requirements of the Drug-Free Workplace Act of 1990 and will provide a drug-free workplace by taking the following actions:

   a. Publish a statement notifying employees that unlawful manufacture, distribution, dispensation, possession or use of a controlled substance is prohibited and specifying actions to be taken against employees for violations.

   b. Establish a Drug-Free Awareness Program to inform employees about:

      1) the dangers of drug abuse in the workplace;
      2) the person's or organization's policy of maintaining a drug-free workplace;
      3) any available counseling, rehabilitation and employee assistance programs; and,
      4) penalties that may be imposed upon employees for drug abuse violations.

   c. Every employee who works on the proposed Agreement will:

      1) receive a copy of the company's drug-free workplace policy statement; and,
      2) agree to abide by the terms of the company's statement as a condition of employment on the Agreement.

   Failure to comply with these requirements may result in suspension of payments under the Agreement or termination of the Agreement or both and Contractor may be ineligible for award of any future State agreements if the department determines that any of the following has occurred: the Contractor has made false certification, or violated the certification by failing to carry out the requirements as noted above. (GC 8350 et seq.)

3. NATIONAL LABOR RELATIONS BOARD CERTIFICATION: Contractor certifies that no more than one (1) final un-appealable finding of contempt of court by a Federal court has been issued against Contractor within the immediately preceding two-year period because of Contractor's failure to comply with an order of a Federal court, which orders Contractor to comply with an order of the National Labor Relations Board (PCC 10296) (Not applicable to public entities).

4. UNION ORGANIZING: Contractor hereby certifies that no request for reimbursement, or payment under this Agreement, will seek reimbursement for costs incurred to assist, promote or deter union organizing.

5. CONTRACTS FOR LEGAL SERVICES $50,000 OR MORE- PRO BONO REQUIREMENT: Contractor hereby certifies that Contractor will comply with the requirements of Section 6072 of the Business and Professions Code, effective January 1, 2003.

Contractor agrees to make a good faith effort to provide a minimum number of hours of pro bono legal services during each year of the Contract, equal to the lesser of 30 multiplied by the number of full-time attorneys in the firm's offices in the State, with the number of hours prorated on an actual day basis for any contract period of less than a full year or 10% of its contract with the State.

Failure to make a good faith effort may be cause for non-renewal of a State contract for legal services, and may be taken into account when determining the award of future contracts with the State for legal services.

6. EXPATRIATE CORPORATIONS:   Contractor hereby declares that it is not an expatriate corporation or subsidiary of an expatriate corporation within the meaning of Public Contract Code Section 10286 and 10286.1, and is eligible to contract with the State of California.

7. SWEATFREE CODE OF CONDUCT:

   a. All contractors contracting for the procurement or laundering of apparel, garments or corresponding accessories, or the procurement of equipment, materials, or supplies, other than procurement related to a public works contract, declare under penalty of perjury that no apparel, garments or corresponding accessories, equipment, materials, or supplies furnished to the State pursuant to the Contract, have been laundered or produced in whole or in part by sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor, or with the benefit of sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor. The Contractor further declares under penalty of perjury that they adhere to the Sweatfree Code of Conduct as set forth on the California Department of Industrial Relations website located at www.dir.ca.gov, and Public Contract Code Section 6108.

   b. The Contractor agrees to cooperate fully in providing reasonable access to the Contractor's records, documents, agents or employees, or premises if reasonably required by authorized officials of the contracting agency, the Department of Industrial Relations, or the Department of Justice to determine the Contractor's compliance with the requirements under paragraph (a).

8. DOMESTIC PARTNERS:

Commencing on July 1, 2004, Contractor certifies that it is in compliance with Public Contract Code section 10295.3 with regard to benefits for domestic partners. For any contracts executed or amended, bid packages advertised or made available, or sealed bids received on or after July 1, 2004 and prior to January 1, 2007, a contractor may require an employee to pay the costs of providing additional benefits that are offered to comply with PCC 10295.3.

JAN-25-07 16:15 From:C. H. S. W. C.          5106223265          T-442 P.33/49 Job-620

## ATTACHMENT III

### BID/BIDDER CERTIFICATION SHEET

This Bid/Bidder Certification Sheet must be signed and returned along with all the "required attachments" listed in Attachment I, "Required Attachment Checklist", as an entire package in duplicate with <u>original signatures</u>. The bid must be transmitted in a sealed envelope in accordance with IFB Instructions.

A.    All required attachments are included with this certification sheet.

B.    I have read and understand the DVBE participation requirements and have included documentation demonstrating that I have met the participation goals or have made a good faith effort.

C.    The signature affixed hereon and dated certifies compliance with all the requirements of this bid document. The signature below authorizes the verification of this certification.

### An Unsigned Bid/Bidder Certification Sheet May Be Cause For Rejection

| 1. Company Name  GUARDSMARK, LLC | 2. Telephone Number  (YS) 956-6170 | 2a. Fax Number  (YS) 956-8317 |
|---|---|---|
| 3. Address  44 Montgomery St. Suite 700, San Francisco, CA 94104 | | |
| Indicate your organization type:  4. ☐ Sole Proprietorship | 5. ☐ Partnership | 6. ☒ Corporation - LLC |
| Indicate the applicable employee and/or corporation number:  7. Federal Employee ID No. (FEIN) 62-A4397b | | 8. California Corporation No. 195-4886 (9) |
| 9. Indicate applicable license and/or certification information:  B515 PPO N790 | | |
| 10. Bidder's Name (Print)  COLBY BURLESFELD | | 11. Title  VP, MANAGER NORTHERN CALIFORNIA |
| 12. Signature  Colby Burlfld | | 13. Date  2/12/05 |
| 14. Are you certified with the Department of General Services, Office of Small Business Certification and Resources (OSBCR) as: | | |
| a. California Small Business  Yes ☐ · No ☒  If yes, enter certification number: | b. Disabled Veteran Business Enterprise Yes ☐ · No ☒  If yes, enter your service code below: | |
| NOTE: A copy of your Certification is required to be included if either of the above items is checked "Yes".  Date application was submitted to OSBCR, if an application is pending: | | |

## DOING BUSINESS WITH THE STATE OF CALIFORNIA

The following laws apply to persons or entities doing business with the State of California.

1. CONFLICT OF INTEREST: Contractor needs to be aware of the following provisions regarding current or former State employees. If Contractor has any questions on the status of any person rendering services or involved with the Agreement, the awarding agency must be contacted immediately for clarification.

Current State Employees (PCC 10410):

1). No officer or employee shall engage in any employment, activity or enterprise from which the officer or employee receives compensation or has a financial interest and which is sponsored or funded by any State agency, unless the employment, activity or enterprise is required as a condition of regular State employment.

2). No officer or employee shall contract on his or her own behalf as an independent contractor with any State agency to provide goods or services.

Former State Employees (PCC 10411):

1). For the two-year period from the date he or she left state employment, no former State officer or employee may enter into a contract in which he or she engaged in any of the negotiations, transactions, planning, arrangements or any part of the decision-making process relevant to the contract while employed in any capacity by any State agency.

2). For the twelve-month period from the date he or she left State employment, no former State officer or employee may enter into a contract with any State agency if he or she was employed by that State agency in a policy-making position in the same general subject area as the proposed contract within the 12-month period prior to his or her leaving State service.

If Contractor violates any provisions of above paragraphs, such action by Contractor shall render this Agreement void. (PCC 10420)

Members of boards and commissions are exempt from this section if they do not receive payment other than payment of each meeting of the board or commission, payment for preparatory time and payment for per diem. (PCC 10430 (e))

2. LABOR CODE/WORKERS' COMPENSATION: Contractor needs to be aware of the provisions which require every employer to be insured against liability for Worker's Compensation or to undertake self-insurance in accordance with the provisions, and Contractor affirms to comply with such provisions before commencing the performance of the work of this Agreement (Labor Code Section 3700).

3. AMERICANS WITH DISABILITIES ACT: Contractor assures the State that it complies with the Americans with Disabilities Act (ADA) of 1990, which prohibits discrimination on the basis of disability, as well as all applicable regulations and guidelines issued pursuant to the ADA (42 U.S.C. 12101 et seq.).

4. CONTRACTOR NAME CHANGE: An amendment is required to change the Contractor's name as listed on this Agreement. Upon receipt of legal documentation of the name change the State will process the amendment.  Payment of invoices presented with a new name cannot be paid prior to approval of said amendment.

5. CORPORATE QUALIFICATIONS TO DO BUSINESS IN CALIFORNIA:

a. When agreements are to be performed in the State by corporations, the contracting agencies will be verifying that the contractor is currently qualified to do business in California in order to ensure that all obligations due to the State are fulfilled.

JAN-25-07  18:16  From:C. H. S. W. C.                    5106223285        T-442  P.35/49  Job-620

b. "Doing business" is defined in R&TC Section 23101 as actively engaging in any transaction for the purpose of financial or pecuniary gain or profit. Although there are some statutory exceptions to taxation, rarely will a corporate contractor performing within the State not be subject to the franchise tax.

c. Both domestic and foreign corporations (those incorporated outside of California) must be in good standing in order to be qualified to do business in California. Agencies will determine whether a corporation is in good standing by calling the Office of the Secretary of State.

6. RESOLUTION: A county, city, district, or other local public body must provide the State with a copy of a resolution, order, motion, or ordinance of the local governing body which by law has authority to enter into an agreement, authorizing execution of the agreement.

7. AIR OR WATER POLLUTION VIOLATION: Under the State laws, the Contractor shall not be: (1) in violation of any order or resolution not subject to review promulgated by the State Air Resources Board or an air pollution control district; (2) subject to cease and desist order not subject to review issued pursuant to Section 13301 of the Water Code for violation of waste discharge requirements or discharge prohibitions; or (3) finally determined to be in violation of provisions of federal law relating to air or water pollution.

8. PAYEE DATA RECORD FORM STD. 204: This form must be completed by all contractors that are not another State agency or other government entity.

JAR-25-07  16:17  From:C. H. S. W. C.                    5106223265                    T-442  P.36/49  Job-620

# EXHIBIT C

## GENERAL TERMS AND CONDITIONS
### GTC 304

PLEASE NOTE: The General Terms and Conditions will be included in the agreement by reference to Internet site: www.dgs.ca.gov/contracts.

## EXHIBIT D

## ADDITIONAL PROVISIONS

1. **EXCISE TAX:** The State of California is exempt from Federal Excise Taxes, and no payment will be made for any taxes levied on employees' wages. The State will pay for any applicable State of California or local sales or use taxes on the services rendered or equipment or parts supplied pursuant to this Agreement. California may pay any applicable sales or use tax imposed by another state.

2. **SETTLEMENT OF DISPUTES:** In the event of a dispute, Contractor shall file a "Notice of Dispute" with Department of General Services, director or designee within ten (10) days of discovery of the problem. Within ten (10) days the director or designee shall meet with the Contractor and Project Manager for purposes of resolving the dispute. The decision of the director or designee shall be final. In the event of a dispute, the language contained within this agreement shall prevail over any other language including that of the bid proposal.

3. **AGENCY LIABILITY:** The Contractor warrants by execution of this Agreement, that no person or selling agency has been employed or retained to solicit or secure this Agreement upon agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business. For breach or violation of this warranty, the State shall, in addition to other remedies provided by law, have the right to annul this Agreement without liability, paying only for the value of the work actually performed, or otherwise recover the full amount of such commission, percentage, brokerage, or contingent fee.

4. **POTENTIAL SUBCONTRACTORS:** Nothing contained in this Agreement or otherwise shall create any contractual relation between the State and any subcontractors, and no subcontract shall relieve the Contractor of its responsibilities and obligations hereunder. The Contractor agrees to be as fully responsible to the State for the acts and omissions of its subcontractors and of persons either directly or indirectly employed by any of them as it is for the acts and omissions of persons directly employed by the Contractor. The Contractor's obligation to pay its subcontractors is an independent obligation from the State's obligation to make payments to the Contractor. As a result, the State shall have no obligation to pay or enforce the payment of any moneys to any subcontractor.

5. **TERMINATION FOR CAUSE:** Either party may terminate this Agreement upon written notice to the other party and be relieved of any further obligations should the Contractor other party fail to perform the requirements of this Agreement at the time and in the manner herein provided. In the event of such termination, the State may proceed with the work in any manner deemed proper by the State. Either party may terminate this Agreement and be relieved of any further obligations by giving at least 30 days prior written notice to the other party.

6. **INSURANCE:** Prior to commencement of the work, the contractor will provide evidence in the form of a certificate indicating that the below listed insurance is in effect. Said insurance must be maintained in force at the commencement of and for the duration of the contract.
   A. Worker's Compensation insurance in compliance with California Labor Code.
   B. General liability insurance with limits of at least $1,000,000. Such insurance shall include the following provisions:
      1. The State of California, its officers, employees, and servants are included as additional insureds, but only insofar as operations under this Contract are concerned.
      2. Cancellation of this insurance will not be effective until 30 days following receipt or a written cancellation notice by the State of California.

7. **CONTRACT EXTENSION:** This Contract may be extended by mutual agreement, by way of a signed and approved Amendment to this Contract.

# EXHIBIT 3

JAN-25-07  16:05  From:C. H. S. W. C.                    5106223265            T-442 P.03    Job-620

STATE OF CALIFORNIA
# STANDARD AGREEMENT
STD 213 (Rev 06/03)

| | |
|---|---|
| AGREEMENT NUMBER | 3082792 |
| REGISTRATION NUMBER | 1760030589984 |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME
**Department of General Services – Real Estate Services Division**
**Building & Property Management Branch**

CONTRACTOR'S NAME
**Guardsmark, GP**

2. The term of this Agreement is:        **April 1, 2005 through March 31, 2008**

3. The maximum amount of this Agreement is:    **$4,263,000.00**
   **Four million, two hundred sixty-three thousand dollars and no cents.**

4. The parties agree to comply with the terms and conditions of the following exhibits, which are by this reference, made a part of the Agreement.

**SECURITY GUARD SERVICE**
**CIVIC CENTER COMPLEX (402)**
**455 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA 94102**

| | |
|---|---|
| Exhibit - A – Scope of Work, Post Orders, and Mandated Wage Rates | Pages 2 - 7 |
| Addenda 1 - 4 Incorporated. | |
| Exhibit - B – Budget Detail, Payment Provisions, CCC-304 Certification & Cost Sheet | Pages 8 - 13 |
| Exhibit - C* – General Terms and Conditions | GTC 304 |
| Exhibit - D – Additional Provisions | Page 15 |

The item shown with an Asterisk (*), is hereby incorporated by reference and made part of this Agreement as if attached hereto. This document can be viewed at www.dgs.ca.gov/contracts

IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.

| CONTRACTOR | CALIFORNIA<br>Department of General Services |
|---|---|
| CONTRACTOR'S NAME (if other than an individual, state whether a corporation, partnership, etc.)<br>**Guardsmark, GP** | Use Only |
| BY (Authorized Signature) | |
| PRINTED NAME AND TITLE OF PERSON SIGNING<br>Ira A. Lipman, President | (DATE SIGNED)<br>6-9-05 |
| ADDRESS<br>O. Rockefeller Plaza, 12th Floor<br>ew York, New York 10020-1903 | APPROVED<br>For Execution<br>By<br>By<br>By |
| STATE OF CALIFORNIA | APPROVED<br>JUN 2 3 2005<br>DEPT OF GENERAL SERVICES |
| AGENCY NAME<br>Department of General Services, Real Estate Services Division<br>Building & Property Management Branch | |
| BY (Authorized Signature) | DATE SIGNED<br>6/21/05 |
| PRINTED NAME AND TITLE OF PERSON SIGNING<br>Fred Kuzel, Chief | |
| ADDRESS<br>707 3rd Street, Suite 5-105, West Sacramento, CA 95605 | ☐ EXEMPT |

JAN-25-07  15:05  FROM:C. M. S. M. C.                    5108225285                T-442 P.04  Job-620

EXHIBIT A
SCOPE OF WORK

SECURITY GUARD SERVICES
CIVIC CENTER COMPLEX (402)
455 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

I.  SERVICES SHALL BE PERFORMED AT:
455 Golden Gate Avenue, San Francisco, CA 94102

II.  SERVICES SHALL BE PROVIDED:
See Post Orders (page 7)

III.  PARKING:
Parking is available at an adjacent or nearby public parking facility.

IV.  TERM:
The Contract term will be from April 1, 2005 through March 31, 2008.

V.  REQUIREMENTS:
All personnel employed by the Contractor for this work shall be qualified and possess the necessary skills and abilities to carry out the work.  The Contractor is required to maintain a current Private Patrol Operator's License for the duration of this Contract.

VI.  DETAILED DESCRIPTIONS OF SERVICES TO BE PROVIDED:

1.  INVOICING:  Contractor to provide itemized invoices and quote the following rates as originally bid.  Hourly rates are inclusive of all costs including wages, benefits (including California Mandated Benefits), overhead, etc.  No other added fees will be paid to Contractor.

| Classification | First Year Hourly Rate | | Second Year Hourly Rate | | Third Year Hourly Rate | |
|---|---|---|---|---|---|---|
| | Straight Time | Overtime Rate | Straight Time | Overtime Rate | Straight Time | Overtime Rate |
| Security | $24.70 | $37.05 | $25.09 | $37.64 | $25.49 | $38.24 |
| Lead Security | $27.87 | $41.81 | $28.27 | $42.41 | $28.67 | $43.01 |
| Supervisor | $31.06 | $46.59 | $31.45 | $47.18 | $31.85 | $47.78 |
| Site Manager | No Cost | No Cost | No Cost | No Cost | No Cost | No Cost |

Payments shall be made to the Contractor, no more than monthly, in arrears, upon receipt of itemized invoices in triplicate.  Written/approved overtime and holiday rates will be invoiced and paid by the State at a factor of 1.5 times the base unit hourly rate — not including the benefit package.  The rates for services rendered pursuant to this Agreement may be changed during the term of this contract upon mutual agreement of both parties.

2.  HOLIDAYS:  Unless expressly required otherwise, a crew the size of a weekend crew will be provided on State holidays.  The Building Manager's Office will provide Contractor with a list of the current State holidays for each year.   State Holidays presently are as follows:

New Year's Day                          Independence Day
Martin Luther King, Jr. Day             Labor Day
Lincoln's Birthday                      Columbus Day
Presidents Day/Washington's Birthday    Veterans Day
Cesar Chavez Day                        Thanksgiving (Thursday and Friday)

3. **REQUIREMENTS:** ... rds must have adequate experien... and in-house training for their assignments under this agreement. Guards must have at the time of assignment, registration cards issued by the California Department of Consumer Affairs. All Guards assigned to work under this Agreement must have been found to be in good physical condition for the work they are to perform. Guards must be fully capable of performing work requiring moderate to arduous physical exertion under either normal or emergency conditions. Guards must be mentally alert and capable of exercising good judgment, implementing instructions, and assimilating necessary specialized training.

Guards must possess a high school diploma or G.E.D equivalent and has the ability to speak, read and write the English language; can understand and carry out oral and written directions; can write accurate and clear reports.

Prior to their initial assignment, Guards are required to have received, in addition to any Department of Consumer Affairs required training, training in security and emergency procedures, crowd control, and public relations.

The State has discretion to reject the hiring of a Guard for any reason. The State has discretion to instruct the Contractor to dismiss a Guard from the Building for any reason.

4. **POST INSTRUCTIONS:**
The Guards will, at all times, be familiar with, but not limited to, the following specific post instructions:
A. Emergency telephone numbers
B. Emergency fire and fire alarm procedures
C. Emergency intrusions alarm procedures
D. Floor plans (location of alarms and alarmed doors)
E. Medical emergencies
F. Elevator emergencies/malfunctions
G. Bomb threats
H. Earthquakes
I. Active Shooter
J. Biological and Chemical threats and incidents
K. Access Control
L. Deliveries
M. Equipment removal policy and procedures
N. Building patrol procedures
O. Life/safety systems.

4. **UNIFORMS:**
All Guards will be uniformed in navy blue overcoat, when necessary, navy blue blazer or black paramilitary sweater, charcoal gray pants, uniform tie, black shoes, and white uniform shirt. All uniform and auxiliary equipment must be approved by the State. Any changes in the uniform style or color shall be approved by the State and provided by Contractor at no additional cost to the State, and at no expense to the individual employee. All uniform markings, patches and colors shall be distinctive from uniforms worn by local law enforcement personnel. Skirts are not permitted.

5. **REQUIRED AND PROHIBITED ACTIVITIES:**
Contractor shall ensure that all assigned s meet the following standards of conduct and appearance:
A. Maintain clean and neat appearance and a courteous attitude.
B. Guards shall keep their uniforms in good condition, cleaned and pressed, and shall wear a complete uniform while on duty.
C. Guards shall demonstrate proficiency in the performance of their duties.
D. ... ... .... maintain high visibility, ..... .... ... .... .... for directions and handle minor

While on duty at the State Facility, Guards shall not:

A. Listen to radios or any other audio medium which is not job related.
B. Watch television.
C. Read any materials which are not job related.
D. Use State telephones for other than State business.
E. Leave their area of responsibility.
F. Entertain personal visitors.
G. Be under the influence of illegal drugs or alcohol.
H. Be under the influence of prescribed medications which may affect job performance.
I. Display a discourteous, abrasive, or belligerent attitude.
J. Sleep.

## 7: REPORTING:

Guards shall complete all required security reports which are required by the State. Written activity reports are required daily. These reports are to be submitted to the Building Manager. Reports shall include, but not be limited to:

A. Identify any exterior doors not properly secured. If the situation is of a suspicious nature, the appropriate law enforcement agency should be notified.
B. Identify any exterior doors with defective hardware which might affect building security.
C. Report any incidents or conditions affecting the safety or security of the building or occupants.
D. Report any defective exterior lights.
E. Note any areas where staff is working after hours.
F. Report unusual circumstances, suspicious persons and any other problems encountered to this appropriate law enforcement agency.
G. Assault, burglary, robbery, vandalism or any suspicious activities shall be reported to the appropriate law enforcement agency. If an emergency dial 9-911.
H. A seriously injured or ill person, i.e. heart attack, stroke, or seizure, should be reported by calling 9-911.
I. Fire or smoke: Call 9-911 and alert building occupants.
J. Electrical outages, broken pipes, smashed windows, etc., notify those persons designated by the State and request that Building & Property Management be notified in order to effect immediate repairs.
K. Contractor will complete all reports dealing with security, law violation, injury and appropriate incident reports as required.

The Building Manager shall be immediately notified at (415) 703-4100 by the Account Supervisor or Site Manager of any of the following occurrences:

A. Any major security/safety conditions occurring in the facility, i.e. fire, felony crimes.
B. Any employee of the Contractor (assigned to this facility) who is arrested or otherwise becomes the focus of a criminal investigation.
C. Any complaints made about an employee of the Contractor by the court clerk or any justice of the court.
D. Any criminal, observed safety, or observed health hazard at the facility which could effect the building operation.

## 8. MANDATED WAGE RATES:

Per Government Code Section 19130, the Contractor agrees, by signing this contract, to not undercut the State's wages by more than 15% at any time during the period of the contract. The dollar amount shown is 14.95% less than what each State classification is paid. The wages are calculated against the State Personnel Board wages as shown on their web page as of February 1, 2005, and are subject to increase or decrease in accordance with the State budgeting process. Any changes in this information will be provided to Contractor for its purposes. The Contractor shall not pay its similar classifications less than:

| Classification | Basic Hourly Rate | Blended Benefit Rate | Total to Be Paid to Employee: |
|---|---|---|---|
| Lead Security Guard | $10.32 | $6.24 | $16.56 |
| Security Guard | $ 9.96 | $6.12 | $16.08 |

9.  **EMPLOYEE BENEFIT PACKAGE:**
    Pursuant to Government Code section 19134, contracts for Security Services must include provisions for employee benefits that are valued at least 85 percent of the State employer cost of benefits provided to State employees performing similar duties.

    "Employee benefits" means either 1) health, dental and vision benefits (either through a purchased plan or self insurance); 2) cash-in-lieu payments; or 3) a combination of actual benefits and cash-in-lieu payments.

    The applicable benefit rate to be paid to Contractor's employees providing covered services under this contract is listed in the above table under "Blended Benefit Rates". Every employee performing covered services under this contract shall receive the applicable rate corresponding to the total number of hours such employee works (excluding overtime). There is no minimum number of work hours required in order to qualify for section 19134 benefits. Only employees performing "covered services" shall receive such benefits; administrative, solely supervisory, or other support personnel are not covered.

    The total amount of section 19134 benefits to be paid under this contract shall not exceed $100.00. (This amount is to be filled in separately, by Contractor, and is included in the rates provide by the Contractor.)

    Should the Department of Personnel Administration (DPA) post a rate change during the term of this contract, this contract shall be amended to reflect the new benefit rate to be paid to Contractor's covered employees. The amendment shall be retroactive to the date the rate change is posted by DPA.

    In order to be paid for the Contract, Contractor must provide monthly written reports to the Building Manager overseeing this Contract, identifying for each preceding month: the names of each employee who received Section 19134 benefits/cash-in-lieu, the number of hours worked by each employee, the hourly benefit rate used for each employee, the total amount of benefits/cash-in-lieu paid to each employee, and the grand total of benefits/cash-in-lieu paid to all employees.

    Contractor acknowledges that failure to comply with the provisions of section 19134 will be deemed a material breach of this Contract which could subject the contract to immediate termination at the State's sole option. This Contract and all documents relating to implementation of section 19134 are subject to audit by the Department of General Services, the Bureau of State audits, and/or the State or its designes.

JAN-29-01  15:07  From:U. H. S. W. C.                          5109223265          T-442 P 06   Job-620

## 10. CONTRACT'S REPRESENTATIVES DURING THE TERM OF THIS AGREEMENT WILL BE:

| State of California: | Contractor: |
|---|---|
| Dept. General Services<br>Real Estate Services Division<br>Building & Property Management Branch<br>465 Golden Gate Avenue, Suite 2600<br>San Francisco, CA 94102<br>Attn: James McCrea, Building Manager<br>Phone: (415) 703-4100<br>Fax    (415) 703-4604 | Guardsmark, GP<br>44 Montgomery Street, Suite 700<br>San Francisco, CA 94104-3314<br>Attn: Emily Fan<br>Phone: (415) 956-6070<br>FAX:   (415) 956-8317 |

**PROJECT MONITOR:** Mr. James McCrea, Building Manager, is assigned as the State Project Monitor for the contract. Mr. McCrea is not authorized by the State to make any commitments or make any changes which will affect the price, terms, or conditions of the contract. The State reserves the right to designate a replacement for the State Project Monitor. The Contractor will be provided with written notice of any such change. Mr. McCrea's phone number is (415) 703-4100.'

JAN-25-07  16:07  From:C. H. S. W. C.                    5106223265          T-442 P 09   Job-620

# POST ORDERS
## SAN FRANCISCO CIVIC CENTER COMPLEX

| Station/Position | Coverage Hours | Hours per day | Days Per week | Hours per week |
|---|---|---|---|---|
| 350 McAllister Interdiction (1) | Mon. – Fri. 0600 to 1400 | 8 | 5 | 40 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 0700 to 1500 | 8 | 5 | 40 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 0930 to 1730 | 8 | 5 | 40 |
| 350 McAllister Turnstile (1) | Mon. – Fri. 0700 to 0930 & 1200 to 1330 Rover: 0930 to 1200 & 1330 to 1500 | 8 | 5 | 40 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 1500 to 2300 | 8 | 5 | 40 |
| Swing Shift Rover | Mon. – Fri. 1500 to 2300 | 8 | 7 | 56 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 2300 to 0700 | 8 | 5 | 40 |
| 350 McAllister SAT & SUN Day | 0700 to 1500 | 8 | 2 | 16 |
| 350 McAllister SAT & SUN Swing | 1500 to 2300 | 8 | 2 | 16 |
| 350 McAllister SAT & SUN Night | 2300 to 0700 | 8 | 2 | 16 |
| 455 Golden Gate Interdiction (2) | Mon. – Fri. 0700 to 1500 | 16 | 5 | 80 |
| 455 Golden Gate Interdiction (1) | Mon. – Fri. 0730 to 1730 | 10 | 5 | 50 |
| 455 Golden Gate Turnstile (1) | Mon. – Fri. 0700 to 0930/ 1200 to 1330 Rover: 0930 to 1200/ 1330 to 1500 | 8 | 5 | 40 |
| 455 Golden Gate Interdiction (1) | Mon. – Fri. 1500 to 2300 | 8 | 5 | 40 |
| 455 Golden Gate Interdiction (1) Night/Rover | Mon. – Fri. 2300 to 0030 0030 to 0700 | 8 | 5 | 40 |
| 455 Golden Gate SAT & SUN (Day) | 0700 to 1500 | 8 | 2 | 16 |
| SAT & SUN (Day) Rover | 0700 to 1500 | 8 | 2 | 16 |
| 455 Golden Gate SAT & SUN (SW) | 1500 to 2300 | 8 | 2 | 16 |
| 455 Golden Gate SAT & SUN: Night/Rover | 2300 to 0030 0030 to 0700 | 8 | 2 | 16 |
| Fire Control Center | 0000 to 0000 | 24 | 7 | 168 |
| Loading Dock | Mon. – Fri. 0700 to 1800 | 11 | 5 | 55 |
| Loading Dock | Mon. – Fri. 0800-1600 | 8 | 5 | 40 |
| SUPERVISORS | Mon. – Fri. Day | 30 | 5 | 150 |
| SITE MANAGER | Day/Night | 8 | 5 | 40 |

JAN-29-07  10:07  From:C. M. S. R. C.                   5106223265              T-442  P.10   Job-620

## EXHIBIT B-1

## BUDGET DETAIL AND PAYMENT PROVISIONS

1. **Invoicing and Payment**

   A. Upon satisfactory completion of the work described herein, and upon receipt and approval of the invoice, the State agrees to compensate the Contractor for actual expenditures incurred in accordance with the rates specified herein, which is attached hereto and made a part of this Agreement.

   B. Payment shall be made after satisfactory completion according to the attached Cost Sheet, Exhibit B-2, and upon receipt of an invoice received and approved by the designated representative(s). The invoice must be submitted on contractor's letterhead signed by authorized representative, and include:

   • Agreement number
   • Time period covered
   • Work completed for the period shall be identified (detailed statement of services)

   Submit invoices to:
     Department of General Services
     Real Estate Services Division
     Building & Property Management Branch
     455 Golden Gate Avenue, Suite 2600
     San Francisco, CA  94102

2. **Budget Contingency Clause**

   A. It is mutually agreed that if the Budget Act of the current year and/or any subsequent years covered under this Agreement does not appropriate sufficient funds for the program, this Agreement shall be of no further force and effect. In this event, the State shall have no liability to pay any funds whatsoever to Contractor or to furnish any other considerations under this Agreement and Contractor shall not be obligated to perform any provisions of this Agreement.

   B. If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of this program, the State shall have the option to either cancel this Agreement with no liability occurring to the State, or offer an agreement amendment to Contractor to reflect the reduced amount.

3. **Prompt Payment Clause**

   Payment will be made in accordance with, and within the time specified in, Government Code Chapter 4.5, commencing with Section 927.

ATTACHMENT III

EXHIBIT B-2
COST SHEET

To:   Department of General Services
      Real Estate Services Division            Bid Date: February 4, 2005, at 10:00 a.m.
      Contract Management Section
      707 3rd Street, Suite 3-350
      Attention: Lynne Garrett

PROJECT # BPM-388
SECURITY SERVICES
SAN FRANCISCO CIVIC CENTER
455 GOLDEN GATE AVENUE, SAN FRANCISCO CA

CONTRACTOR
The undersigned Contractor, as bidder, declares that he/she has carefully examined the proposed work as described, examined the specifications and general conditions therefore, read the instructions to Bidders, and is familiar with all bid requirements, and agrees, if the bid is accepted, to complete the above project in accordance with the Contract Documents, in the time stated herein amounting to a total of:

| Classification | First Year Hourly Rate | | Second Year Hourly Rate | | Third Year Hourly Rate | |
|---|---|---|---|---|---|---|
| | Straight Time | Overtime Rate | Straight Time | Overtime Rate | Straight Time | Overtime Rate |
| Security | $ 24.70 | $ 37.05 | $ 25.09 | $ 37.64 | $ 25.49 | $ 38.24 |
| Lead Security | $ 27.87 | $ 41.81 | $ 28.27 | $ 42.41 | $ 28.67 | $ 43.01 |
| Supervisor | $ 31.06 | $ 46.59 | $ 31.45 | $ 47.18 | $ 31.85 | $ 47.78 |
| Site Manager | $ no cost | $ no cost | $ no cost | $ no cost | $ no cost | $ no cost |

Hourly rates to include and cover all wages, benefits (including California-Mandated Benefits), overhead, taxes, travel, the furnishing of all materials, off site supervision, training, and performing of all/each labor and providing of all equipment, and other means of service also the performance and completion of all the work in the manner set forth, described and shown in the Scope of Work.

| Company Name: | Guardsmark, LLC |
|---|---|
| Bidder's Signature: | X _[signature]_ |

ADDENDA
In submitting this bid, Bidder represents that Bidder has examined copies of all the Contract Documents and acknowledges receipt of the following addenda:

Addendum No. 1 _[initials]_ Date: 2/3/05

Addendum No. 2 _[initials]_ Date: 2/3/05

Addendum No. 3 _[initials]_ Date: 2/3/05

Addendum No. 4 _[initials]_ Date: 2/3/05

Failure to acknowledge on the Cost Sheet receipt of an addendum shall not in itself be cause for withdrawal or rejection of bids, if it can be shown that bidder did, in fact, receive such addendum prior to bid opening.

JAN-25-07  16:08  From:C. H. S. H. C.                    5105223265          T-442 P.12/49 Job-620

## ATTACHMENT II

### CCC-304

**CERTIFICATION**

. I, the official named below, CERTIFY UNDER PENALTY OF PERJURY that I am duly authorized to legally bind the prospective Contractor to the clause(s) listed below. This certification is made under the laws of the State of California.

| Contractor/Bidder Firm Name (Printed)<br><br>GUARDSMARK, G.P. | | Federal ID Number |
|---|---|---|
| By (Authorized Signature) | | APPROVED<br>For Execution<br>By |
| Printed Name and Title of Person Signing<br><br>Ira A. Lipman, President | | By A.L<br>By<br>By |
| Date Executed<br><br>6-9-05 | Executed in the County of | |

# CONTRACTOR CERTIFICATION CLAUSES

1. STATEMENT OF COMPLIANCE: Contractor has, unless exempted, complied with the nondiscrimination program requirements. (GC 12990 (a-f) and CCR, Title 2, Section 8103) (Not applicable to public entities.)

2. DRUG-FREE WORKPLACE REQUIREMENTS: Contractor will comply with the requirements of the Drug-Free Workplace Act of 1990 and will provide a drug-free workplace by taking the following actions:

   a. Publish a statement notifying employees that unlawful manufacture, distribution, dispensation, possession or use of a controlled substance is prohibited and specifying actions to be taken against employees for violations.

   b. Establish a Drug-Free Awareness Program to inform employees about:

      1) the dangers of drug abuse in the workplace;
      2) the person's or organization's policy of maintaining a drug-free workplace;
      3) any available counseling, rehabilitation and employee assistance programs; and,
      4) penalties that may be imposed upon employees for drug abuse violations.

   c. Every employee who works on the proposed Agreement will:

      1) receive a copy of the company's drug-free workplace policy statement; and,
      2) agree to abide by the terms of the company's statement as a condition of employment on the Agreement.

   Failure to comply with these requirements may result in suspension of payments under the Agreement or termination of the Agreement or both and Contractor may be ineligible for award of any future State agreements if the department determines that any of the following has occurred: the Contractor has made false certification, or violated the certification by failing to carry out the requirements as noted above. (GC 8350 et seq.)

JAN-25-07 16:08 From:U. H. S. W. C.                5106223265              T-442 P.13/49 Job-620

3. **NATIONAL LABOR RELATIONS BOARD CERTIFICATION:** Contractor certifies that no more than one (1) final un-appealable finding of contempt of court by a Federal court has been issued against Contractor within the immediately preceding two-year period because of Contractor's failure to comply with an order of a Federal court, which orders Contractor to comply with an order of the National Labor Relations Board (PCC 10296) (Not applicable to public entities).

4. **UNION ORGANIZING:** Contractor hereby certifies that no request for reimbursement, or payment under this Agreement, will seek reimbursement for costs incurred to assist, promote or deter union organizing.

5. **CONTRACTS FOR LEGAL SERVICES $50,000 OR MORE- PRO BONO REQUIREMENT:** Contractor hereby certifies that Contractor will comply with the requirements of Section 6072 of the Business and Professions Code, effective January 1, 2003.

   Contractor agrees to make a good faith effort to provide a minimum number of hours of pro bono legal services during each year of the Contract, equal to the lesser of 30 multiplied by the number of full-time attorneys in the firm's offices in the State, with the number of hours prorated on an actual day basis for any contract period of less than a full year or 10% of its contract with the State.

   Failure to make a good faith effort may be cause for non-renewal of a State contract for legal services, and may be taken into account when determining the award of future contracts with the State for legal services.

6. **EXPATRIATE CORPORATIONS:** Contractor hereby declares that it is not an expatriate corporation or subsidiary of an expatriate corporation within the meaning of Public Contract Code Section 10286 and 10286.1, and is eligible to contract with the State of California.

7. **SWEATFREE CODE OF CONDUCT:**

   a. All contractors contracting for the procurement or laundering of apparel, garments or corresponding accessories, or the procurement of equipment, materials, or supplies, other than procurement related to a public works contract, declare under penalty of perjury that no apparel, garments or corresponding accessories, equipment, materials, or supplies furnished to the State pursuant to the Contract, have been laundered or produced in whole or in part by sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor, or with the benefit of sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor. The Contractor further declares under penalty of perjury that they adhere to the Sweatfree Code of Conduct as set forth on the California Department of Industrial Relations website located at www.dir.ca.gov, and Public Contract Code Section 6108.

   b. The Contractor agrees to cooperate fully in providing reasonable access to the Contractor's records, documents, agents or employees, or premises if reasonably required by authorized officials of the contracting agency, the Department of Industrial Relations, or the Department of Justice to determine the Contractor's compliance with the requirements under paragraph (a).

8. **DOMESTIC PARTNERS:**

   Commencing on July 1, 2004, Contractor certifies that it is in compliance with Public Contract Code section 10295.3 with regard to benefits for domestic partners. For any contracts executed or amended, bid packages advertised or made available, or sealed bids received on or after July 1, 2004 and prior to January 1, 2007, a contractor may require an employee to pay the costs of providing additional benefits that are offered to comply with PCC 10295.3.

## DOING BUSINESS WITH THE STATE OF CALIFORNIA

The following laws apply to persons or entities doing business with the State of California.

1. CONFLICT OF INTEREST: Contractor needs to be aware of the following provisions regarding current or former State employees. If Contractor has any questions on the status of any person rendering services or involved with the Agreement, the awarding agency must be contacted immediately for clarification.

Current State Employees (PCC 10410):

1). No officer or employee shall engage in any employment, activity or enterprise from which the officer or employee receives compensation or has a financial interest and which is sponsored or funded by any State agency, unless the employment, activity or enterprise is required as a condition of regular State employment.

2). No officer or employee shall contract on his or her own behalf as an independent contractor with any State agency to provide goods or services.

Former State Employees (PCC 10411):

1). For the two-year period from the date he or she left state employment, no former State officer or employee may enter into a contract in which he or she engaged in any of the negotiations, transactions, planning, arrangements or any part of the decision-making process relevant to the contract while employed in any capacity by any State agency.

2). For the twelve-month period from the date he or she left State employment, no former State officer or employee may enter into a contract with any State agency if he or she was employed by that State agency in a policy-making position in the same general subject area as the proposed contract within the 12-month period prior to his or her leaving State service.

If Contractor violates any provisions of above paragraphs, such action by Contractor shall render this Agreement void. (PCC 10420)

Members of boards and commissions are exempt from this section if they do not receive payment other than payment of each meeting of the board or commission, payment for preparatory time and payment for per diem. (PCC 10430 (e))

2. LABOR CODE/WORKERS' COMPENSATION: Contractor needs to be aware of the provisions which require every employer to be insured against liability for Worker's Compensation or to undertake self-insurance in accordance with the provisions; and Contractor affirms to comply with such provisions before commencing the performance of the work of this Agreement (Labor Code Section 3700).

3. AMERICANS WITH DISABILITIES ACT: Contractor assures the State that it complies with the Americans with Disabilities Act (ADA) of 1990, which prohibits discrimination on the basis of disability, as well as all applicable regulations and guidelines issued pursuant to the ADA (42 U.S.C. 12101 et seq.).

4. CONTRACTOR NAME CHANGE: An amendment is required to change the Contractor's name as listed on this Agreement. Upon receipt of legal documentation of the name change the State will process the amendment. Payment of invoices presented with a new name cannot be paid prior to approval of said amendment.

5. CORPORATE QUALIFICATIONS TO DO BUSINESS IN CALIFORNIA:

a. When agreements are to be performed in the State by corporations, the contracting agencies will be verifying that the contractor is currently qualified to do business in California in order to ensure that all obligations due to the State are fulfilled.

JAN-25-07  16:09  From:C. H. S. W. C.                    5106223265              T-442  P.15/49  Job-620

b. "Doing business" is defined in R&TC Section 23101 as actively engaging in any transaction for the purpose of financial or pecuniary gain or profit. Although there are some statutory exceptions to taxation, rarely will a corporate contractor performing within the State not be subject to the franchise tax.

c. Both domestic and foreign corporations (those incorporated outside of California) must be in good standing in order to be qualified to do business in California. Agencies will determine whether a corporation is in good standing by calling the Office of the Secretary of State.

6. RESOLUTION: A county, city, district, or other local public body must provide the State with a copy of a resolution, order, motion, or ordinance of the local governing body which by law has authority to enter into an agreement, authorizing execution of the agreement.

7. AIR OR WATER POLLUTION VIOLATION: Under the State laws, the Contractor shall not be: (1) in violation of any order or resolution not subject to review promulgated by the State Air Resources Board or an air pollution control district; (2) subject to cease and desist order not subject to review issued pursuant to Section 13301 of the Water Code for violation of waste discharge requirements or discharge prohibitions; or (3) finally determined to be in violation of provisions of federal law relating to air or water pollution.

8. PAYEE DATA RECORD FORM STD. 204: This form must be completed by all contractors that are not another State agency or other government entity.

GTC 304

## EXHIBIT C

## GENERAL TERMS AND CONDITIONS

1. <u>APPROVAL</u>: This Agreement is of no force or effect until signed by both parties and approved by the Department of General Services, if required. Contractor may not commence performance until such approval has been obtained.

2. <u>AMENDMENT</u>: No amendment or variation of the terms of this Agreement shall be valid unless made in writing, signed by the parties and approved as required. No oral understanding or Agreement not incorporated in the Agreement is binding on any of the parties.

3. <u>ASSIGNMENT</u>: This Agreement is not assignable by the Contractor, either in whole or in part, without the consent of the State in the form of a formal written amendment.

4. <u>AUDIT</u>: Contractor agrees that the awarding department, the Department of General Services, the Bureau of State Audits, or their designated representative shall have the right to review and to copy any records and supporting documentation pertaining to the performance of this Agreement. Contractor agrees to maintain such records for possible audit for a minimum of three (3) years after final payment, unless a longer period of records retention is stipulated. Contractor agrees to allow the auditor(s) access to such records during normal business hours and to allow interviews of any employees who might reasonably have information related to such records. Further, Contractor agrees to include a similar right of the State to audit records and interview staff in any subcontract related to performance of this Agreement. (GC 8546.7, PCC 10115 et seq., CCR Title 2, Section 1896).

5. <u>INDEMNIFICATION</u>: Contractor agrees to indemnify, defend and save harmless the State, its officers, agents and employees from any and all claims and losses accruing or resulting to any and all contractors, subcontractors, suppliers, laborers, and any other person, firm or corporation furnishing or supplying work services, materials, or supplies in connection with the performance of this Agreement, and from any and all claims and losses accruing or resulting to any person, firm or corporation who may be injured or damaged by Contractor in the performance of this Agreement.

6. <u>DISPUTES</u>: Contractor shall continue with the responsibilities under this Agreement during any dispute.

7. <u>TERMINATION FOR CAUSE</u>: The State may terminate this Agreement and be relieved of any payments should the Contractor fail to perform the requirements of this Agreement at the time and in the manner herein provided. In the event of such termination the State may proceed with the work in any manner deemed proper by the State. All costs to the State shall be deducted from any sum due the Contractor under this Agreement and the balance, if any, shall be paid to the Contractor upon demand.

JAN-25-07  16:10  From:C. H. S. N. C.                    5106223265              T-442  P.17/49  Job-620

8. INDEPENDENT CONTRACTOR: Contractor, and the agents and employees of Contractor, in the performance of this Agreement, shall act in an independent capacity and not as officers or employees or agents of the State.

9. RECYCLING CERTIFICATION: The Contractor shall certify in writing under penalty of perjury, the minimum, if not exact, percentage of recycled content, both post consumer waste and secondary waste as defined in the Public Contract Code, Sections 12161 and 12200, in materials, goods, or supplies offered or products used in the performance of this Agreement, regardless of whether the product meets the required recycled product percentage as defined in the Public Contract Code, Sections 12161 and 12200. Contractor may certify that the product contains zero recycled content. (PCC 10233, 10308.5, 10354)

10. NON-DISCRIMINATION CLAUSE: During the performance of this Agreement, Contractor and its subcontractors shall not unlawfully discriminate, harass, or allow harassment against any employee or applicant for employment because of sex, race, color, ancestry, religious creed, national origin, physical disability (including HIV and AIDS), mental disability, medical condition (cancer), age (over 40), marital status, and denial of family care leave. Contractor and subcontractors shall insure that the evaluation and treatment of their employees and applicants for employment are free from such discrimination and harassment. Contractor and subcontractors shall comply with the provisions of the Fair Employment and Housing Act (Government Code Section 12990 (a-f) et seq.) and the applicable regulations promulgated thereunder (California Code of Regulations, Title 2, Section 7285 et seq.). The applicable regulations of the Fair Employment and Housing Commission implementing Government Code Section 12990 (a-f), set forth in Chapter 5 of Division 4 of Title 2 of the California Code of Regulations, are incorporated into this Agreement by reference and made a part hereof as if set forth in full. Contractor and its subcontractors shall give written notice of their obligations under this clause to labor organizations with which they have a collective bargaining or other Agreement.

Contractor shall include the nondiscrimination and compliance provisions of this clause in all subcontracts to perform work under the Agreement.

11. CERTIFICATION CLAUSES: The CONTRACTOR CERTIFICATION CLAUSES contained in the document CCC 304 are hereby incorporated by reference and made a part of this Agreement by this reference as if attached hereto.

12. TIMELINESS: Time is of the essence in this Agreement.

13. COMPENSATION: The consideration to be paid Contractor, as provided herein, shall be in compensation for all of Contractor's expenses incurred in the performance hereof, including travel, per diem, and taxes, unless otherwise expressly so provided.

14. GOVERNING LAW: This contract is governed by and shall be interpreted in accordance with the laws of the State of California.

15. ANTITRUST CLAIMS: The Contractor by signing this agreement hereby certifies that if these services or goods are obtained by means of a competitive bid, the Contractor shall comply with the requirements of the Government Codes Sections set out below.

a. The Government Code Chapter on Antitrust claims contains the following definitions:

1). "Public purchase" means a purchase by means of competitive bids of goods, services, or materials by the State or any of its political subdivisions or public agencies on whose behalf the Attorney General may bring an action pursuant to subdivision (c) of Section 16750 of the Business and Professions Code.

2). "Public purchasing body" means the State or the subdivision or agency making a public purchase. Government Code Section 4550.

b. In submitting a bid to a public purchasing body, the bidder offers and agrees that if the bid is accepted, it will assign to the purchasing body all rights, title, and interest in and to all causes of action it may have under Section 4 of the Clayton Act (15 U.S.C. Sec. 15) or under the Cartwright Act (Chapter 2 (commencing with Section 16700) of Part 2 of Division 7 of the Business and Professions Code), arising from purchases of goods, materials, or services by the bidder for sale to the purchasing body pursuant to the bid. Such assignment shall be made and become effective at the time the purchasing body tenders final payment to the bidder. Government Code Section 4552.

c. If an awarding body or public purchasing body receives, either through judgment or settlement, a monetary recovery for a cause of action assigned under this chapter, the assignor shall be entitled to receive reimbursement for actual legal costs incurred and may, upon demand, recover from the public body any portion of the recovery, including treble damages, attributable to overcharges that were paid by the assignor but were not paid by the public body as part of the bid price, less the expenses incurred in obtaining that portion of the recovery. Government Code Section 4553.

d. Upon demand in writing by the assignor, the assignee shall, within one year from such demand, reassign the cause of action assigned under this part if the assignor has been or may have been injured by the violation of law for which the cause of action arose and (a) the assignee has not been injured thereby, or (b) the assignee declines to file a court action for the cause of action. See Government Code Section 4554.

16. CHILD SUPPORT COMPLIANCE ACT: "For any Agreement in excess of $100,000, the contractor acknowledges in accordance with Public Contract Code 7110, that:

a). The contractor recognizes the importance of child and family support obligations and shall fully comply with all applicable state and federal laws relating to child and family support enforcement, including, but not limited to, disclosure of information and compliance with earnings assignment orders, as provided in Chapter 8 (commencing with section 5200) of Part 5 of Division 9 of the Family Code; and

b) The contractor, to the best of its knowledge is fully complying with the earnings assignment orders of all employees and is providing the names of all new employees to the New Hire Registry maintained by the California Employment Development Department."

JAN-25-07  16:11  From:C. H. S. W. C.                    9106223265        T-442  P.19/49  Job-620

17. UNENFORCEABLE PROVISION: In the event that any provision of this Agreement is
unenforceable or held to be unenforceable, then the parties agree that all other provisions of this
Agreement have force and effect and shall not be affected thereby.

18. UNION ACTIVITIES For all contracts, except fixed price contracts of $50,000 or less, the
Contractor acknowledges that:

By signing this agreement Contractor hereby acknowledges the applicability of Government
Code Section 16645 through Section 16649 to this agreement and agrees to the following:
a) Contractor will not assist, promote or deter union organizing by employees performing work
on a state service contract, including a public works contract.
b) No state funds received under this agreement will be used to assist, promote or deter union
organizing.
c) Contractor will not, for any business conducted under this agreement, use any state property to
hold meetings with employees or supervisors, if the purpose of such meetings is to assist,
promote or deter union organizing, unless the state property is equally available to the general
public for holding meetings.
d) If Contractor incurs costs, or makes expenditures to assist, promote or deter union organizing,
Contractor will maintain records sufficient to show that no reimbursement from state funds has
been sought for these costs, and that Contractor shall provide those records to the Attorney
General upon request.

S:\ADMIN\homepage gtc 304 kay.doc

## EXHIBIT D
## ADDITIONAL PROVISIONS

1.  **EXCISE TAX:** The State of California is exempt from Federal Excise Taxes, and no payment will be made for any taxes levied on employees' wages. The State will pay for any applicable State of California or local sales or use taxes on the services rendered or equipment or parts supplied pursuant to this agreement. California may pay any applicable sales or use tax imposed by another state.

2.  **SETTLEMENT OF DISPUTES:** In the event of a dispute, Contractor shall file a "Notice of Dispute" with Department of General Services, director or designee within ten (10) days of discovery of the problem. Within ten (10) days the director or designee shall meet with the Contractor and Project Manager for purposes of resolving the dispute. The decision of the director or designee shall be final. In the event of a dispute, the language contained within this agreement shall prevail over any other language including that of the bid proposal.

3.  **AGENCY LIABILITY:** The Contractor warrants by execution of this Agreement, that no person or selling agency has been employed or retained to solicit or secure this Agreement upon agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business. For breach or violation of this warranty, the State shall, in addition to other remedies provided by law, have the right to annul this Agreement without liability, paying only for the value of the work actually performed, or otherwise recover the full amount of such commission, percentage, brokerage, or contingent fee.

4.  **POTENTIAL SUBCONTRACTORS:** Nothing contained in this Agreement or otherwise, shall create any contractual relation between the State and any subcontractors, and no subcontract shall relieve the Contractor of its responsibilities and obligations hereunder. The Contractor agrees to be as fully responsible to the State for the acts and omissions of its subcontractors and of persons either directly or indirectly employed by any of them as it is for the acts and omissions of persons directly employed by the Contractor. The Contractor's obligation to pay its subcontractors is an independent obligation from the State's obligation to make payments to the Contractor. As a result, the State shall have no obligation to pay or enforce the payment of any moneys to any subcontractor.

5.  **RIGHT TO TERMINATE:** The State reserves the right to terminate this agreement subject to 30 days written notice to the Contractor. Contractor may submit a written request to terminate this agreement only if the State should substantially fail to perform its responsibilities as provided herein.

    However, the agreement can be immediately terminated for cause. The term "for cause" shall mean that the Contractor fails to meet the terms, conditions, and/or responsibilities of the contract. In this instance, the contract termination shall be effective as of the date indicated on the State's notification to the Contractor.

    This agreement may be suspended or cancelled without notice, at the option of the Contractor, if the Contractor or State's premises or equipment are destroyed by fire or other catastrophe, or so substantially damaged that it is impractical to continue service, or in the event the Contractor is unable to render service as a result of any action by any governmental authority.

6.  **INSURANCE:** Prior to commencement of the work, the contractor will provide evidence in the form of a certificate indicating that the below listed insurance is in effect. Said insurance must be maintained in force at the commencement of and for the duration of the contract.

    A.  Worker's Compensation Insurance in compliance with California Labor Code.

    B.  General liability insurance with limits of at least $5,000,000. limit. Such insurance shall include the following provisions:

    1.  The State of California, its officers, employees, and servants are included as additional insureds, but only insofar as operations under this contract are concerned.

    2.  Cancellation of this insurance will not be effective until 30 days following receipt or a written cancellation notice by the State of California.

7.  **CONTRACT EXTENSION:** This contract may be extended by mutual agreement, by way of a signed and approved amendment to this Agreement.

# EXHIBIT 4

# STATE CONTRACTING MANUAL

**CURRENT AS OF NOVEMBER 2004**

Arnold Schwarzenegger, Governor

Fred Aguiar
Secretary of the Agency
State and Consumer Services Agency

Ronald Joseph
Director
Department of General Services

Garry Ness
Acting Chief Counsel, Office of Legal Services
Department of General Services

Volume 1

Notice

This publication is designed to provide accurate and current information about the law and state policies. Readers
should consult the relevant codes, rules, and cases when relying on cited material.

Copyright 1996,1997,1998,1999,2000, 2001, 2002, 2003, 2004
California Department of General Services

3.  Pest control, fumigation, crop or agricultural spraying, or application of chemicals of any type.

4.  Elevator maintenance.

5.  Transporting of persons by any mode of transportation. Automobile liability insurance is required in addition to public liability insurance.

6.  Use or maintenance of any aircraft (fixed wing or rotor) or watercraft. Aircraft liability insurance is required in addition to public liability insurance.

7.  Automobile or motorcycle racing, rodeos, thrill shows, fireworks exhibitions, or carnivals.

8.  Treatment, removal, storage, or any other handling of hazardous substances including but not limited to toxic waste, petroleum waste, asbestos, and like substances.

B.  Regardless of the contract amount, insurance is required if hazardous activities are included in the performance of a contract.

1.  Contracts for hazardous activities costing $100 or more must be submitted to DGS/ORIM for review to ensure that the contract and the certificate of insurance comply with the provisions of this section and that the insurance coverage meets applicable standards.

2.  For those contracts under $100, the appropriate certificate of insurance must be obtained and filed with the contract for possible audit by DGS.

C.  If the contract and accompanying insurance certificate are deemed appropriate, ORIM will certify the contract as meeting insurance requirements. If the contract requires approval by OLS, ORIM will forward the contract to OLS for review and approval. If OLS approval is not required, the certified copy of the contract will be returned to the agency.

D.  Contracts for hazardous activities shall contain the insurance provisions noted in SCM 7.40.

## 3.13 • JOINT POWERS AGREEMENTS
### (Rev 3/03)

These are agreements entered into by two or more public agencies for the purpose of jointly exercising any power common to the contracting parties. Such agreements may result in the creation of a separate agency or entity with which the state may contract and are exempt from bidding requirements. A board resolution authorizing execution of the agreement with the state is required unless services will be completed prior to payment from the state. See GC § 6502

Note: Contracts awarded to JPAs must still meet all state contract requirements including verification that the rates received from a JPA are reasonable.

## 3.14 • AGREEMENTS FOR SPECIFIC TYPES OF PERSONAL SERVICES
### (New 3/03)

A.  Personal services agreements, of the types listed below, are required by statute to assure that certain "employee benefits" and wage levels are provided to the Contractor's employees who perform the services of the agreement (covered employees). This requirement applies to the following types of contracts:

1.  Janitorial, housekeeping, custodian, food service, security guard, laundry or window cleaning services, including but not limited to the job classes identified in the current Memorandum of Understanding between the State and Bargaining Unit 15, and

    2.    Agreements for a period greater than 90 days.

    3.    Contracts meeting 1 and 2 above are also included for services provided at state leased buildings of 50,000 sq. ft. or more where the state occupies 100% of the space.

B.    The Contractor must provide the following "employee benefits" to covered employees:

    1.    Basic health care, as identified in 10 CCR § 1300.67, and

    2    Dental services, and

    3.    Vision services

    4.    Holiday Pay

    5.    Vacation

    6.    Retirement

C.    The Contractor can provide these benefits either though a purchased plan, or by self-insurance.

D.    The Contractor can meet the "benefits requirement" and 85% wage requirement by:

    1.    Providing "employee benefits" and wages costing not less that 85% of the State cost for employees doing similar work, or

    2.    Cash Payment in lieu of providing benefits, in an amount not less than 85% of the State of California's cost for employees doing similar work, or

    3.    A combination of Employee Benefits and Cash Payments totaling not less than 85% of the State cost for employee benefits for a State of California employee performing similar work, in addition to at least 85% of state wages.

E.    Benefits and Cash Payment Calculations

    1.    By February 1 of each year the Department of Personnel Administration will publish a Schedule of Employee Benefit Rates and Wages on line at the web site www.dpa.ca.gov.

    2.    State agencies must use this Schedule to determine the required Employee Benefits and/or Cash Payments in Qualifying Contracts during the year in which they are published.

    3.    Agencies may select for any Qualifying Contract either the Detailed Rates or the Blended Rate appearing on the most recent Schedule.

    4.    Based on the hourly rates published by the Department of Personnel Administration, the Department of Finance shall issue an annual Budget Letter providing State agencies with budget instructions regarding reimbursements to State agencies for the costs of Employee Benefits and/or Cash Payments under Qualifying Contracts.

F.    Solicitations for Qualifying Contracts shall include provisions requiring compliance with Government Code 19134, including the following:

    1.    Contracting agencies shall instruct potential bidders to include in their bids provision for Employee Benefits and/or Cash Payments to all Covered Employees as well as the 85% wage requirement. Contracting agencies shall provide to bidders the state employee benefit cost amounts and 85% wage amounts to be used in preparing the bids (based on the Schedule of Employee Benefits Rates published by the Department of Personnel Administration). Rate changes for benefits or wages occurring subsequent to issuance of a solicitation, but prior to the bid due date, shall be included in an addendum to the solicitation.

2.  Solicitations for Qualifying Contracts and Resulting Contracts shall contain: A provision that the contractor must submit monthly reports to the contracting agency documenting:

   a. The number and names of Covered Employees receiving Employee Benefits and/or Cash Payments in the preceding month

   b. The number of hours each Covered Employee worked on the Qualifying Contract in the preceding month, and

   c. The employer's cost of required Employee Benefits and/or Cash Payments directly provided to Covered Employees in the preceding month. These reported costs shall not include administrative or other indirect costs incurred by providing Employee Benefits.

   d. That wages paid are at least 85% of state wages for similar work.

3.  Rates and wages in effect at the time of the bid due date shall remain in effect for the first year of the contract term, at a minimum. At the end of the first year of the contract term, and each subsequent year thereafter, any intervening and/or rate changes (as published by the Department of Personnel Administration) shall be given effect by contract amendment. If the contract term is less than one year, the rates and wages in effect at the time of the bid due date shall apply for the entire contract term.

4.  A provision allowing for adjusting Employee Benefits and/or Cash Payment amounts in the event of an amendment to the Schedule of Employee Benefit Rates published by the Department of Personnel Administration during the term of the contact.

5.  Notice that the contract is subject to audit for compliance with the provisions of Government Code 19134.

6.  Notice that failure to comply with the provisions of Government Code section 19134 constitutes a material breach, which could subject the contract to immediate termination by the State.

G.  Bids for Qualifying Contracts shall include, in addition to all other requirements specified in the solicitation:

   1.  The method the bidder has chosen to fulfill the requirements of Government Code 19134, either by (a) providing Employee Benefits, or (b) providing Cash Payments, or (c) providing a combination of Employee Benefits and Cash Payments

   2.  The total cost of Employee Benefits and/or Cash Payments based on the Department of Personnel Administration Rate Schedule in effect at the time the bids are due. For purposes of bidding only, the contracting agency may instruct the bidder to assume that the rates in effect at the time bids are due will be effective through the life of the contract, notwithstanding that the rates are in fact subject to change.

   3.  Before execution of the contract employers choosing to offer Employee Benefits, shall provide the names of insurance providers and terms of the coverage.

H.  Reporting and Monthly Statements: Contractors shall provide monthly statements to the contracting agency during the term of a Qualifying Contract. These statements shall include:

   1.  The number of Covered Employees who received Employee Benefits and/or Cash Payments in the preceding month

   2.  The name of each Covered Employee who received Employee Benefits and/or Cash Payments in the preceding month

3.  The number of hours each Covered Employee worked on the Qualifying Contract in the preceding month

4.  The amount paid to each Covered Employee for Employee Benefits and/or Cash Payments in the preceding month

5.  The total monthly cost of Employee Benefits and/or Cash Payments in the preceding month, excluding any administrative cost

6.  The number of employees working on a Qualifying Contract and the hourly wage paid to each in the preceding month.

I.  Audits: Qualifying Contracts and documents relating to implementing Government Code 19134 may be audited by the contracting State agency, the Department of General Services, and the Bureau of State Audits

J.  Breach: Government Code 19134(e) states that failure to provide benefits or cash-in-lieu payments to employees constitutes a "material breach" for any contract for personal services covered by that section. A breach can result in immediate contract termination by the State of California.

## 3.14.1 JANITORIAL/BUILDING MAINTENANCE CONTRACTS: ADDITIONAL REQUIREMENTS
(New 3/03)

Effective for contracts entered into after January 1, 2002 any contractor or sub-contractor providing janitorial and/or building maintenance services in California, which is awarded a contract to provide such services at a new site(s) must retain for 60 days the current employees employed at that site(s) by the previous contractor/sub-contractor. The awarding authority shall obtain from the previous contractor information as to employees and provide the same information to the new contractor in order for the new contractor to make the necessary notifications as required by Labor Code section 1060 et seq.

# 3.15 • CONTRACTS WITH NONPROFIT ORGANIZATIONS

Contracts may be made between the state and a private entity that is a nonprofit corporation. Bidding requirements would apply unless exempt by statute or the contract is for subvention or local assistance. See SCM 3; IRS Code § 501C.

# 3.16 • REVENUE AGREEMENTS
(Rev 3/03)

Revenue agreements generally include: Revenue, Reimbursable, Income Contracts Receivable and Cost Recovery Contracts. They typically fall into two categories:

A.  Contracts between the state and a private entity in which the private entity provides services and pays the state. This type of revenue agreement must be competitively bid (or an NCB approval obtained) if it is a profit-making venture for the contractor. [For example, state park concession contracts]

B.  Contracts between the state and a public or private entity, in which the state is providing services and receiving payment for the services.

Note: These contracts are subject to DGS/OLS review as are other contracts depending on the value of the contract.

# EXHIBIT 5



SEIU
Local 24/7

**A G R E E M E N T**

Between

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 24/7/UHSO
Local 24/7

and

ABM SECURITY / AMERICAN COMMERCIAL
SECURITY SERVICES

ALLIED SECURITY / BARTON PROTECTIVE

COGNISA SECURITY, INC.

FORBES SECURITY

GUARDSMARK, INC.

LIGOURI ASSOCIATES, INC.

PROFESSIONAL TECHNICAL SECURITY
SERVICES, INC.

SECURITAS COMPANY

SENTINEL GUARD SYSTEM

UNIVERSAL PROTECTIVE SERVICES

(Effective July 1, 2003 through June 30, 2007)

These duties are recognized as including the apprehension, identification and reporting of and giving evidence against any persons who perform or conduct themselves in violation of work rules or applicable laws while on the Employer's or the client's premises. Violation of the provisions of this Article will subject security employees to disciplinary action up to and including discharge. Such disciplinary action shall be subject to the grievance and arbitration procedure of this Agreement.

The Employer will reimburse a guard or patrolman for damages incurred to his personal property as a result of the performance of his assigned duties under strike conditions. In order to be eligible for such reimbursement, a guard or patrolman must:

(a) Report to the Employer as soon as reasonably possible, in writing, all of the facts and circumstances regarding damages incurred;

(b) Have exercised reasonable care for the safety of his personal property; and

(c) Complied with the Employer's reasonable instructions regarding such property.

## ARTICLE 6
## UNION REPRESENTATIVES

1. Official representatives of the Union shall be allowed to visit the Employer's premises and offices, and to visit the employees on the job for the purpose of determining that this Agreement is being carried out, provided that there shall be no interference with the business of the Employer, there is no objection by the Employer's clients, and that the visit is conducted within the client's established access control procedures. Any Union official who wishes to visit or contact employees while on the job, shall notify, in advance the Employer's management of his or her intention to do so prior to their anticipated arrival on the job site or the Employer's office, with two (2) business days' notification and specify the property he or she intends to visit.

2. The Union may inspect dispatch sheets weekly. The Union will give the Employer at least two (2) business days notice prior to inspecting such dispatch sheets.

3. The Employer may permit the posting of Union bulletins at the Employer's premises and sites in designated areas, provided such bulletins do not disparage the Employer or the client.

4. Union steward, or alternate stewards in their absence, shall have reasonable freedom to perform their duties during nonworking time so long as it does not interfere with the performance of any employee's security duties, provided that on giving the Employer notice, the steward shall be entitled to remain on a client's premises to perform their Union-related duties during their nonworking times. The Employer shall recognize up to one (1) steward per every fifty (50) security officers up to one (1) steward per site. The Employer shall recognize up to one (1) shop steward per job site. Stewards shall be selected by the Union. The Union shall notify the Employer in writing of the names of all stewards at the time of their selection. Any change in shop steward shall also be communicated in writing to the Employer. Stewards are authorized to meet with the Employer's branch management on an unpaid basis, should he or she desire to meet with the steward, for the purpose of disposing of problems on an informal basis at job sites so long as it does not interfere with the performance of the steward's security duties.

5. The Union may request and obtain the release of employees selected for official Union business (e.g., training programs, union conference/convention, etc.) on an unpaid basis provided at least two (2) weeks' advance notification in writing is given to the Employer. In addition, the Union may designate members to be released without pay for representation/organizing matters, with at least five (5) business days' advance notice when possible. No more than one (1) employee per every fifty (50) employees will be requested for any release from their scheduled work time. Such leave will be granted for the period required to fully carry out said business provided such leave does not exceed fifteen (15) working days per calendar year unless the Employer consents to additional time off for the affected employee(s). Reasonable time off to participate in local collective bargaining negotiation meetings involving the employee's Employer will not be restricted, unless for emergency situations. During all such leaves provided for in this Article seniority shall continue to accumulate and accrue.

## ARTICLE 7
## TRAINING

1. Representatives of the Union and Employers signatory to this Agreement shall meet and confer to establish a joint labor and management industry undertaking to develop an organized planned system of training and accreditation, identifying clients needs, surveying security practices and developing a measurable qualifications program. The parties agree to jointly request BOMA San Francisco to join the committee.

2. Employees shall be paid at straight-time rate for all training required by the Employer or mandated by law. Any work (including mandatory training hours) if over eight (8) hours in a workday or forty (40) hours in a workweek shall be paid at time-and-one-half.

## ARTICLE 8
## PROBATIONARY PERIOD

1. An employee shall be employed on a probationary period for ninety (90) days from the date of employment. At the sole discretion of the Employer, the employee may be terminated during this period without recourse to the Grievance Procedure by the employee. After ninety (90) days, the employee is considered a regular employee and will be placed on the seniority list dating from the first day of employment.

2. The ninety (90) calendar day limitation will not apply to an employee if it is found that the information given in the application for employment is false or materially incomplete. He may be terminated without recourse to the Grievance Procedure set forth in Article 25, except on the issue of whether the application is false or materially incomplete. If the arbitrator finds that the application is false or materially incomplete, the discharge will be sustained.

3. Unexcused absence during the probationary period will not be counted toward the completion of the probationary period.

## ARTICLE 9
## SENIORITY

1. Seniority shall be defined as an employee's length of service measured from his or her most recent date of hire with the Employer.

2. An employee shall not have seniority during the first ninety (90) calendar days of employment, which shall be considered an orientation period. During this time, the Employer may discharge the employee, who shall have no recourse to the grievance-arbitration procedure. Upon completion of the orientation period, an employee's seniority will revert to his or her original date of hire.

3. The Employer shall maintain at its office a seniority list showing employees' dates of hire. Seniority lists shall be made current as of March 1st and September 1st each year, and shall be furnished to the Union upon request.

4. Nothing contained in this Agreement shall be deemed to restrict the Employer's right to temporarily or permanently assign an employee to or among other buildings covered by collective bargaining agreements with the Union to which the same Employer is signatory; provided, that temporary assignments (not to exceed sixty (60) calendar days) shall have

7

no effect upon the employee's seniority, and the employee shall, during the period of such temporary assignments, continue to retain and accrue seniority, wages and benefit eligibility as if they had not been temporarily assigned; provided further, that permanently reassigned employees shall, upon reassignment, be credited with all accumulated seniority and receive the wage rates and benefit eligibility in effect at the new building location and shall in addition continue to retain and accrue seniority at their new building location as if they had started work at said location.

5. Seniority shall be broken by any of the following events:

a. Resignation, retirement, or voluntary termination;

b. Just-cause discharge;

c. Voluntary promotion into any non-bargaining unit position;

d. Layoff exceeding one hundred eighty (180) days;

e. Inactive employment for any reason exceeding one (1) year or one's length of seniority which is less;

f. Failure to report within seven (7) calendar days from the date a recall notice is mailed to the employee's most recent address appearing on the Employer's records, unless prior written notice is received by the Employer;

g. Failure to return to work after any leave within seven (7) calendar days after a scheduled date for return unless prior written notice is received by the Employer.

6. Assignments, promotions, layoffs and recalls shall be determined on the basis of seniority provided in the opinion of the Employer, the employee is qualified, suitable and available to work. Seniority shall be determinative when all other job-related factors are equal. The Employer's sole discretion shall be determinative in making such decisions, and such shall not be unreasonably exercised.

7. Laid-off employee shall not be permitted to bump a less senior employee at another location/site, but shall be permitted to obtain a vacant position at another location/site consistent with the provisions of Section 6, above. If there are no such vacant positions, the employee shall be permitted to exercise his or her seniority for a position, which becomes available, consistent with Section 6. The Employer will give first consideration to filling vacancies to employees on a recall list.

8

5. When an employee is working in an emergency situation where the period exceeds twelve (12) hours, and the employee has made an effort to notify the Employer of the situation, the Employer will make a reasonable effort to arrange for the employee to eat after twelve (12) hours and every six (6) consecutive hours thereafter. If the Employer fails to provide a meal, the employee shall be paid in lieu thereof fifteen ($15.00) dollars per meal in the next pay period.

6. Each full-time employee shall be entitled to thirty (30) minutes of paid non-working time per day which shall be taken in two rest periods; provided, that if the Employer has previously specified relief time is in excess of that provided herein, such additional relief time shall continue to be provided to security who are employed by the Employer who were so of the date of this agreement receiving such additional specified relief time. Employees who comply with this provision shall be deemed to have complied with and satisfied the provisions of California law with respect to rest periods. An employee who did not receive a rest break must indicate such on his or her time card or Daily Activity Report for that week and initial such in the box indicating such, otherwise the Employer may assume that the employee received all rest breaks as required by law. Disputes regarding rest breaks shall be resolved only in accordance with Article 25 (Grievance and Arbitration Procedure), and the grievance may be filed within the time allowed by law, provided that after exhausting said Grievance and Arbitration Procedure, the employee may then utilize other available legal means.

## ARTICLE 14
## HOLIDAYS

Provisions 1-8 below to be effective January 1, 2004; except that Section 3 will be effective for the following holidays in 2003: July 4th, Labor Day, Thanksgiving and Christmas.

The Employer may continue the holiday policies and procedures set forth in their preceding collective bargaining agreement for the remainder of 2003, except as modified in Section 3.

1. The following eight (8) holidays (per section 9 herein) shall be recognized for all employees on the days on which they are legally observed:

Thanksgiving Day    Memorial Day
Christmas Day       July 4th
New Year's Day      Labor Day
Martin Luther King, Jr. Day

2. Work performed on any holiday enumerated in paragraph 1 above, shall be paid for at one and one-half (1½) times the basic hourly rate. All work on such holidays in excess of eight (8) hours shall be paid at two (2) times the

basic hourly rate. Holiday pay at premium rates will be paid for hours worked within the twenty-four (24) hour calendar day of the holiday.

3. For purposes of the holidays listed in paragraph 1, all officers who are regularly scheduled to work that day of the week, but do not work due to their regular work location being closed, will be paid eight (8) hours regular straight-time pay.

4. In order to qualify for holiday pay, employees must work their last regularly scheduled shifts before the holiday and their next regularly scheduled shifts following the holiday, provided, that employees who are absent on one (1) or more such days due to approved vacation or sick leave shall be entitled to holiday pay, and provided further, that employees who are absent on one or both of such days due to FMLA leave, or medical leave or personal leave previously approved by the Employer, shall be entitled to receive holiday pay only upon their return to active employment.

5. Employees scheduled to work on a holiday who do not report for work and fail to call in prior to their starting time shall not be eligible to receive holiday pay. Any employee who takes an extra day off in connection with the holidays provided for in this Article for reasons not justified, shall be subject to progressive discipline by the Employer.

6. On state and national general election days, the work shall be arranged so as to allow the employees time to vote without loss of pay.

7. The Employer will make every effort to schedule work for any full-time employee who requests it, whose regular shift is cancelled on a holiday.

8. The first eight (8) hours of work performed at the holiday overtime rate shall be considered straight time in determining when overtime shall become payable under the Fair Labor Standards Act. Payment of overtime for holidays worked shall not relieve the Employer from payment of overtime for the hours worked in excess of forty (40) hours a week or eight (8) hours a shift as provided in Article 12. There shall be no prevailing of premium or overtime pay for the same hours worked.

9. An employer who signs and becomes a party to this Agreement prior to September 1, 2003, shall include Presidents' Day as a paid designated holiday in Section 1 in 2006. An employer who signs and becomes a party to this Agreement on or after September 1, 2003, shall include Presidents' Day as a paid designated holiday in Section 1 immediately on date of signing.

10. Ligouri, ABM, Barton and Pinkerton agree to pay employees who work on July 4th, Labor Day, Thanksgiving and/or Christmas double time for the hours they work on said days through December 31, 2003. Effective January 1, 2004, Section 2 of this Article shall apply.

JAN-29-07  16:20    From:C. H. S. W. C.    5106223365    T-449  P.09/27  Job-627