# EXHIBIT 1

JAN-25-07 16:18 From:C. H. S. W. C.                 5106223265           T-442 P.39/49 Job-620

ATE OF CALIFORNIA
ANDARD AGREEMENT AMEND        T
) 213 (Rev 09/01)

| | AGREEMENT NUMBER |
|---|---|
| | 3043365, Am. 1 |

This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

**Department of General Services, Real Estate Services Division, Building & Property Mgmt. Branch**

CONTRACTOR'S NAME

**GUARDSMARK, GP**

| | |
|---|---|
| The term of this Agreement is: | December 1, 2001 to November 30, 2004 |
| This Amendment adds the following amount to the Agreement: | $610,960 |
| The maximum amount of this Agreement after this amendment is: | $3,730,960 |

The parties mutually agree to this amendment as follows. All actions noted below are by this reference made a part of the Agreement and incorporated herein:

### SECURITY GUARD SERVICES

### SAN FRANCISCO CIVIC CENTER -- 455 GOLDEN GATE AVENUE, SAN FRANCISCO, CA

ontract Number 3043365 is hereby Amended as follows:

e hourly rate table shown in Exhibit A, SCOPE OF WORK, item 2, INVOICING, is hereby amended as follows:

| Classification | Hourly rate | | Classification | Hourly Rate |
|---|---|---|---|---|
| Security Officer I | $18.42 | | Supervisor II | $23.48 |
| Security Officer II | $20.28 | | Senior Supervisor I | $28.68 |
| Supervisor I | $21.68 | | Senior Supervisor II | $29.98 |

The State maintains the right to substitute the Supervisor for the Security Officer.

is amendment adds an additional $610,960 for the remainder of the term to fund the mandated benefit yments, public demonstrations, gate breaking and scheduled functions in and around the facility.

cept as amended herein, all other terms and conditions of the original agreement shall remain in full ce and effect.

WITNESS WHEREOF, this Agreement has been executed by the parties hereto.

| CONTRACTOR | CALIFORNIA Department of General Services Use Only |
|---|---|
| NTRACTOR'S NAME (If other than an individual, state whether a corporation, partnership, etc.)  uardsmark, GP | APPROVED For Execution |
| (Authorized Signature)  DATE SIGNED 7/14/03 | By  By |
| NTED NAME AND TITLE OF PERSON SIGNING  AREITH C. LEVITON, VICE PRESIDENT | **APPROVED** |
| DRESS  44 Montgomery Street, Suite 700, San Francisco, CA 94104-3314 | JUL 3 1 2003 |
| STATE OF CALIFORNIA | DEPT OF GENERAL SERVICES |
| ENCY NAME  partment of General Services, Real Estate Services Division  ilding & Property Management Branch | |
| (Authorized Signature)  DATE SIGNED 7/6/03 | |
| NTED NAME AND TITLE OF PERSON SIGNING  ichelle Ogata, Assistant Chief | |
| DRESS  7 3rd Street, Suite 5-105, West Sacramento, CA 95605 | Exempt per |

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/01)

| AGREEMENT NUMBER |
|---|
| 3043385 |

1. This Agreement is entered into between the State Agency and the Contractor named below:
   STATE AGENCY'S NAME

   **Department of General Services, Real Estate Services Division, Building & Property Mgmt. Branch**

   CONTRACTOR'S NAME

   **GUARDSMARK, INC.**

2. The term of this Agreement is: **December 1, 2001 to November 30, 2004**

3. The maximum amount of this Agreement is: **$3,120,000.00**    (for regularly scheduled service)

4. The parties agree to comply with the terms and conditions of the following exhibits which are by this reference made a part of the Agreement.

### SECURITY GUARD SERVICES
### SAN FRANCISCO CIVIC CENTER
### 455 GOLDEN GATE AVENUE, SAN FRANCISCO, CA

| | |
|---|---|
| Exhibit - A – Scope of Work | 8 pages |
| Exhibit - B – Budget Detail and Payment Provisions | 1 page |
| Exhibit - C* – General Terms and Conditions – Go to www.dgs.ca.gov/contracts | GTC 201 |
| Exhibit - D – Supplemental Conditions | 1 page |

Items shown with an Asterisk (*), are hereby incorporated by reference and made part of this agreement as if attached hereto.

**IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.**

| CONTRACTOR | CALIFORNIA Department of General Services Use Only |
|---|---|
| CONTRACTOR'S NAME (If other than an individual, state whether a corporation, partnership, etc.) | |
| Guardsmark, Inc. | |
| BY (Authorized Signature)     DATE SIGNED)   APPROVED | APPROVED |
| 4/16/02   For Execution | |
| PRINTED NAME AND TITLE OF PERSON SIGNING   By | APR 2 5 2002 |
| IRA A. LIPMAN, PRESIDENT   By | |
| ADDRESS | DEPT OF GENERAL SERVICES |
| 44 Montgomery Street, Suite 700 | |
| San Francisco, CA  94104-3314 | |
| STATE OF CALIFORNIA | |
| AGENCY NAME | |
| Department of General Services, Real Estate Services Division | |
| BY (Authorized Signature)     DATE SIGNED | |
| 4-23-02 | |
| PRINTED NAME AND TITLE OF PERSON SIGNING | |
| Timothy Bow, Chief | |
| ADDRESS | ☐ Exempt per _____ |
| 707 3rd Street, Suite 8-105, West Sacramento, CA  95605 | |

EXHIBIT A

## SCOPE OF WORK

**SECURITY GUARD SERVICES**
**SAN FRANCISCO CIVIC CENTER**
**455 GOLDEN GATE AVENUE, SAN FRANCISCO, CA**

## CONTRACTOR AGREES TO PROVIDE:

Contractor will furnish all uniformed labor and incidental clerical supplies necessary to provide unarmed security guard services in accordance with the terms and conditions set forth in this agreement.

1.   **PROJECT MONITOR:** Mr. Nick Cimino, Regional Building Manager, is assigned as the State Project Monitor for the contract. Mr. Cimino is not authorized by the State to make any commitments or make any changes which will affect the price, terms, or conditions of the contract. The State reserves the right to designate a replacement for the State Project Monitor. The Contractor will be provided with written notice of any such change. Mr. Cimino's phone number is (415) 703-4952.

2.   **INVOICING:** Contractor has indicated the following hourly rates will be invoiced to the State for regularly scheduled service:

| Classification | Hourly Rate |
|---|---|
| Security Officer | $16.03 |
| Supervisor | $18.42 |
| Senior Supervisor | $23.35 |

Payments shall be made to the Contractor, monthly, in arrears, upon receipt of itemized weekly invoices in triplicate. Written/approved overtime and holiday rates will be invoiced and paid by the State at a factor of 1.5 times the unit hourly rate. Holidays include New Year's Day; Memorial Day, Independence Day, Labor Day, Thanksgiving Date and Christmas Day. The rates for services rendered pursuant to this Agreement may be changed during the term of this contract upon mutual agreement of both parties.

Invoices shall include the contract number, dates of service and number of hours billed. Invoices to be made out to:

Department of General Services, Building & Property Management Branch

Invoices to be submitted to:

Cynthia Harris, Office Technician
Building and Property Management Branch
505 Van Ness Avenue, Suite 2012
San Francisco, CA  94102

3.   **Holidays:** Unless expressly required, no work will be performed on State holidays. The Building Manager's Office will provide Contractor with a list of the current State holidays for each year.

4. **GUARDS REQUIREMENTS:** Guards must have adequate experience for their assignments under this agreement. Guards must have at the time of assignment, guard registration cards issued by the California Department of Consumer Affairs. All guards assigned to work under this agreement must have been found to be in good physical condition for the work they are to perform. Guards must be fully capable of performing work requiring moderate to arduous physical exertion under either normal or emergency conditions. Guards must be mentally alert and capable of exercising good judgement, implementing instructions, and assimilating necessary specialized training.

Prior to their initial assignment, guards are required to have received, in addition to any Department of Consumer Affairs required training:

• Training in security and emergency procedures, crowd control, and public relations.

5. **POST INSTRUCTIONS:** The security guards will, at all times, be familiar with, but not limited to, the following specific post instructions:

• Emergency telephone numbers
• Emergency fire and fire alarm procedures
• Emergency intrusions alarm procedures
• Floor plans (location of alarms and alarmed doors)
• Medical emergencies
• Elevator emergencies/malfunctions
• Bomb threats
• Earthquakes
• Access Control
• Deliveries
• Equipment removal policy and procedures
• Building patrol procedures
• Life/safety systems.

6. **UNIFORMS:** All security guards will be uniformed in blue blazer, gray pants, tie, black shoes, and white shirt. All uniform and auxiliary equipment must be approved by the State. Any changes in the uniform style or color shall be approved by the State and provided by Contractor at no additional cost to the State.

7. **REQUIRED AND PROHIBITED ACTIVITIES:**
The contractor shall ensure that all assigned guards meet the following standards of conduct and appearance:
A.  Maintain clean and neat appearance and a courteous attitude.
B.  Guards shall keep their uniforms in good conditions, cleaned and pressed, and shall wear a complete uniform while on duty.
C.  The guards shall keep all uniforms clean and in good condition.
D.  The security guard shall maintain high visibility, answer routine questions for directions and handle minor problems.

While on duty on the State facility, guards shall not:

A.  Listen to radios or any other audio medium which is not job related.
B.  Watch television
C.  Read any materials which are not job related.
D.  Use State telephones for other than State business
E.  Leave their area of responsibility
F.  Entertain personal visitors
G.  Be under the influence of illegal drugs or alcohol
H.  Be under the influence of prescribed medications which may affect job performance
I.  Display a discourteous, abrasive, or belligerent attitude
J.  Sleep

8.  **REPORTING:**

Security guards shall complete all required security reports which are required by the State. Written reports are required weekly, plus a monthly report of activities. These reports are to be submitted to the Building Manager. Reports shall include, but not be limited to:

A.  Identify any exterior doors not properly secured. If the situation is of a suspicious nature, the appropriate law enforcement agency should be notified.
B.  Identify any exterior doors with defective hardware which might affect building security.
C.  Report any incidents affecting the safety or security of the building or occupants.
D.  Report any defective exterior lights.
E.  Note any areas where staff is working after hours.
F.  Report unusual circumstances, suspicious persons and any other problems encountered to this appropriate law enforcement agency.
G.  Assault, burglary, robbery, vandalism or any suspicious activities shall be reported to the appropriate law enforcement agency. If an emergency dial 911.
H.  A seriously injured or ill person, i.e. hear attack, stroke, or seizure, should be reported by calling 911.
I.  Fire or smoke: Call 911 and alert building occupants.
J.  Electrical outages, broken pipes, smashed windows, etc., notify those persons designated by the State and request that Building & Property Management be notified in order to effect immediate repairs.
K.  The contractor will complete all reports dealing with security, law violation, injury and appropriate incident reports as required.

The Building Manager shall be immediately notified at (415) 703-4852 by the Area Supervisor of any of the following occurrences:

A.  Any major security/safety conditions occurring in the facility, i.e. fire, felony crimes.
B.  Any employee of the Contractor (assigned to this facility) who is arrested or otherwise becomes the focus of a criminal investigation.
C.  Any complaints made about an employee of the Contractor assigned to court security by the court clerk or any justice of the court.
D.  Any criminal, observed safety, or observed health hazard occurs at the facility which could affect the court operation.

360 McAllister – 2 Units
456 Golden Gate – 3 Units

POST ORDERS

| LOCATION | RECOMMENDED COVERAGE | HOURS PER DAY | DAYS PER WEEK | TOTAL HOURS PER WEEK |
|---|---|---|---|---|
| 350 McAllister Entrance (2 x ray Magnetometer Units) | M-F 7:00 am – 3:00 pm 5 S/O's 10:00 am – 6:00 pm 1 S/O 3:00 pm – 6:00 pm 1 S/O | 51 | 5 | 255 |
| Loading Dock Station | 1 Security Officer M-F 7:00 am – 5:00 pm | 10 | 5 | 50 |
| Main Building Command Center | 24 Hours per Day / 7 days per week Supervisor – 40 hours per week Security Officer – 128 Hours per week | 24 | 7 | 168 |
| Rover, After Hours | 1 Security Officer M-F 6:00 pm – 7:00 am S-S 24 hours per day | 13 24 | 5 2 | 65 48 13 |
| 455 Golden Gate Entrance (2 x-ray Magnetometer Units) | M-F 7:00 am – 3:00 pm 7 S/O's 10:00 am – 6:00 pm 2 S/O's 7:00 am – 6:00 pm 1 S/O at Kiosk After Hours: 1 Security Officer M-F 6:00 pm – 11:00 pm | 83 | 5 | 415 |
| 40 Hours per Week Coverage Contingency | | 5 | 5 | 25 |
| TOTAL | | | | 40 |
| | | | | 1,066 |

## CONTRACT'S REPRESENTATIVES DURING THE TERM OF THIS AGREEMENT WILL BE:

| State of California: | Contractor: |
|---|---|
| Dept. General Services<br>Real Estate Services Division<br>Building & Property Management Branch<br>455 Golden Gate Avenue, Suite 2012<br>San Francisco, CA  94102<br>Attn: Nick Cimino, Regional Building Manager<br>Phone:  (415)  703-4104 | Guardsmark, Inc.<br>44 Montgomery Street, Suite 700<br>San Francisco, CA  94104<br>Attn:  Coley Buellesfeld, Regional Manager<br>Phone:  (415) 956-6070<br>Fax:    (415) 956-8317 |

## Mandated Wage Rates

Per Government Code Section 19130, the Contractor agrees, by signing this contract, to not undercut the State's wages by more than 15% at any time during the period of the contract. The dollar amount shown is 14.95% less than what each State classification is paid.  The wages are calculated against the State Personnel Board wages as shown on their web page as of December 1, 2001, and are subject to increase or decrease in accordance with the State budgeting process.  Any changes in this information will be provided to Contractor for its purposes.  The Contractor is not to pay their similar classifications less than:

| Security Guard = $9.49 |
|---|
| Lead Security Guard = $9.83 |

## Employee Benefit Package

Pursuant to Government Code section 19134, contracts security guard services must include provisions for employee benefits that are valued at least 85 percent of the state employer cost of benefits provided to state employees performing similar duties.

"Employee benefits" means either 1) health, dental and vision benefits (either through a purchased plan or self insurance); 2) cash-in-lieu payments; or 3) a combination of actual benefits and cash-in-lieu payments.

The applicable benefit rates to be paid to Contractor's employees providing covered services under this contract are as follows:

December 1, 2001 to January 31, 2002
| Single party | $1.05 |
|---|---|
| Single party plus one dependent | $2.01 |
| Single party plus two or more dependents | $2.86 |

Begins February 1, 2002 and may be subject to change during the term of this Agreement
| Single party | $ 1.12 per hour |
|---|---|
| Single party plus one dependent | $ 2.17 per hour |
| Single party plus two or more dependents | $ 2.86 per hour |

Every employee performing covered services under this contract shall receive the applicable rate corresponding to the employee's enrollment status (tier) and the total number of hours such employee works (excluding overtime). There is no minimum number of work hours required in order to qualify for section 19134 benefits. Only employees performing "covered services" shall receive such benefits; administrative, solely supervisory, or other support personnel are not covered.

[The total amount of section 19134 benefits to be paid under this contract shall not exceed $ 35,000.00.

Should the Department of Personnel Administration (DPA) post a rate change during the life of this contract, this contract shall be amended to reflect the new benefit rates to be paid to Contractor's covered employees. The amendment shall be retroactive to the date the rate change is posted by DPA.

In order to be paid on the contract, Contractor must provide monthly written reports to the State identifying for each preceding month: the names of each employee who received Section 19134 benefits/cash-in-lieu, the number of hours worked by each employee, the hourly benefit rate used for each employee, the total amount of benefits/cash-in-lieu paid to each employee, and the grand total of benefits/cash-in-lieu paid to all employees. Changes to employee enrollment status (tiers) from prior months should be noted.    A sample report form will be issued to Contractor upon execution of the contract.

Contractor acknowledges that failure to comply with the provisions of section 19134 will be deemed a material breach of this contract which could subject the contract to immediate termination at the State's sole option. This contract and all documents relating to implementation of section 19134 are subject to audit by the Department of General Services, the Bureau of State audits, and/or the State or its designee.

JAN-25-07  18:20  From:C. H. S. N. C.                    5106223265              T-442 P.47/49 Job-620

## EXHIBIT B

## BUDGET DETAIL AND PAYMENT PROVISIONS

### 1. Invoicing and Payment

A.  For services satisfactorily rendered, and upon receipt and approval of the invoices, the
State agrees to compensate the Contractor for actual expenditures incurred in accordance
with the rates specified herein, which is attached hereto and made a part of this
Agreement.

B.  Payment shall be made monthly in arrears upon satisfactorily performance of work and
upon receipt of an invoice received and approved by the designated representative(s).
The invoice must be submitted on contractor's letterhead signed by authorized
representative, and include:

- Agreement number
- Time period covered
- Work completed for the period shall be identified (detailed statement of services)

Submit Invoices to:

Department of General Services
Real Estate Services Division
Building & Property Management Branch
Attention: Cynthia Harris
455 Golden Gate Avenue, Suite 1202
San Francisco, CA  94102

### 2. Budget Contingency Clause

A.  It is mutually agreed that if the Budget Act of the current year and/or any subsequent
years covered under this Agreement does not appropriate sufficient funds for the
program, this Agreement shall be of no further force and effect.  In this event, the
State shall have no liability to pay any funds whatsoever to Contractor or to furnish
any other considerations under this Agreement and Contractor shall not be obligated
to perform any provisions of this Agreement.

B.  If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of
this program, the State shall have the option to either cancel this Agreement with no
liability occurring to the State, or offer an agreement amendment to Contractor to
reflect the reduced amount.

### 5. Prompt Payment Clause

Payment will be made in accordance with, and within the time specified in, Government Code
Chapter 4.5, commencing with Section 927.

# EXHIBIT C

## GENERAL TERMS AND CONDITIONS

PLEASE NOTE: This page will not be included with the final agreement. The General Terms and Conditions will be included in the agreement by reference to Internet site: www.dos.ca.gov/contracts.

## EXHIBIT D

## SUPPLEMENTAL CONDITIONS

Requirements included herein supplement Document GTC 201, Exhibit C, GENERAL TERMS AND CONDITIONS:

Revise item 7. Termination for Cause, as follows:

7.  TERMINATION FOR CAUSE:  ~~The State~~ *Either party* may terminate this agreement *upon written notice to the other party* and be relieved of any *further obligations* ~~payments~~ should the Contractor *other party* fail to perform the requirements of this Agreement at the time and in the manner herein provided.  In the event of such termination the State may proceed with the work in any manner deemed proper by the State.  ~~All costs to the State shall be deducted from any sum due the contractor under this Agreement and the balance, if any shall be paid to the Contractor upon demand.~~  *Either party may terminate this Agreement and be relieved of any further obligations by giving at least 30 days prior written notice to the other party.*

# EXHIBIT 2

JAN-25-07  16:12  From:C. H. S. W. C.                    6106223266              T-442  P.22/49  Job-620

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/03)

| AGREEMENT NUMBER |
|---|
| 3079525 |
| REGISTRATION NUMBER |
| 1760120458790 |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

**Department of General Services -- Real Estate Services Division**
**Building & Property Management Branch**

CONTRACTOR'S NAME

**Guardsmark, GP**

2. The term of this Agreement is:     **December 1, 2004 through March 31, 2005**

3. The maximum amount     **$509,254.00**
   of this Agreement is:     **Five hundred nine thousand, two hundred fifty-four dollars.**

4. The parties agree to comply with the terms and conditions of the following exhibits, which are by this reference, made a part of the Agreement.

**EMERGENCY SECURITY GUARD SERVICES**
**CIVIC CENTER COMPLEX (402)**
**455 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA 94102**

| | |
|---|---|
| Exhibit - A - Scope of Work, Post Orders and Mandated Wage Rates | Pages 2 - 7 |
| Exhibit - B - Budget Detail, Payment Provisions Certifications & Cost Sheet | Pages 8 - 14 |
| Exhibit - C* - General Terms and Conditions | GTC 304 |
| Exhibit - D - Additional Provisions | Page 15 |

The item shown with an Asterisk (*), is hereby incorporated by reference and made part of this Agreement as if attached hereto. This document can be viewed at www.dgs.ca.gov/contracts

IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.

| CONTRACTOR | CALIFORNIA Department of General Services Use Only |
|---|---|
| CONTRACTOR'S NAME (if other than an individual, state whether a corporation, partnership, etc.) **Guardsmark, GP** | |
| BY (Authorized Signature)      (DATE SIGNED) *signature*   1-31-05 | |
| PRINTED NAME AND TITLE OF PERSON SIGNING **Gareth C. Leyton, Vice President** | **APPROVED** |
| ADDRESS **4 Montgomery Street, Suite 700** **San Francisco, CA 94104-3314** | APPROVED JAN 16 2005 DEPT OF GENERAL SERVICES |
| STATE OF CALIFORNIA | |
| AGENCY NAME **Department of General Services, Real Estate Services Division** **Building & Property Management Branch** | |
| BY (Authorized Signature)      DATE SIGNED *signature*   2/14/05 | |
| PRINTED NAME AND TITLE OF PERSON SIGNING **Dave Sharkey, Assistant Chief** | |
| ADDRESS **707 3rd Street, Suite 5-105, West Sacramento, CA 95605** | ☐ EXEMPT |

## EXHIBIT A
## SCOPE OF WORK

### EMERGENCY SECURITY GUARD SERVICES
### CIVIC CENTER COMPLEX (402)
### 455 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA 94102

**I. SERVICES SHALL BE PERFORMED AT:**
   455 Golden Gate Avenue, San Francisco, CA 94102

**II. SERVICES SHALL BE PROVIDED:**
   A. See Post Orders (page 5)
   B. **Holidays:** Unless expressly required, no work will be performed on State holidays. The Building Manager's Office will provide Contractor with a list of the current State holidays for each year. Currently, State Holidays are as follows:

| | |
|---|---|
| New Year's Day | Independence Day |
| Martin Luther King, Jr. Day | Labor Day |
| Lincoln's Birthday | Columbus Day |
| Presidents Day/Washington's Birthday | Veterans Day |
| Cesar Chavez Day | Thanksgiving (Thursday and Friday) |
| Memorial Day | Christmas Day |

**III. PARKING:**
   Parking is available at an adjacent or nearby public parking facility.

**IV. TERM:**
   The Contract term will be for four (4) months, December 1, 2004 through March 31, 2005.

**V. REQUIREMENTS:**
   All personnel employed by the Contractor for this work shall be qualified and possess the necessary skills and abilities to carry out the work. The Contractor is required to maintain a current Private Patrol Operator's License for the duration of this Contract.

**VI. DETAILED DESCRIPTIONS OF SERVICES TO BE PROVIDED:**
   Contractor shall provide all uniformed security guard labor and incidental clerical supplies necessary for the performance of these services in accordance with the terms and conditions as described below.

**A. GUARD REQUIREMENTS**

   1. Guards must have adequate experience for their assignments under this agreement. At the time of assignment, Guards must have individual guard registration cards issued by the California Department of Consumer Affairs. All Guards assigned to work under this Agreement must be in good physical condition for the work they are to perform. Guards must be fully capable of performing work requiring moderate to arduous physical exertion under either normal or emergency conditions. Guards must be mentally alert and capable of exercising good judgement, implementing instructions, and assimilating necessary specialized training.

   2. Prior to their initial assignment, Guards are required to have received training in security and emergency procedures, crowd control, and public relations, in addition to any Department of Consumer Affairs required training:

### B. POST INSTRUCTIONS

The Guards will, at all times, be familiar with, but not limited to, the following specific post instructions:

1. Emergency telephone numbers
2. Emergency fire and fire alarm procedures
3. Emergency intrusions alarm procedures
4. Floor plans (location of alarms and alarmed doors)
5. Medical emergencies
6. Elevator emergencies/malfunctions
7. Bomb threats
8. Earthquakes
9. Access Control
10. Deliveries
11. Equipment removal policy and procedures
12. Building patrol procedures
13. Life/safety systems.

### C. UNIFORMS

All security guards will be uniformed in blue blazer, gray pants, tie, black shoes, and white shirt. All uniform and auxiliary equipment must be approved by the State. Any changes in the uniform style or color shall be approved by the State and provided by Contractor at no additional cost to the State.

### D. REQUIRED ACTIVITIES

Contractor shall ensure that all assigned Guards meet the following standards of conduct and appearance:

1. Maintain clean and neat appearance and a courteous attitude.
2. Guards shall keep their uniforms in good conditions, cleaned and pressed, and shall wear a complete uniform while on duty.
3. The Guards shall keep all uniforms clean and in good condition.
4. The Guards shall maintain high visibility, answer routine questions for directions and handle minor problems.

### E. PROHIBITED ACTIVITIES

While on duty on the State facility, Guards shall not:

1. Listen to radios or any other audio medium which is not job related.
2. Watch television
3. Read any materials which are not job related.
4. Use State telephones for other than State business.
5. Leave their area of responsibility.
6. Entertain personal visitors.
7. Be under the influence of illegal drugs or alcohol.
8. Be under the influence of prescribed medications which may affect job performance.
9. Display a discourteous, abrasive, or belligerent attitude.
10. Sleep.

### F. REPORTS

Guards shall complete all required security reports which are required by the State. Written reports are required weekly, plus a monthly report of activities. These reports are to be submitted to the Building Manager. Reports shall include, but are not limited to:

1. Identify any exterior doors not property secured. If the situation is of a suspicious nature, the appropriate law enforcement agency should be notified.
2. Identify any exterior doors with defective hardware which might affect Building security.
3. Report any incidents affecting the safety or security of the building or occupants.
4. Report any defective exterior lights.

5. Note any areas whe... staff is working after hours.
6. Report unusual circumstances, suspicious persons and any other problems encountered to this appropriate law enforcement agency.
7. Assault, burglary, robbery, vandalism or any suspicious activities shall be reported to the appropriate law enforcement agency. If an emergency, dial 911.
8. A seriously injured or ill person, i.e. heart attack, stroke, or seizure, should be reported by calling 911.
9. Fire or smoke: Call 911 and alert Building occupants.
10. Electrical outages, broken pipes, smashed windows, etc., notify those persons designated by the State, and request that Building & Property Management be notified in order to affect immediate repairs.
11. Contractor will complete all reports dealing with security, law violation, injury and appropriate incident reports, as required.

**The Area Supervisor shall notify the Building Manager immediately, at (415) 703-4100, of any of the following occurrences:**

1. Any major security/safety conditions occurring in the Facility, i.e. fire, felony crimes.
2. Any employee of the Contractor (assigned to this Facility) who is either arrested or otherwise becomes the focus of a criminal investigation.
3. Any complaints made about an employee of the Contractor assigned to Court Security by the Court Clerk, or by any Justice of the Court.
4. Any criminal activity, observed safety, or observed health hazard occurs at the Facility, which could effect the Court operations.

## POST ORDERS

350 McAllister - 2 Units
455 Golden Gate - 3 Units

| LOCATION | RECOMMENDED COVERAGE | HOURS PER DAY | DAYS PER WEEK | TOTAL HOURS PER WEEK |
|---|---|---|---|---|
| 350 McAllister Entrance (2 x ray Magnetometer Units) | M-F  7:00 am – 3:00 pm 5 S/O's<br>10:00 am – 6:00 pm 1 S/O<br>3:00 pm – 6:00 pm 1 S/O | 51 | 6 | 255 |
| Loading Dock Station | 1 Security Officer<br>M-F 7:00 am – 5:00 pm | 10 | 5 | 50 |
| Main Building Command Center | 24 Hours per Day / 7 days per week:<br>Supervisor – 40 hours per week<br>Security Officer – 128 Hours per week | 24 | 7 | 188 |
| Rover, After Hours | 1 Security Officer<br>M-F  6:00 pm – 7:00 am<br>S-S  24 hours per day | 13<br>24 | 5<br>2 | 85<br>48<br>113 |
| 455 Golden Gate Entrance (2 x-ray Magnetometer Units) | M-F  7:00 am – 3:00 pm  7 S/O's<br>10:00 am – 6:00 pm  2 S/O's<br>7:00 am – 6:00 pm  1 S/O at Kiosk<br>After Hours:  1 Security Officer<br>M-F  6:00 pm – 11:00 pm | 83 | 5 | 415 |
| | | 5 | 5 | 25 |
| 40 Hours per Week Coverage Contingency | | | | 40 |
| | | | **TOTAL** | **1,096** |

5

## Mandated Wage Rates

Per Government Code Section 19130, the Contractor agrees, by signing this contract, to not undercut the State's wages by more than 15% at any time during the period of the contract. The dollar amount shown is 14.95% less than what each State classification is paid. The wages are calculated against the State Personnel Board wages as shown on their web page as of February 1, 2004, and are subject to increase or decrease in accordance with the State budgeting process. Any changes in this information will be provided to Contractor for its purposes. The Contractor shall not pay its similar classifications less than:

| Classification | Basic Hourly Rate | Blended Benefit Rate | Total to Be Paid to Employee |
|---|---|---|---|
| Security | $9.49 | $5.53 | $15.02 |
| Lead Security | $9.63 | $5.53 | $15.46 |

## Employee Benefit Package

Pursuant to Government Code section 19134, contracts for Security Services must include provisions for employee benefits that are valued at least 85 percent of the State employer cost of benefits provided to State employees performing similar duties.

"Employee benefits" means either 1) health, dental and vision benefits (either through a purchased plan or self insurance); 2) cash-in-lieu payments; or 3) a combination of actual benefits and cash-in-lieu payments.

The applicable benefit rate to be paid to Contractor's employees providing covered services under this contract is listed in the above table under "Blended Benefit Rates". Every employee performing covered services under this contract shall receive the applicable rate corresponding to the total number of hours such employee works (excluding overtime). There is no minimum number of work hours required in order to qualify for section 19134 benefits. Only employees performing "covered services" shall receive such benefits; administrative, solely supervisory, or other support personnel are not covered.

The total amount of section 19134 benefits to be paid under this contract shall not exceed $ _100,000_ . (This amount is to be filled in separately, by Contractor, and is included in the rates provide by the Contractor.)

Should the Department of Personnel Administration (DPA) post a rate change during the term of this contract, this contract shall be amended to reflect the new benefit rate to be paid to Contractor's covered employees. The amendment shall be retroactive to the date the rate change is posted by DPA.

In order to be paid for the Contract, Contractor must provide monthly written reports to the Building Manager overseeing this Contract, identifying for each preceding month: the names of each employee who received Section 19134 benefits/cash-in-lieu, the number of hours worked by each employee, the hourly benefit rate used for each employee, the total amount of benefits/cash-in-lieu paid to each employee, and the grand total of benefits/cash-in-lieu paid to all employees.

Contractor acknowledges that failure to comply with the provisions of section 19134 will be deemed a material breach of this contract which could subject the contract to immediate termination at the State's sole option. This Contract and all documents relating to implementation of section 19134 are subject to audit by the Department of General Services, the Bureau of State audits, and/or the State or its designee.

## IX.  PROJECT REPRESENTATIVES:

The project representatives during the term of this Agreement will be:

| State of California: | Contractor: |
|---|---|
| Department of General Services | Guardsmark, GP |
| Real Estate Services Division | 44 Montgomery Street, Suite 700 |
| Building & Property Management Branch | San Francisco, CA  94104 |
| 455 Golden Gate Avenue, Suite 2600 | Attention:  Emily Fan |
| San Francisco, CA  94102 | Phone:  (415) 956-6070 |
| Attention: James McCrea, Building Manager III | Fax:     (415) 956-6317 |
| Phone:  (415) 703-4100 | |
| Fax:     (415) 703-4604 | |

PROJECT MONITOR:  Mr. James McCrea, Building Manager, is assigned as the State Project Monitor
for the contract.  Mr. McCrea is not authorized by the State to make any commitments or make any
changes which will affect the price, terms, or conditions of the Contract.  The State reserves the right to
designate a replacement for the State Project Monitor.  The Contractor will be provided with written
notice of any such change.  Mr. McCrea's phone number is (415) 703-4100.

## EXHIBIT B

## BUDGET DETAIL AND PAYMENT PROVISIONS

1. Invoicing and Payment:

   A. For services satisfactorily rendered, and upon receipt and approval of the invoices, the State agrees to compensate the Contractor for actual expenditures incurred in accordance with the rates specified herein, which is attached hereto and made a part of this Agreement.

   B. Payment shall be made in arrears, upon satisfactorily performance of work and upon receipt of an invoice received and approved by the designated representative(s). The invoice must be submitted on contractor's letterhead signed by authorized representative, and include:

   - Agreement number and Registration number
   - Time period covered
   - Work completed for the period shall be identified (detailed statement of services)

   Submit invoices to:

   > Department of General Services, RESD
   > Building & Property Management Branch
   > Attention: James McCrea, Building Manager
   > San Francisco Civic Center Building
   > 455 Golden Gate Avenue, Suite 2900
   > San Francisco, CA  94102
   > Phone:  (415) 703-4100
   > FAX:    (415) 703-4604

2. Budget Contingency Clause:

   A. It is mutually agreed that if the Budget Act of the current year and/or any subsequent years covered under this Agreement does not appropriate sufficient funds for the program, this Agreement shall be of no further force and effect. In this event, the State shall have no liability to pay any funds whatsoever to Contractor or to furnish any other considerations under this Agreement and Contractor shall not be obligated to perform any provisions of this Agreement.

   B. If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of this program, the State shall have the option to either cancel this Agreement with no liability occurring to the State, or offer an agreement amendment to Contractor to reflect the reduced amount.

3. Prompt Payment Clause:

   Payment will be made in accordance with, and within the time specified in, Government Code Chapter 4.5, commencing with Section 927.

4. The rates in this Emergency Contract for the period of December 1, 2004, through March 31, 2005, do include California Mandated Benefits, and Contractor will not bill the State for other than the hourly rates.

JAN-25-07  16:14  From:C. H  S. W. C.                5106223265          T-442  P.30/49  Job-620

Nov-02-04 14:44  fcc                             421  55 5461          P.03

# Cost Breakdown Summary
## State of California Building

### Rates for Contract Extension Year 2004

## Hourly Rates for Security Personnel:

| Title | Pay Rate | Billing Rate |
|---|---|---|
| Security Officer | $12.50 | $25.77 |
| Security Officer II | $13.50 | $27.38 |
| Supervisor I | $14.50 | $28.98 |
| Supervisor II | $16.50 | $32.17 |
| Senior Supervisor | $18.50 | $35.38 |
| Overtime | | |

## Billing Summary:

| Title | Hours Per Week | Weekly Cost | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Security Officer | 612 | $15,771.24 | $68,342.04 | $820,104.48 |
| Security Officer II | 135 | $3,696.30 | $16,017.30 | $192,207.60 |
| Supervisor I | 160 | $4,636.80 | $20,092.80 | $241,113.60 |
| Supervisor II | 120 | $3,860.40 | $16,728.40 | $200,740.80 |
| Senior Supervisor | 40 | $1,415.20 | $6,132.53 | $73,590.40 |
| Overtime | | $0.00 | $0.00 | $0.00 |

| Holiday | | | | $1,527,756.88 |
|---|---|---|---|---|
| Total: | 1067 | $29,379.94 | $127,313.07 | ########## |

Inclusive of all Selection, Training, Uniforms, Licensing, Management Costs, and Benefits:

* Major Medical          * Paid Vacation
* Pharmacy Card          * Matching 401(k) Plan
* Life Insurance         * Wellness Program
* Tuition Reimbursement  * Performance Awards

Guardsmark CONFIDENTIAL

## ATTACHMENT II

### CCC-304

CERTIFICATION

I, the official named below, CERTIFY UNDER PENALTY OF PERJURY that I am duly authorized to legally bind the prospective Contractor to the clause(s) listed below. This certification is made under the laws of the State of California.

| Contractor/Bidder Firm Name (Printed) | Federal ID Number |
|---|---|
| GUARDSMARK, LLC | |
| By (Authorized Signature) Coley Buelbyfeth | |
| Printed Name and Title of Person Signing COLEY BUELESFELD, VP MANAGER NORTHERN CALIFORNIA | |
| Date Executed 2/17/05 | Executed in the County of SAN FRANCISCO |

## CONTRACTOR CERTIFICATION CLAUSES

1. STATEMENT OF COMPLIANCE: Contractor has, unless exempted, complied with the nondiscrimination program requirements. (GC 12990 (a-f) and CCR, Title 2, Section 8103) (Not applicable to public entities.)

2. DRUG-FREE WORKPLACE REQUIREMENTS: Contractor will comply with the requirements of the Drug-Free Workplace Act of 1990 and will provide a drug-free workplace by taking the following actions:

   a. Publish a statement notifying employees that unlawful manufacture, distribution, dispensation, possession or use of a controlled substance is prohibited and specifying actions to be taken against employees for violations.

   b. Establish a Drug-Free Awareness Program to inform employees about:

   1) the dangers of drug abuse in the workplace;
   2) the person's or organization's policy of maintaining a drug-free workplace;
   3) any available counseling, rehabilitation and employee assistance programs; and,
   4) penalties that may be imposed upon employees for drug abuse violations.

   c. Every employee who works on the proposed Agreement will:

   1) receive a copy of the company's drug-free workplace policy statement; and,
   2) agree to abide by the terms of the company's statement as a condition of employment on the Agreement.

   Failure to comply with these requirements may result in suspension of payments under the Agreement or termination of the Agreement or both and Contractor may be ineligible for award of any future State agreements if the department determines that any of the following has occurred: the Contractor has made false certification, or violated the certification by failing to carry out the requirements as noted above. (GC 8350 et seq.)

3. NATIONAL LABOR RELATIONS BOARD CERTIFICATION: Contractor certifies that no more than one (1) final un-appealable finding of contempt of court by a Federal court has been issued against Contractor within the immediately preceding two-year period because of Contractor's failure to comply with an order of a Federal court, which orders Contractor to comply with an order of the National Labor Relations Board (PCC 10296) (Not applicable to public entities).

4. UNION ORGANIZING: Contractor hereby certifies that no request for reimbursement, or payment under this Agreement, will seek reimbursement for costs incurred to assist, promote or deter union organizing.

5. CONTRACTS FOR LEGAL SERVICES $50,000 OR MORE- PRO BONO REQUIREMENT: Contractor hereby certifies that Contractor will comply with the requirements of Section 6072 of the Business and Professions Code, effective January 1, 2003:

   Contractor agrees to make a good faith effort to provide a minimum number of hours of pro bono legal services during each year of the Contract, equal to the lesser of 30 multiplied by the number of full-time attorneys in the firm's offices in the State, with the number of hours prorated on an actual day basis for any contract period of less than a full year or 10% of its contract with the State.

   Failure to make a good faith effort may be cause for non-renewal of a State contract for legal services, and may be taken into account when determining the award of future contracts with the State for legal services.

6. EXPATRIATE CORPORATIONS: Contractor hereby declares that it is not an expatriate corporation or subsidiary of an expatriate corporation within the meaning of Public Contract Code Section 10286 and 10286.1, and is eligible to contract with the State of California.

7. SWEATFREE CODE OF CONDUCT:

   a. All contractors contracting for the procurement or laundering of apparel, garments or corresponding accessories, or the procurement of equipment, materials, or supplies, other than procurement related to a public works contract, declare under penalty of perjury that no apparel, garments or corresponding accessories, equipment, materials, or supplies furnished to the State pursuant to the Contract, have been laundered or produced in whole or in part by sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor, or with the benefit of sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor. The Contractor further declares under penalty of perjury that they adhere to the Sweatfree Code of Conduct as set forth on the California Department of Industrial Relations website located at www.dir.ca.gov, and Public Contract Code Section 6108.

   b. The Contractor agrees to cooperate fully in providing reasonable access to the Contractor's records, documents, agents or employees, or premises if reasonably required by authorized officials of the contracting agency, the Department of Industrial Relations, or the Department of Justice to determine the Contractor's compliance with the requirements under paragraph (a).

8. DOMESTIC PARTNERS:

   Commencing on July 1, 2004, Contractor certifies that it is in compliance with Public Contract Code section 10295.3 with regard to benefits for domestic partners. For any contracts executed or amended, bid packages advertised or made available, or sealed bids received on or after July 1, 2004 and prior to January 1, 2007, a contractor may require an employee to pay the costs of providing additional benefits that are offered to comply with PCC 10295.3.

## ATTACHMENT III

### BID/BIDDER CERTIFICATION SHEET

This Bid/Bidder Certification Sheet must be signed and returned along with all the "required attachments" listed in Attachment I, "Required Attachment Checklist", as an entire package in duplicate with original signatures. The bid must be transmitted in a sealed envelope in accordance with IFB Instructions.

A.   All required attachments are included with this certification sheet.

B.   I have read and understand the DVBE participation requirements and have included documentation demonstrating that I have met the participation goals or have made a good faith effort.

C.   The signature affixed hereon and dated certifies compliance with all the requirements of this bid document. The signature below authorizes the verification of this certification.

### An Unsigned Bid/Bidder Certification Sheet May Be Cause For Rejection

| 1. Company Name GUARDSMARK, LLC | 2. Telephone Number (YF) 983-6970 | 2a. Fax Number (415) 956-8917 |
|---|---|---|
| 3. Address  94 Montgomery St. Suite 700, San Francisco, CA 94104 | | |
| Indicate your organization type: 4. ☐ Sole Proprietorship | 5. ☐ Partnership | 6. ☒ Corporation ~LLC |
| Indicate the applicable employee and/or corporation number: 7. Federal Employee ID No. (FEIN) 62-1042970 | 8. California Corporation No. 195-4886 (9) | |
| 9. Indicate applicable license and/or certification information:  Asis: PPO N790 | | |
| 10. Bidder's Name (Print)  CREY BURLESFELD | 11. Title  VP MANAGER NORTHERN CALIFORNIA | |
| 12. Signature | 13. Date  2/12/05 | |
| 14. Are you certified with the Department of General Services, Office of Small Business Certification and Resources (OSBCR) as: | | |
| a. California Small Business Yes ☐ No ☒ If yes, enter certification number: | b. Disabled Veteran Business Enterprise Yes ☐ No ☒ If yes, enter your service code below: | |
| NOTE: A copy of your Certification is required to be included if either of the above items is checked "Yes". Date application was submitted to OSBCR, if an application is pending: | | |

JAN-25-07 16:16 From:C. H. S. W. C.

5106223265

T-442 P.34/49 Job-620

# DOING BUSINESS WITH THE STATE OF CALIFORNIA

The following laws apply to persons or entities doing business with the State of California.

1. CONFLICT OF INTEREST: Contractor needs to be aware of the following provisions regarding current or former State employees. If Contractor has any questions on the status of any person rendering services or involved with the Agreement, the awarding agency must be contacted immediately for clarification.

Current State Employees (PCC 10410):

1). No officer or employee shall engage in any employment, activity or enterprise from which the officer or employee receives compensation or has a financial interest and which is sponsored or funded by any State agency, unless the employment, activity or enterprise is required as a condition of regular State employment.

2). No officer or employee shall contract on his or her own behalf as an independent contractor with any State agency to provide goods or services.

Former State Employees (PCC 10411):

1). For the two-year period from the date he or she left state employment, no former State officer or employee may enter into a contract in which he or she engaged in any of the negotiations, transactions, planning, arrangements or any part of the decision-making process relevant to the contract while employed in any capacity by any State agency.

2). For the twelve-month period from the date he or she left State employment, no former State officer or employee may enter into a contract with any State agency if he or she was employed by that State agency in a policy-making position in the same general subject area as the proposed contract within the 12-month period prior to his or her leaving State service.

If Contractor violates any provisions of above paragraphs, such action by Contractor shall render this Agreement void. (PCC 10420)

Members of boards and commissions are exempt from this section if they do not receive payment other than payment of each meeting of the board or commission, payment for preparatory time and payment for per diem. (PCC 10430 (e))

2. LABOR CODE/WORKERS' COMPENSATION: Contractor needs to be aware of the provisions which require every employer to be insured against liability for Worker's Compensation or to undertake self-insurance in accordance with the provisions, and Contractor affirms to comply with such provisions before commencing the performance of the work of this Agreement (Labor Code Section 3700).

3. AMERICANS WITH DISABILITIES ACT: Contractor assures the State that it complies with the Americans with Disabilities Act (ADA) of 1990, which prohibits discrimination on the basis of disability, as well as all applicable regulations and guidelines issued pursuant to the ADA (42 U.S.C. 12101 et seq.).

4. CONTRACTOR NAME CHANGE: An amendment is required to change the Contractor's name as listed on this Agreement. Upon receipt of legal documentation of the name change the State will process the amendment. Payment of invoices presented with a new name cannot be paid prior to approval of said amendment.

5. CORPORATE QUALIFICATIONS TO DO BUSINESS IN CALIFORNIA:

a. When agreements are to be performed in the State by corporations, the contracting agencies will be verifying that the contractor is currently qualified to do business in California in order to ensure that all obligations due to the State are fulfilled.

b. "Doing business" is defined in R&TC Section 23101 as actively engaging in any transaction for the purpose of financial or pecuniary gain or profit. Although there are some statutory exceptions to taxation, rarely will a corporate contractor performing within the State not be subject to the franchise tax.

c. Both domestic and foreign corporations (those incorporated outside of California) must be in good standing in order to be qualified to do business in California. Agencies will determine whether a corporation is in good standing by calling the Office of the Secretary of State.

6. RESOLUTION: A county, city, district, or other local public body must provide the State with a copy of a resolution, order, motion, or ordinance of the local governing body which by law has authority to enter into an agreement, authorizing execution of the agreement.

7. AIR OR WATER POLLUTION VIOLATION: Under the State laws, the Contractor shall not be: (1) in violation of any order or resolution not subject to review promulgated by the State Air Resources Board or an air pollution control district; (2) subject to cease and desist order not subject to review issued pursuant to Section 13301 of the Water Code for violation of waste discharge requirements or discharge prohibitions; or (3) finally determined to be in violation of provisions of federal law relating to air or water pollution.

8. PAYEE DATA RECORD FORM STD. 204: This form must be completed by all contractors that are not another State agency or other government entity.

JAN-25-07  16:17  From:C. H. S. W. C.                    5106223265                    T-442  P.36/49  Job-620

## EXHIBIT C

## GENERAL TERMS AND CONDITIONS
### GTC 304

**PLEASE NOTE:** The General Terms and Conditions will be included in the agreement by reference to Internet site: www.dgs.ca.gov/contracts.

## EXHIBIT D

## ADDITIONAL PROVISIONS

1. **EXCISE TAX:** The State of California is exempt from Federal Excise Taxes, and no payment will be made for any taxes levied on employees' wages. The State will pay for any applicable State of California or local sales or use taxes on the services rendered or equipment or parts supplied pursuant to this Agreement. California may pay any applicable sales or use tax imposed by another state.

2. **SETTLEMENT OF DISPUTES:** In the event of a dispute, Contractor shall file a "Notice of Dispute" with Department of General Services, director or designee within ten (10) days of discovery of the problem. Within ten (10) days the director or designee shall meet with the Contractor and Project Manager for purposes of resolving the dispute. The decision of the director or designee shall be final. In the event of a dispute, the language contained within this agreement shall prevail over any other language including that of the bid proposal.

3. **AGENCY LIABILITY:** The Contractor warrants by execution of this Agreement, that no person or selling agency has been employed or retained to solicit or secure this Agreement upon agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business. For breach or violation of this warranty, the State shall, in addition to other remedies provided by law, have the right to annul this Agreement without liability, paying only for the value of the work actually performed, or otherwise recover the full amount of such commission, percentage, brokerage, or contingent fee.

4. **POTENTIAL SUBCONTRACTORS:** Nothing contained in this Agreement or otherwise shall create any contractual relation between the State and any subcontractors, and no subcontract shall relieve the Contractor of its responsibilities and obligations hereunder. The Contractor agrees to be as fully responsible to the State for the acts and omissions of its subcontractors and of persons either directly or indirectly employed by any of them as it is for the acts and omissions of persons directly employed by the Contractor. The Contractor's obligation to pay its subcontractors is an independent obligation from the State's obligation to make payments to the Contractor. As a result, the State shall have no obligation to pay or enforce the payment of any moneys to any subcontractor.

5. **TERMINATION FOR CAUSE:** Either party may terminate this Agreement upon written notice to the other party and be relieved of any further obligations should the Contractor other party fail to perform the requirements of this Agreement at the time and in the manner herein provided. In the event of such termination, the State may proceed with the work in any manner deemed proper by the State. Either party may terminate this Agreement and be relieved of any further obligations by giving at least 30 days prior written notice to the other party.

6. **INSURANCE:** Prior to commencement of the work, the contractor will provide evidence in the form of a certificate indicating that the below listed insurance is in effect. Said insurance must be maintained in force at the commencement of and for the duration of the contract.
    A. Worker's Compensation insurance in compliance with California Labor Code.
    B. General liability insurance with limits of at least $1,000,000. Such insurance shall include the following provisions:
        1. The State of California, its officers, employees, and servants are included as additional insureds, but only insofar as operations under this Contract are concerned.
        2. Cancellation of this insurance will not be effective until 30 days following receipt of a written cancellation notice by the State of California.

7. **CONTRACT EXTENSION:** This Contract may be extended by mutual agreement, by way of a signed and approved Amendment to this Contract.

# EXHIBIT 3

JAN-25-07  16:05  From:C. H. S. M. C.          5106223265          T-442 P.03  Job-620

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/03)

| AGREEMENT NUMBER |
|---|
| 3062792 |
| REGISTRATION NUMBER |
| 1760030580084 |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

**Department of General Services – Real Estate Services Division**
**Building & Property Management Branch**

CONTRACTOR'S NAME

**Guardsmark, GP**

2. The term of this Agreement is:    April 1, 2005 through March 31, 2008

3. The maximum amount    $4,263,000.00
   of this Agreement is:    Four million, two hundred sixty-three thousand dollars and no cents.

4. The parties agree to comply with the terms and conditions of the following exhibits, which are by this reference, made a part of the Agreement.

SECURITY GUARD SERVICE
CIVIC CENTER COMPLEX (402)
455 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

| | |
|---|---|
| Exhibit - A – Scope of Work, Post Orders, and Mandated Wage Rates Addenda 1 - 4 Incorporated. | Pages 2 - 7 |
| Exhibit - B – Budget Detail, Payment Provisions, CCC-304 Certification & Cost Sheet | Pages 8 - 13 |
| Exhibit - C* – General Terms and Conditions | GTC 304 |
| Exhibit - D – Additional Provisions | Page 15 |

The item shown with an Asterisk (*), is hereby incorporated by reference and made part of this Agreement as if attached hereto. This document can be viewed at www.dgs.ca.gov/contracts

IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.

| CONTRACTOR | CALIFORNIA Department of General Services Use Only |
|---|---|
| CONTRACTOR'S NAME (if other than an individual, state whether a corporation, partnership, etc.) **Guardsmark, GP** | |
| BY (Authorized Signature) | (DATE SIGNED) 6-9-05 |
| PRINTED NAME AND TITLE OF PERSON SIGNING Ira A. Lipman, President | APPROVED For Execution By |
| ADDRESS 0. Rockefeller Plaza, 12th Floor ew York, New York 10020-1903 | By |
| | By |

STATE OF CALIFORNIA

| | **APPROVED** JUN 2 3 2005 DEPT OF GENERAL SERVICES |
|---|---|
| AGENCY NAME **Department of General Services, Real Estate Services Division** **Building & Property Management Branch** | |
| BY (Authorized Signature) | DATE SIGNED 6/21/05 |
| PRINTED NAME AND TITLE OF PERSON SIGNING Fred Kizzi, Chief | |
| ADDRESS 707 3rd Street, Suite 5-105, West Sacramento, CA 95605 | ☐ EXEMPT |

JAN-29-07 16:05 FROM:U. M. S. W. C.                    6108223265          T-442 P.04 Job-620

## EXHIBIT A
## SCOPE OF WORK

### SECURITY GUARD SERVICES
### CIVIC CENTER COMPLEX (402)
### 455 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA 94102

I. **SERVICES SHALL BE PERFORMED AT:**
   455 Golden Gate Avenue, San Francisco, CA 94102

II. **SERVICES SHALL BE PROVIDED:**
   See Post Orders (page 7)

III. **PARKING:**
   Parking is available at an adjacent or nearby public parking facility.

IV. **TERM:**
   The Contract term will be from April 1, 2005 through March 31, 2008.

V. **REQUIREMENTS:**
   All personnel employed by the Contractor for this work shall be qualified and possess the necessary skills and abilities to carry out the work. The Contractor is required to maintain a current Private Patrol Operator's License for the duration of this Contract.

VI. **DETAILED DESCRIPTIONS OF SERVICES TO BE PROVIDED:**

1. **INVOICING:** Contractor to provide itemized invoices and quote the following rates as originally bid. Hourly rates are inclusive of all costs including wages, benefits (including California Mandated Benefits), overhead, etc. No other added fees will be paid to Contractor.

| Classification | First Year Hourly Rate | | Second Year Hourly Rate | | Third Year Hourly Rate | |
|---|---|---|---|---|---|---|
| | Straight Time | Overtime Rate | Straight Time | Overtime Rate | Straight Time | Overtime Rate |
| Security | $24.70 | $37.05 | $25.09 | $37.64 | $25.49 | $38.24 |
| Lead Security | $27.87 | $41.81 | $28.27 | $42.41 | $28.67 | $43.01 |
| Supervisor | $31.06 | $46.59 | $31.45 | $47.18 | $31.85 | $47.78 |
| Site Manager | No Cost | No Cost | No Cost | No Cost | No Cost | No Cost |

Payments shall be made to the Contractor, no more than <u>monthly, in arrears</u>, upon receipt of itemized invoices in triplicate. Written/approved overtime and holiday rates will be invoiced and paid by the State at a factor of 1.5 times the base unit hourly rate – not including the benefit package. The rates for services rendered pursuant to this Agreement may be changed during the term of this contract upon mutual agreement of both parties.

2. **HOLIDAYS:** Unless expressly required otherwise, a crew the size of a weekend crew will be provided on State holidays. The Building Manager's Office will provide Contractor with a list of the current State holidays for each year. State Holidays presently are as follows:

| | |
|---|---|
| New Year's Day | Independence Day |
| Martin Luther King, Jr. Day | Labor Day |
| Lincoln's Birthday | Columbus Day |
| Presidents Day/Washington's Birthday | Veterans Day |
| Cesar Chavez Day | Thanksgiving (Thursday and Friday) |

3. REQUIREMENTS: ... rds must have adequate experien... and in-house training for their assignments under this agreement. Guards must have at the time of assignment, registration cards issued by the California Department of Consumer Affairs. All Guards assigned to work under this Agreement must have been found to be in good physical condition for the work they are to perform. Guards must be fully capable of performing work requiring moderate to arduous physical exertion under either normal or emergency conditions. Guards must be mentally alert and capable of exercising good judgment, implementing instructions, and assimilating necessary specialized training.

Guards must possess a high school diploma or G.E.D equivalent and has the ability to speak, read and write the English language; can understand and carry out oral and written directions; can write accurate and clear reports.

Prior to their initial assignment, Guards are required to have received, in addition to any Department of Consumer Affairs required training, training in security and emergency procedures, crowd control, and public relations.

The State has discretion to reject the hiring of a Guard for any reason. The State has discretion to instruct the Contractor to dismiss a Guard from the Building for any reason.

4. POST INSTRUCTIONS:
The Guards will, at all times, be familiar with, but not limited to, the following specific post instructions:
A. Emergency telephone numbers
B. Emergency fire and fire alarm procedures
C. Emergency intrusions alarm procedures
D. Floor plans (location of alarms and alarmed doors)
E. Medical emergencies
F. Elevator emergencies/malfunctions
G. Bomb threats
H. Earthquakes
I. Active Shooter
J. Biological and Chemical threats and incidents
K. Access Control
L. Deliveries
M. Equipment removal policy and procedures
N. Building patrol procedures
O. Life/safety systems.

4. UNIFORMS:
All Guards will be uniformed in navy blue overcoat, when necessary, navy blue blazer or black paramilitary sweater, charcoal gray pants, uniform tie, black shoes, and white uniform shirt. All uniform and auxiliary equipment must be approved by the State. Any changes in the uniform style or color shall be approved by the State and provided by Contractor at no additional cost to the State, and at no expense to the individual employee. All uniform markings, patches and colors shall be distinctive from uniforms worn by local law enforcement personnel. Skirts are not permitted.

6. REQUIRED AND PROHIBITED ACTIVITIES:
Contractor shall ensure that all assigned s meet the following standards of conduct and appearance:
A. Maintain clean and neat appearance and a courteous attitude.
B. Guards shall keep their uniforms in good condition, cleaned and pressed, and shall wear a complete uniform while on duty.
C. Guards shall demonstrate proficiency in the performance of their duties.
   ... .. .. .. maintain high visibility, ... ... ... questions for directions and handle minor

JAN-25-07  16:06  From:C. H. S. W. C.                5106223265              T-442 P.06  Job-620

While on duty at the State Facility, Guards shall not:

A. Listen to radios or any other audio medium which is not job related.
B. Watch television.
C. Read any materials which are not job related.
D. Use State telephones for other than State business.
E. Leave their area of responsibility.
F. Entertain personal visitors.
G. Be under the influence of illegal drugs or alcohol.
H. Be under the influence of prescribed medications which may affect job performance.
I. Display a discourteous, abrasive, or belligerent attitude.
J. Sleep.

## 7. REPORTING:

Guards shall complete all required security reports which are required by the State. Written activity reports are required daily. These reports are to be submitted to the Building Manager. Reports shall include, but not be limited to:

A. Identify any exterior doors not properly secured. If the situation is of a suspicious nature, the appropriate law enforcement agency should be notified.
B. Identify any exterior doors with defective hardware which might affect building security.
C. Report any incidents or conditions affecting the safety or security of the building or occupants.
D. Report any defective exterior lights.
E. Note any areas where staff is working after hours.
F. Report unusual circumstances, suspicious persons and any other problems encountered to this appropriate law enforcement agency.
G. Assault, burglary, robbery, vandalism or any suspicious activities shall be reported to the appropriate law enforcement agency. If an emergency dial 9-911.
H. A seriously injured or ill person, i.e. heart attack, stroke, or seizure, should be reported by calling 9-911.
I. Fire or smoke: Call 9-911 and alert building occupants.
J. Electrical outages, broken pipes, smashed windows, etc., notify those persons designated by the State and request that Building & Property Management be notified in order to effect immediate repairs.
K. Contractor will complete all reports dealing with security, law violation, injury and appropriate incident reports as required.

The Building Manager shall be immediately notified at (415) 703-4100 by the Account Supervisor or Site Manager of any of the following occurrences:

A. Any major security/safety conditions occurring in the facility, i.e. fire, felony crimes.
B. Any employee of the Contractor (assigned to this facility) who is arrested or otherwise becomes the focus of a criminal investigation.
C. Any complaints made about an employee of the Contractor by the court clerk or any justice of the court.
D. Any criminal, observed safety, or observed health hazard at the facility which could effect the building operation.

## 8. MANDATED WAGE RATES:

Per Government Code Section 19130, the Contractor agrees, by signing this contract, to not undercut the State's wages by more than 15% at any time during the period of the contract. The dollar amount shown is 14.95% less than what each State classification is paid. The wages are calculated against the State Personnel Board wages as shown on their web page as of February 1, 2005, and are subject to increase or decrease in accordance with the State budgeting process. Any changes in this information will be provided to Contractor for its purposes. The Contractor shall not pay its similar classifications less than:

| Classification | Basic Hourly Rate | Blended Benefit Rate | Total to Be Paid to Employee: |
|---|---|---|---|
| Lead Security Guard | $10.32 | $6.24 | $16.56 |
| Security Guard | $ 9.96 | $6.12 | $16.08 |

**9.  EMPLOYEE BENEFIT PACKAGE:**

Pursuant to Government Code section 19134, contracts for Security Services must include provisions for employee benefits that are valued at least 85 percent of the State employer cost of benefits provided to State employees performing similar duties.

"Employee benefits" means either 1) health, dental and vision benefits (either through a purchased plan or self insurance); 2) cash-in-lieu payments; or 3) a combination of actual benefits and cash-in-lieu payments.

The applicable benefit rate to be paid to Contractor's employees providing covered services under this contract is listed in the above table under "Blended Benefit Rates". Every employee performing covered services under this contract shall receive the applicable rate corresponding to the total number of hours such employee works (excluding overtime). There is no minimum number of work hours required in order to qualify for section 19134 benefits. Only employees performing "covered services" shall receive such benefits; administrative, solely supervisory, or other support personnel are not covered.

The total amount of section 19134 benefits to be paid under this contract shall not exceed $100.00. (This amount is to be filled in separately, by Contractor, and is included in the rates provide by the Contractor.)

Should the Department of Personnel Administration (DPA) post a rate change during the term of this contract, this contract shall be amended to reflect the new benefit rate to be paid to Contractor's covered employees. The amendment shall be retroactive to the date the rate change is posted by DPA.

In order to be paid for the Contract, Contractor must provide monthly written reports to the Building Manager overseeing this Contract, identifying for each preceding month: the names of each employee who received Section 19134 benefits/cash-in-lieu, the number of hours worked by each employee, the hourly benefit rate used for each employee, the total amount of benefits/cash-in-lieu paid to each employee, and the grand total of benefits/cash-in-lieu paid to all employees.

Contractor acknowledges that failure to comply with the provisions of section 19134 will be deemed a material breach of this Contract which could subject the contract to immediate termination at the State's sole option. This Contract and all documents relating to implementation of section 19134 are subject to audit by the Department of General Services, the Bureau of State audits, and/or the State or its designee.

JAN-23-01  15:07  From:C. M. S. W. C.                    5106223285              T-442  P.08  Job-620

**10. CONTRACT'S REPRESENTATIVES DURING THE TERM OF THIS AGREEMENT WILL BE:**

| State of California: | Contractor: |
|---|---|
| Dept. General Services<br>Real Estate Services Division<br>Building & Property Management Branch<br>455 Golden Gate Avenue, Suite 2600<br>San Francisco, CA  94102<br>Attn: James McCrea, Building Manager<br>Phone:  (415)  703-4100<br>Fax:     (415)  703-4604 | Guardsmark, GP<br>44 Montgomery Street, Suite 700<br>San Francisco, CA  94104-3314<br>Attn:  Emily Fan<br>Phone: (415) 956-6070<br>FAX:    (415) 956-8317 |

**PROJECT MONITOR:**  Mr. James McCrea, Building Manager, is assigned as the State Project Monitor for the contract.  Mr. McCrea is not authorized by the State to make any commitments or make any changes which will affect the price, terms, or conditions of the contract.  The State reserves the right to designate a replacement for the State Project Monitor.  The Contractor will be provided with written notice of any such changes.  Mr. McCrea's phone number is (415) 703-4100.'

JAN-25-07  16:07  From:C. H. S. W. C.                5106223265              T-442  P.09    Job-620

# POST ORDERS
## SAN FRANCISCO CIVIC CENTER COMPLEX

| Station/Position | Coverage Hours | Hours per day | Days Per week | Hours per week |
|---|---|---|---|---|
| 350 McAllister Interdiction (1) | Mon. – Fri. 0600 to 1400 | 8 | 5 | 40 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 0700 to 1500 | 8 | 5 | 40 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 0930 to 1730 | 8 | 5 | 40 |
| 350 McAllister Turnstile (1) | Mon. – Fri. 0700 to 0830 & 1200 to 1330 Rover: 0930 to 1200 & 1330 to 1500 | 8 | 5 | 40 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 1500 to 2300 | 8 | 5 | 40 |
| Swing Shift Rover | Mon. – Fri. 1500 to 2300 | 8 | 7 | 56 |
| 350 McAllister Interdiction (1) | Mon. – Fri. 2300 to 0700 | 8 | 5 | 40 |
| 350 McAllister SAT & SUN Day | 0700 to 1500 | 8 | 2 | 16 |
| 350 McAllister SAT & SUN Swing | 1500 to 2300 | 8 | 2 | 16 |
| 350 McAllister SAT & SUN Night | 2300 to 0700 | 8 | 2 | 16 |
| 455 Golden Gate Interdiction (2) | Mon. – Fri. 0700 to 1500 | 16 | 5 | 80 |
| 455 Golden Gate Interdiction (1) | Mon. – Fri. 0730 to 1730 | 10 | 5 | 50 |
| 455 Golden Gate Turnstile (1) | Mon. – Fri. 0700 to 0930/ 1200 to 1330 Rover: 0930 to 1200/ 1330 to 1500 | 8 | 5 | 40 |
| 455 Golden Gate Interdiction (1) | Mon. – Fri. 1500 to 2300 | 8 | 5 | 40 |
| 455 Golden Gate Interdiction (1) Night/Rover | Mon. – Fri. 2300 to 0030 0030 to 0700 | 8 | 5 | 40 |
| 455 Golden Gate SAT & SUN (Day) | 0700 to 1500 | 8 | 2 | 16 |
| SAT & SUN (Day) Rover | 0700 to 1500 | 8 | 2 | 16 |
| 455 Golden Gate SAT & SUN (SW) | 1500 to 2300 | 8 | 2 | 16 |
| 455 Golden Gate SAT & SUN; Night/Rover | 2300 to 0030 0030 to 0700 | 8 | 2 | 16 |
| Fire Control Center | 0000 to 0000 | 24 | 7 | 168 |
| Loading Dock | Mon. – Fri. 0700 to 1800 | 11 | 5 | 55 |
| Loading Dock | Mon. – Fri. 0800-1600 | 8 | 5 | 40 |
| SUPERVISORS | Mon. – Fri. Day | 30 | 5 | 150 |
| SITE MANAGER | Day/Night | 8 | 5 | 40 |

JAN-28-07  16:07  FROM:C. M. S. R. C.                5106223265        T-442 P.10    Job-620

## EXHIBIT B-1

## BUDGET DETAIL AND PAYMENT PROVISIONS

1. **Invoicing and Payment**

   A. Upon satisfactory completion of the work described herein, and upon receipt and approval of the invoice, the State agrees to compensate the Contractor for actual expenditures incurred in accordance with the rates specified herein, which is attached hereto and made a part of this Agreement.

   B. Payment shall be made after satisfactory completion according to the attached Cost Sheet, Exhibit B-2, and upon receipt of an invoice received and approved by the designated representative(s). The invoice must be submitted on contractor's letterhead signed by authorized representative, and include:

   • Agreement number
   • Time period covered
   • Work completed for the period shall be identified (detailed statement of services)

   Submit invoices to:
   Department of General Services
   Real Estate Services Division
   Building & Property Management Branch
   455 Golden Gate Avenue, Suite 2600
   San Francisco, CA 94102

2. **Budget Contingency Clause**

   A. It is mutually agreed that if the Budget Act of the current year and/or any subsequent years covered under this Agreement does not appropriate sufficient funds for the program, this Agreement shall be of no further force and effect. In this event, the State shall have no liability to pay any funds whatsoever to Contractor or to furnish any other considerations under this Agreement and Contractor shall not be obligated to perform any provisions of this Agreement.

   B. If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of this program, the State shall have the option to either cancel this Agreement with no liability occurring to the State, or offer an agreement amendment to Contractor to reflect the reduced amount.

3. **Prompt Payment Clause**

   Payment will be made in accordance with, and within the time specified in, Government Code Chapter 4.5, commencing with Section 927.

JAN-25-07  16:07  From:C. H. S. W. C.                    5106223265               T-442  P.11/49  Job-620

ATTACHMENT III

EXHIBIT B-2
COST SHEET

To:  Department of General Services
     Real Estate Services Division
     Contract Management Section
     707 3rd Street, Suite 3-350
     Attention: Lynne Garrett

Bid Date: February 4, 2005, at 10:00 a.m.

PROJECT # BPM-368
SECURITY SERVICES
SAN FRANCISCO CIVIC CENTER
455 GOLDEN GATE AVENUE, SAN FRANCISCO CA

CONTRACTOR
The undersigned Contractor, as bidder, declares that he/she has carefully examined the proposed work as described, examined the specifications and general conditions therefore, read the instructions to Bidders, and is familiar with all bid requirements, and agrees, if the bid is accepted, to complete the above project in accordance with the Contract Documents, in the time stated herein amounting to a total of:

| Classification | First Year Hourly Rate | | Second Year Hourly Rate | | Third Year Hourly Rate | |
|---|---|---|---|---|---|---|
| | Straight Time | Overtime Rate | Straight Time | Overtime Rate | Straight Time | Overtime Rate |
| Security | $ 24.70 | $ 37.05 | $ 25.09 | $ 37.64 | $ 25.49 | $ 38.24 |
| Lead Security | $ 27.87 | $ 41.81 | $ 28.27 | $ 42.41 | $ 28.67 | $ 43.01 |
| Supervisor | $ 31.06 | $ 46.59 | $ 31.45 | $ 47.18 | $ 31.85 | $ 47.78 |
| Site Manager | $ no cost | $ no cost | $ no cost | $ no cost | $ no cost | $ no cost |

Hourly rates to include and cover all wages, benefits (including California-Mandated Benefits), overhead, taxes, travel, fees, furnishing of all materials, off site supervision, training, and performing of all bonded or non-providing of all supervision, and other means of service also the performance and completion of all the work in the manner set forth, described and shown in the Scope of Work.

| Company Name: | Guardsmark, LLC |
|---|---|
| Bidder's Signature: | x _[signature]_ |

ADDENDA
In submitting this bid, Bidder represents that Bidder has examined copies of all the Contract Documents and acknowledges receipt of the following addenda:

Addendum No. 1  _[initials]_  Date: 2/3/05
Addendum No. 2  _[initials]_  Date: 2/3/05
Addendum No. 3  _[initials]_  Date: 2/3/05
Addendum No. 4  _[initials]_  Date: 2/3/05
*Failure to acknowledge on the Cost Sheet receipt of an addendum shall not in itself be cause for withdrawal or rejection of bid, if it can be shown that bidder did, in fact, receive such addendum prior to bid opening.

**ATTACHMENT II**

### CCC-304

### CERTIFICATION

I, the official named below, CERTIFY UNDER PENALTY OF PERJURY that I am duly authorized to legally bind the prospective Contractor to the clause(s) listed below. This certification is made under the laws of the State of California.

| Contractor/Bidder Firm Name (Printed) | Federal ID Number |
|---|---|
| GUARDSMARK, G.P. | |
| By (Authorized Signature) | APPROVED For Execution |
| | By |
| Printed Name and Title of Person Signing | By |
| Ira A. Lipman, President | By |
| Date Executed  6-9-05 | Executed in the County of |

## CONTRACTOR CERTIFICATION CLAUSES

1. STATEMENT OF COMPLIANCE:   Contractor has, unless exempted, complied with the nondiscrimination program requirements. (GC 12990 (a-f) and CCR, Title 2, Section 8103) (Not applicable to public entities.)

2. DRUG-FREE WORKPLACE REQUIREMENTS:   Contractor will comply with the requirements of the Drug-Free Workplace Act of 1990 and will provide a drug-free workplace by taking the following actions:

   a. Publish a statement notifying employees that unlawful manufacture, distribution, dispensation, possession or use of a controlled substance is prohibited and specifying actions to be taken against employees for violations.

   b. Establish a Drug-Free Awareness Program to inform employees about:

      1) the dangers of drug abuse in the workplace;
      2) the person's or organization's policy of maintaining a drug-free workplace;
      3) any available counseling, rehabilitation and employee assistance programs; and,
      4) penalties that may be imposed upon employees for drug abuse violations.

   c. Every employee who works on the proposed Agreement will:

      1) receive a copy of the company's drug-free workplace policy statement; and,
      2) agree to abide by the terms of the company's statement as a condition of employment on the Agreement.

   Failure to comply with these requirements may result in suspension of payments under the Agreement or termination of the Agreement or both and Contractor may be ineligible for award of any future State agreements if the department determines that any of the following has occurred: the Contractor has made false certification, or violated the certification by failing to carry out the requirements as noted above. (GC 8350 et seq.)

JAN-26-07  16:08  From:C. H. S. M. C.                          6106223265              T-442  P.13/49  Job-620

3. **NATIONAL LABOR RELATIONS BOARD CERTIFICATION:** Contractor certifies that no more than one (1) final un-appealable finding of contempt of court by a Federal court has been issued against Contractor within the immediately preceding two-year period because of Contractor's failure to comply with an order of a Federal court, which orders Contractor to comply with an order of the National Labor Relations Board (PCC 10296) (Not applicable to public entities).

4. **UNION ORGANIZING:** Contractor hereby certifies that no request for reimbursement, or payment under this Agreement, will seek reimbursement for costs incurred to assist, promote or deter union organizing.

5. **CONTRACTS FOR LEGAL SERVICES $50,000 OR MORE- PRO BONO REQUIREMENT:** Contractor hereby certifies that Contractor will comply with the requirements of Section 6072 of the Business and Professions Code, effective January 1, 2003.

   Contractor agrees to make a good faith effort to provide a minimum number of hours of pro bono legal services during each year of the Contract, equal to the lesser of 30 multiplied by the number of full-time attorneys in the firm's offices in the State, with the number of hours prorated on an actual day basis for any contract period of less than a full year or 10% of its contract with the State.

   Failure to make a good faith effort may be cause for non-renewal of a State contract for legal services, and may be taken into account when determining the award of future contracts with the State for legal services.

6. **EXPATRIATE CORPORATIONS:** Contractor hereby declares that it is not an expatriate corporation or subsidiary of an expatriate corporation within the meaning of Public Contract Code Section 10286 and 10286.1, and is eligible to contract with the State of California.

7. **SWEATFREE CODE OF CONDUCT:**

   a. All contractors contracting for the procurement or laundering of apparel, garments or corresponding accessories, or the procurement of equipment, materials, or supplies, other than procurement related to a public works contract, declare under penalty of perjury that no apparel, garments or corresponding accessories, equipment, materials, or supplies furnished to the State pursuant to the Contract, have been laundered or produced in whole or in part by sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor, or with the benefit of sweatshop labor, forced labor, convict labor, indentured labor under penal sanction, abusive forms of child labor or exploitation of children in sweatshop labor. The Contractor further declares under penalty of perjury that they adhere to the Sweatfree Code of Conduct as set forth on the California Department of Industrial Relations website located at www.dir.ca.gov, and Public Contract Code Section 6108.

   b. The Contractor agrees to cooperate fully in providing reasonable access to the Contractor's records, documents, agents or employees, or premises if reasonably required by authorized officials of the contracting agency, the Department of Industrial Relations, or the Department of Justice to determine the Contractor's compliance with the requirements under paragraph (a).

8. **DOMESTIC PARTNERS:**

   Commencing on July 1, 2004, Contractor certifies that it is in compliance with Public Contract Code section 10295.3 with regard to benefits for domestic partners. For any contracts executed or amended, bid packages advertised or made available, or sealed bids received on or after July 1, 2004 and prior to January 1, 2007, a contractor may require an employee to pay the costs of providing additional benefits that are offered to comply with PCC 10295.3.

## DOING BUSINESS WITH THE STATE OF CALIFORNIA

The following laws apply to persons or entities doing business with the State of California.

1. CONFLICT OF INTEREST: Contractor needs to be aware of the following provisions regarding current or former State employees. If Contractor has any questions on the status of any person rendering services or involved with the Agreement, the awarding agency must be contacted immediately for clarification.

Current State Employees (PCC 10410):

1). No officer or employee shall engage in any employment, activity or enterprise from which the officer or employee receives compensation or has a financial interest and which is sponsored or funded by any State agency, unless the employment, activity or enterprise is required as a condition of regular State employment.

2). No officer or employee shall contract on his or her own behalf as an independent contractor with any State agency to provide goods or services.

Former State Employees (PCC 10411):

1). For the two-year period from the date he or she left state employment, no former State officer or employee may enter into a contract in which he or she engaged in any of the negotiations, transactions, planning, arrangements or any part of the decision-making process relevant to the contract while employed in any capacity by any State agency.

2). For the twelve-month period from the date he or she left State employment, no former State officer or employee may enter into a contract with any State agency if he or she was employed by that State agency in a policy-making position in the same general subject area as the proposed contract within the 12-month period prior to his or her leaving State service.

If Contractor violates any provisions of above paragraphs, such action by Contractor shall render this Agreement void. (PCC 10420)

Members of boards and commissions are exempt from this section if they do not receive payment other than payment of each meeting of the board or commission, payment for preparatory time and payment for per diem. (PCC 10430 (e))

2. LABOR CODE/WORKERS' COMPENSATION: Contractor needs to be aware of the provisions which require every employer to be insured against liability for Worker's Compensation or to undertake self-insurance in accordance with the provisions; and Contractor affirms to comply with such provisions before commencing the performance of the work of this Agreement (Labor Code Section 3700).

3. AMERICANS WITH DISABILITIES ACT: Contractor assures the State that it complies with the Americans with Disabilities Act (ADA) of 1990, which prohibits discrimination on the basis of disability, as well as all applicable regulations and guidelines issued pursuant to the ADA (42 U.S.C. 12101 et seq.).

4. CONTRACTOR NAME CHANGE: An amendment is required to change the Contractor's name as listed on this Agreement. Upon receipt of legal documentation of the name change the State will process the amendment. Payment of invoices presented with a new name cannot be paid prior to approval of said amendment.

5. CORPORATE QUALIFICATIONS TO DO BUSINESS IN CALIFORNIA:

a. When agreements are to be performed in the State by corporations, the contracting agencies will be verifying that the contractor is currently qualified to do business in California in order to ensure that all obligations due to the State are fulfilled.

b. "Doing business" is defined in R&TC Section 23101 as actively engaging in any transaction for the purpose of financial or pecuniary gain or profit. Although there are some statutory exceptions to taxation, rarely will a corporate contractor performing within the State not be subject to the franchise tax.

c. Both domestic and foreign corporations (those incorporated outside of California) must be in good standing in order to be qualified to do business in California. Agencies will determine whether a corporation is in good standing by calling the Office of the Secretary of State.

6. RESOLUTION: A county, city, district, or other local public body must provide the State with a copy of a resolution, order, motion, or ordinance of the local governing body which by law has authority to enter into an agreement, authorizing execution of the agreement.

7. AIR OR WATER POLLUTION VIOLATION: Under the State laws, the Contractor shall not be: (1) in violation of any order or resolution not subject to review promulgated by the State Air Resources Board or an air pollution control district; (2) subject to cease and desist order not subject to review issued pursuant to Section 13301 of the Water Code for violation of waste discharge requirements or discharge prohibitions; or (3) finally determined to be in violation of provisions of federal law relating to air or water pollution.

8. PAYEE DATA RECORD FORM STD. 204: This form must be completed by all contractors that are not another State agency or other government entity.

GTC 304

## EXHIBIT C

## GENERAL TERMS AND CONDITIONS

1. APPROVAL: This Agreement is of no force or effect until signed by both parties and approved by the Department of General Services, if required. Contractor may not commence performance until such approval has been obtained.

2. AMENDMENT: No amendment or variation of the terms of this Agreement shall be valid unless made in writing, signed by the parties and approved as required. No oral understanding or Agreement not incorporated in the Agreement is binding on any of the parties.

3. ASSIGNMENT: This Agreement is not assignable by the Contractor, either in whole or in part, without the consent of the State in the form of a formal written amendment.

4. AUDIT: Contractor agrees that the awarding department, the Department of General Services, the Bureau of State Audits, or their designated representative shall have the right to review and to copy any records and supporting documentation pertaining to the performance of this Agreement. Contractor agrees to maintain such records for possible audit for a minimum of three (3) years after final payment, unless a longer period of records retention is stipulated. Contractor agrees to allow the auditor(s) access to such records during normal business hours and to allow interviews of any employees who might reasonably have information related to such records. Further, Contractor agrees to include a similar right of the State to audit records and interview staff in any subcontract related to performance of this Agreement. (GC 8546.7, PCC 10115 et seq., CCR Title 2, Section 1896).

5. INDEMNIFICATION: Contractor agrees to indemnify, defend and save harmless the State, its officers, agents and employees from any and all claims and losses accruing or resulting to any and all contractors, subcontractors, suppliers, laborers, and any other person, firm or corporation furnishing or supplying work services, materials, or supplies in connection with the performance of this Agreement, and from any and all claims and losses accruing or resulting to any person, firm or corporation who may be injured or damaged by Contractor in the performance of this Agreement.

6. DISPUTES: Contractor shall continue with the responsibilities under this Agreement during any dispute.

7. TERMINATION FOR CAUSE: The State may terminate this Agreement and be relieved of any payments should the Contractor fail to perform the requirements of this Agreement at the time and in the manner herein provided. In the event of such termination the State may proceed with the work in any manner deemed proper by the State. All costs to the State shall be deducted from any sum due the Contractor under this Agreement and the balance, if any, shall be paid to the Contractor upon demand.

8, INDEPENDENT CONTRACTOR: Contractor, and the agents and employees of Contractor, in the performance of this Agreement, shall act in an independent capacity and not as officers or employees or agents of the State.

9. RECYCLING CERTIFICATION: The Contractor shall certify in writing under penalty of perjury, the minimum, if not exact, percentage of recycled content, both post consumer waste and secondary waste as defined in the Public Contract Code, Sections 12161 and 12200, in materials, goods, or supplies offered or products used in the performance of this Agreement, regardless of whether the product meets the required recycled product percentage as defined in the Public Contract Code, Sections 12161 and 12200. Contractor may certify that the product contains zero recycled content. (PCC 10233, 10308.5, 10354)

10. NON-DISCRIMINATION CLAUSE: During the performance of this Agreement, Contractor and its subcontractors shall not unlawfully discriminate, harass, or allow harassment against any employee or applicant for employment because of sex, race, color, ancestry, religious creed, national origin, physical disability (including HIV and AIDS), mental disability, medical condition (cancer), age (over 40), marital status, and denial of family care leave. Contractor and subcontractors shall insure that the evaluation and treatment of their employees and applicants for employment are free from such discrimination and harassment. Contractor and subcontractors shall comply with the provisions of the Fair Employment and Housing Act (Government Code Section 12990 (a-f) et seq.) and the applicable regulations promulgated thereunder (California Code of Regulations, Title 2, Section 7285 et seq.). The applicable regulations of the Fair Employment and Housing Commission implementing Government Code Section 12990 (a-f), set forth in Chapter 5 of Division 4 of Title 2 of the California Code of Regulations, are incorporated into this Agreement by reference and made a part hereof as if set forth in full. Contractor and its subcontractors shall give written notice of their obligations under this clause to labor organizations with which they have a collective bargaining or other Agreement.

Contractor shall include the nondiscrimination and compliance provisions of this clause in all subcontracts to perform work under the Agreement.

11. CERTIFICATION CLAUSES: The CONTRACTOR CERTIFICATION CLAUSES contained in the document CCC 304 are hereby incorporated by reference and made a part of this Agreement by this reference as if attached hereto.

12. TIMELINESS: Time is of the essence in this Agreement.

13. COMPENSATION: The consideration to be paid Contractor, as provided herein, shall be in compensation for all of Contractor's expenses incurred in the performance hereof, including travel, per diem, and taxes, unless otherwise expressly so provided.

14. GOVERNING LAW: This contract is governed by and shall be interpreted in accordance with the laws of the State of California.

15. ANTITRUST CLAIMS: The Contractor by signing this agreement hereby certifies that if these services or goods are obtained by means of a competitive bid, the Contractor shall comply with the requirements of the Government Codes Sections set out below.

a. The Government Code Chapter on Antitrust claims contains the following definitions:

1). "Public purchase" means a purchase by means of competitive bids of goods, services, or materials by the State or any of its political subdivisions or public agencies on whose behalf the Attorney General may bring an action pursuant to subdivision (c) of Section 16750 of the Business and Professions Code.

2). "Public purchasing body" means the State or the subdivision or agency making a public purchase. Government Code Section 4550.

b. In submitting a bid to a public purchasing body, the bidder offers and agrees that if the bid is accepted, it will assign to the purchasing body all rights, title, and interest in and to all causes of action it may have under Section 4 of the Clayton Act (15 U.S.C. Sec. 15) or under the Cartwright Act (Chapter 2 (commencing with Section 16700) of Part 2 of Division 7 of the Business and Professions Code), arising from purchases of goods, materials, or services by the bidder for sale to the purchasing body pursuant to the bid. Such assignment shall be made and become effective at the time the purchasing body tenders final payment to the bidder. Government Code Section 4552.

c. If an awarding body or public purchasing body receives, either through judgment or settlement, a monetary recovery for a cause of action assigned under this chapter, the assignor shall be entitled to receive reimbursement for actual legal costs incurred and may, upon demand, recover from the public body any portion of the recovery, including treble damages, attributable to overcharges that were paid by the assignor but were not paid by the public body as part of the bid price, less the expenses incurred in obtaining that portion of the recovery. Government Code Section 4553.

d. Upon demand in writing by the assignor, the assignee shall, within one year from such demand, reassign the cause of action assigned under this part if the assignor has been or may have been injured by the violation of law for which the cause of action arose and (a) the assignee has not been injured thereby, or (b) the assignee declines to file a court action for the cause of action. See Government Code Section 4554.

16. CHILD SUPPORT COMPLIANCE ACT: "For any Agreement in excess of $100,000, the contractor acknowledges in accordance with Public Contract Code 7110, that:

a). The contractor recognizes the importance of child and family support obligations and shall fully comply with all applicable state and federal laws relating to child and family support enforcement, including, but not limited to, disclosure of information and compliance with earnings assignment orders, as provided in Chapter 8 (commencing with section 5200) of Part 5 of Division 9 of the Family Code; and

b) The contractor, to the best of its knowledge is fully complying with the earnings assignment orders of all employees and is providing the names of all new employees to the New Hire Registry maintained by the California Employment Development Department."

17. UNENFORCEABLE PROVISION: In the event that any provision of this Agreement is unenforceable or held to be unenforceable, then the parties agree that all other provisions of this Agreement have force and effect and shall not be affected thereby.

18. UNION ACTIVITIES For all contracts, except fixed price contracts of $50,000 or less, the Contractor acknowledges that:

By signing this agreement Contractor hereby acknowledges the applicability of Government Code Section 16645 through Section 16649 to this agreement and agrees to the following:

a) Contractor will not assist, promote or deter union organizing by employees performing work on a state service contract, including a public works contract.

b) No state funds received under this agreement will be used to assist, promote or deter union organizing.

c) Contractor will not, for any business conducted under this agreement, use any state property to hold meetings with employees or supervisors, if the purpose of such meetings is to assist, promote or deter union organizing, unless the state property is equally available to the general public for holding meetings.

d) If Contractor incurs costs, or makes expenditures to assist, promote or deter union organizing, Contractor will maintain records sufficient to show that no reimbursement from state funds has been sought for these costs, and that Contractor shall provide those records to the Attorney General upon request.

S:\ADMIN\homepage gtc 304 kay.doc

## EXHIBIT D
## ADDITIONAL PROVISIONS

1.  **EXCISE TAX:** The State of California is exempt from Federal Excise Taxes, and no payment will be made for any taxes levied on employees' wages. The State will pay for any applicable State of California or local sales or use taxes on the services rendered or equipment or parts supplied pursuant to this agreement. California may pay any applicable sales or use tax imposed by another state.

2.  **SETTLEMENT OF DISPUTES:** In the event of a dispute, Contractor shall file a "Notice of Dispute" with Department of General Services, director or designee within ten (10) days of discovery of the problem. Within ten (10) days the director or designee shall meet with the Contractor and Project Manager for purposes of resolving the dispute. The decision of the director or designee shall be final. In the event of a dispute, the language contained within this agreement shall prevail over any other language including that of the bid proposal.

3.  **AGENCY LIABILITY:** The Contractor warrants by execution of this Agreement, that no person or selling agency has been employed or retained to solicit or secure this Agreement upon agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business. For breach or violation of this warranty, the State shall, in addition to other remedies provided by law, have the right to annul this Agreement without liability, paying only for the value of the work actually performed, or otherwise recover the full amount of such commission, percentage, brokerage, or contingent fee.

4.  **POTENTIAL SUBCONTRACTORS:** Nothing contained in this Agreement or otherwise shall create any contractual relation between the State and any subcontractors, and no subcontract shall relieve the Contractor of its responsibilities and obligations hereunder. The Contractor agrees to be as fully responsible to the State for the acts and omissions of its subcontractors and of persons either directly or indirectly employed by any of them as it is for the acts and omissions of persons directly employed by the Contractor. The Contractor's obligation to pay its subcontractors is an independent obligation from the State's obligation to make payments to the Contractor. As a result, the State shall have no obligation to pay or enforce the payment of any moneys to any subcontractor.

5.  **RIGHT TO TERMINATE:** The State reserves the right to terminate this agreement subject to 30 days written notice to the Contractor. Contractor may submit a written request to terminate this agreement only if the State should substantially fail to perform its responsibilities as provided herein.
    However, the agreement can be immediately terminated for cause. The term "for cause" shall mean that the Contractor fails to meet the terms, conditions, and/or responsibilities of the contract. In this instance, the contract termination shall be effective as of the date indicated on the State's notification to the Contractor.
    This agreement may be suspended or cancelled without notice, at the option of the Contractor, if the Contractor or State's premises or equipment are destroyed by fire or other catastrophe, or so substantially damaged that it is impractical to continue service, or in the event the Contractor is unable to render service as a result of any action by any governmental authority.

6.  **INSURANCE:** Prior to commencement of the work, the contractor will provide evidence in the form of a certificate indicating that the below listed insurance is in effect. Said insurance must be maintained in force at the commencement of and for the duration of the contract.
    A. Worker's Compensation insurance in compliance with California Labor Code.
    B. General liability insurance with limits of at least $5,000,000. limit. Such insurance shall include the following provisions:
       1. The State of California, its officers, employees, and servants are included as additional insureds, but only insofar as operations under this contract are concerned.
       2. Cancellation of this insurance will not be effective until 30 days following receipt or a written cancellation notice by the State of California.

7.  **CONTRACT EXTENSION:** This contract may be extended by mutual agreement, by way of a signed and approved amendment to this Agreement.

CHRISTOPHER R. ROBYN, ESQ. (SBN 243149)
chris.robyn@hrdlaw.com
HEINTZ ROBYN & DIGESTI LLP
1113 Adella Avenue Suite 100
Coronado, California 92118
Phone: (800) 939-8533
Fax: (800) 939-8533

LAURENCE P. DIGESTI (SBN 74323)
digestilaw@aol.com
LAW OFFICES OF LAURENCE P. DIGESTI
485 W. Fifth Street
Reno, NV 89503
Phone: (775) 323-7797
Fax: (775) 323-5944

Attorneys for Plaintiffs JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK, individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> vs. <br><br> GUARDSMARK, LLC and DOES 1-25, <br> Defendants | Case No.: C 07 4367 BZ <br><br> **CERTIFICATE OF INTERESTED ENTITIES** <br><br> [LOCAL RULE 3-16] |

Certificate of Interested Entities

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 27th, 2007                    HEINTZ ROBYN & DIGESTI LLP


BY: _____
Christopher R. Robyn, Esq.
Attorney of Record Plaintiffs

CERTIFICATE OF INTERESTED ENTITIES
1

1  CHRISTOPHER R. ROBYN, ESQ. (SBN 243149)
   chris.robyn@hrdlaw.com
2  HEINTZ ROBYN & DIGESTI LLP
   1113 Adella Avenue Suite 100
3  Coronado, California 92118
   Phone: (800) 939-8533
4  Fax:  (800) 939-8533

5  LAURENCE P. DIGESTI (SBN 74323)
   digestilaw@aol.com
6  LAW OFFICES OF LAURENCE P. DIGESTI
   485 W. Fifth Street
7  Reno, NV 89503
   Phone:  (775) 323-7797
8  Fax:  (775) 323-5944

9  Attorneys for Plaintiffs JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK, individually and
   on behalf of all others similarly situated
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC and DOES 1-25,<br><br>Defendants. | Case No.: C 07 4367 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR LIMITED PURPOSE OF HEARING MOTION TO REMAND REMOVED ACTION TO STATE COURT** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR LIMITED PURPOSE OF HEARING MOTION TO REMAND REMOVED ACTION TO STATE COURT

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge hear Plaintiffs' Motion to Remand Removed Action to State Court and issue a subsequent decision. With this consent, Plaintiffs do not concede that this Court has subject matter jurisdiction under 28 U.S.C. Section 1447(c).

1    Appeal from judgment shall be taken directly to the United States Court of Appeals for

2    the Ninth Circuit.

3    DATED:  September 27th, 2007                    HEINTZ ROBYN & DIGESTI LLP

4
                                                    BY:  _____
5                                                        Christopher R. Robyn, Esq.
6                                                        Attorney of Record Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR LIMITED PURPOSE
2

CHRISTOPHER R. ROBYN, ESQ. (SBN 243149)
chris.robyn@hrdlaw.com
HEINTZ ROBYN & DIGESTI LLP
1113 Adella Avenue Suite 100
Coronado, California 92118
Phone: (800) 939-8533
Fax: (800) 939-8533

LAURENCE P. DIGESTI (SBN 74323)
digestilaw@aol.com
LAW OFFICES OF LAURENCE P. DIGESTI
485 W. Fifth Street
Reno, NV 89503
Phone: (775) 323-7797
Fax: (775) 323-5944

Attorneys for Plaintiffs JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK, individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>GUARDSMARK, LLC and DOES 1-25,<br>         Defendants | Case No.: C 07 4367 BZ<br><br>**CERTIFICATE OF SERVICE BY U.S. MAIL – FED R CIV P 5(b), (d)** |

Certificate of Service by U.S. Mail

I am over the age of 18 and not a party to this action. I certify that, before 5:00 p.m. on September 27th, 2007, I placed a true and correct copy of the attached following attached files,

1.    **PARTIES STIPULATION TO FILING OF FIRST AMENDED COMPLAINT;**

2.    **FIRST AMENDED COMPLAINT;**

3.    **CERTIFICATE OF INTERESTED ENTITIES; and**

4.    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

together with all attachments, exhibits and supporting papers, in the United States mail, in a properly-addressed envelope, with first class postage duly paid and affixed to the envelopes, and with the envelope addressed to:

Martin D. Bern, Esq.
Attorney for Defendants
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

I am familiar with Heintz Robyn & Digesti LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence that is placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare under penalty of perjury that all of the statements made in this Certificate of Service are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

This Certificate was executed on September 27th, 2007 at Coronado, California.

RICHARD ROBYN