## DECLARATION OF CHRISTOPHER R. ROBYN

1. I am an attorney duly licensed to practice law in the State of California and am a Partner with the law firm of Heintz Robyn & Digesti LLP, counsel of record for Plaintiffs JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK. This declaration is being made in support of Plaintiffs' Notice of Motion and Motion For Order Remanding Removed Action to State Court. I am personally familiar with the facts set forth herein, except those matters set forth upon information and belief, and as to those matters, I am informed and believe them to be true. If called to testify, I could and would competently testify to the matters stated therein.

2. On July 25, 2007, Guardsmark LLC, Guardsmark GP, LLC and Guardsmark Holdings, Inc. were each served with a copy of the complaint. On July 26th, Guardsmark Inc. was served with a copy of the complaint via service on the California Secretary of State.

3. On August 20, 2007, a dismissal, without prejudice, of three Defendants was filed in Superior Court pursuant to stipulation of the parties. The three Defendants that were dismissed without prejudice were Guardsmark GP, LLC, Guardsmark, Inc. and Guardsmark Holdings, Inc.

4. On August 23, 2007, Defendant filed a Notice of Removal and Removal Petition with this Court.

5 On September 18, 2007 Defendant stipulated to Plaintiffs' request to file a First Amended Complaint, but declined to stipulate the Motion for Order Remanding Removed Action to State Court (the "Motion").

6. Plaintiffs concurrently filed the First Amended Complaint and this Motion. Through the First Amended Complaint and this Motion, Plaintiffs seek to remand the action to San Francisco Superior Court based upon the Points and Authorities contained in this Motion and the pleadings and papers on file with the Court.

7. Plaintiffs amended their complaint to dismiss any causes of action that provide this Court with subject matter jurisdiction. Specifically, Plaintiffs' Fourth Cause of Action (Breach of the DGS Contract re: Holiday Pay), Plaintiffs' Fifth Cause of Action (Breach of the

DECLARATION OF CHRISTOPHER R. ROBYN IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR ORDER REMANDING REMOVED ACTION TO STATE COURT- 1

1

1 | CBA re: Holiday Pay), Plaintiffs' Sixth Cause of Action (Breach of the CBA re: Training
2 | Payment) and a portion of Plaintiffs' Seventh Cause of Action (Breach of Implied Covenant of
3 | Good Faith and Fair Dealing re: breaches of the CBA for Holiday Pay and Training Pay). The
4 | First, Second, Third, and Eighth causes of action in the original complaint are plead in the First
5 | Amended Complaint. No additional causes of action are plead in the First Amended Complaint.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 27th day of September, 2007, at Coronado, California.

*Christopher R. Robyn, Esq.*

Christopher R. Robyn, Declarant

DECLARATION OF CHRISTOPHER R. ROBYN IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR ORDER REMANDING REMOVED ACTION TO STATE COURT- 2

2