**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC and DOES 1-25,<br>        Defendants | Case No.: C 07 4367 BZ<br><br>**ORDER GRANTING MOTION FOR ORDER REMANDING REMOVED ACTION TO STATE COURT** |

This matter came on for hearing on _____, 2007, on Plaintiffs' duly noticed Motion for Order Remanding Removed Action to State Court. Having read the papers submitted in support of and in opposition to the motion and having considered the arguments of counsel, the Court finds that this Court is without subject matter jurisdiction under 28 U.S.C. § 1447(c) and therefore, Plaintiffs' Motion is granted.

IT IS ORDERED THAT:

1.      The motion is GRANTED; and

2.      The removed action is remanded to California Superior Court, County of San Francisco.

Dated: _____, 2007

_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO REMAND REMOVED ACTION TO STATE COURT

1