CHRISTOPHER R. ROBYN, ESQ. (SBN 243149)
chris.robyn@hrdlaw.com
HEINTZ ROBYN & DIGESTI LLP
1113 Adella Avenue Suite 100
Coronado, California 92118
Phone: (800) 939-8533
Fax: (800) 939-8533

LAURENCE P. DIGESTI (SBN 74323)
digestilaw@aol.com
LAW OFFICES OF LAURENCE P. DIGESTI
485 W. Fifth Street
Reno, NV 89503
Phone: (775) 323-7797
Fax: (775) 323-5944

Attorneys for Plaintiffs JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK, individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC and DOES 1-25,<br>    Defendants | Case No.: C 07 4367 BZ<br><br>**CERTIFICATE OF SERVICE BY U.S. MAIL -- FED R CIV P 5(b), (d)** |

Certificate of Service by U.S. Mail

I am over the age of 18 and not a party to this action. I certify that, before 5:00 p.m. on September 27th, 2007, I placed a true and correct copy of the attached following attached files,

1. **NOTICE OF MOTION AND MOTION FOR ORDER REMANDING REMOVED ACTION TO STATE COURT;**

2. **DECLARATION OF CHRISTOPHER R. ROBYN IN SUPPORT OF MOTION FOR ORDER REMANDING REMOVED ACTION TO STATE COURT; and**

3. **PROPOSED ORDER**

CERTIFICATE OF SERVICE BY U.S. MAIL
1

together with all attachments, exhibits and supporting papers, in the United States mail, in a properly-addressed envelope, with first class postage duly paid and affixed to the envelopes, and with the envelope addressed to:

Martin D. Bern, Esq.
Attorney for Defendants
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

I am familiar with Heintz Robyn & Digesti LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence that is placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare under penalty of perjury that all of the statements made in this Certificate of Service are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

This Certificate was executed on September 27th, 2007 at Coronado, California.

RICHARD ROBYN