CHRISTOPHER R. ROBYN, ESQ. (SBN 243149)
chris.robyn@hrdlaw.com
HEINTZ ROBYN & DIGESTI LLP
1113 Adella Avenue Suite 100
Coronado, California 92118
Phone: (800) 939-8533
Fax: (800) 939-8533

LAURENCE P. DIGESTI (SBN 74323)
digestilaw@aol.com
LAW OFFICES OF LAURENCE P. DIGESTI
485 W. Fifth Street
Reno, NV 89503
Phone: (775) 323-7797
Fax: (775) 323-5944

Attorneys for Plaintiffs JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK, individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br>vs.<br>GUARDSMARK, LLC and DOES 1-25,<br>　　　　Defendant | Case No.: C 07 4367 BZ<br><br>**NOTICE OF CHANGE OF HEARING DATE FOR MOTION FOR ORDER REMANDING REMOVED ACTION TO STATE COURT**<br><br>Date of Hearing: 12/5/2007<br>Time of Hearing: 10:00AM<br>Courtroom No. G |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on December 5th, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK (collectively "Plaintiffs") will move this Court, at the United States Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom G, for an order, pursuant to 28 U.S.C. Section 1447(c), remanding this action to the Superior Court for the State of California, for the County of San Francisco, on the ground that the District Court is without jurisdiction over this action, as plead in Plaintiffs' First Amended Complaint.

1  This Notice is based on the Motion For Order Remanding Removed Action To State Court, the accompanying declaration of Christopher R. Robyn, Esq., the accompanying Memorandum of Points and Authorities, and the pleadings on file in this action.

DATED: October 2, 2007

HEINTZ ROBYN & DIGESTI LLP

BY: _____
Christopher R. Robyn, Esq.
Attorney for Plaintiffs JOEL ASSEKO,
ALFREDO RITA, and ALEX SHPAK,
individually and on behalf of all others similarly situated