CHRISTOPHER R. ROBYN, ESQ. (SBN 243149)
chris.robyn@hrdlaw.com
HEINTZ ROBYN & DIGESTI LLP
1113 Adella Avenue Suite 100
Coronado, California 92118
Phone: (800) 939-8533
Fax: (800) 939-8533

LAURENCE P. DIGESTI (SBN 74323)
digestilaw@aol.com
LAW OFFICES OF LAURENCE P. DIGESTI
485 W. Fifth Street
Reno, NV 89503
Phone: (775) 323-7797
Fax: (775) 323-5944

Attorneys for Plaintiffs JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC and DOES 1-25,<br>    Defendants. | Case No.: C 07 4367 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge Conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: October 2, 2007                    HEINTZ ROBYN & DIGESTI LLP

                                                  BY: _____
                                                      Christopher R. Robyn, Esq.
                                                      Attorney of Record Plaintiffs