# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

October 3, 2007

To:  Martin D. Bern
     Malcolm A. Heinicke
     Paul Jeffrey Katz
     Munger Tolles & Olson LLP
     560 Mission Street, 27th Floor
     San Francisco, CA 94105-2907

Re: Joel Asseko, et al. v. Guardsmark, LLC - C07-4367 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. . A hearing has since been scheduled for **December 5, 2007 at 10:00 a.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within 5 calendar days. Plaintiff's counsel will serve defendant's counsel with this letter. All forms are due within 5 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By: /s/ Lashanda Scott
    Lashanda Scott
    Courtroom Deputy

N:\asseko.wpd