1  MARTIN D. BERN (SBN 153203)
   martin.bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
   malcolm.heinicke@mto.com
3  PAUL J. KATZ (SBN 243932)
   paul.katz@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   Attorneys for Defendant
8  GUARDSMARK, LLC

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO/OAKLAND DIVISION

12

13 | JOEL ASSEKO, ALFREDO RITA, and          | CASE NO.  C 07 4367 BZ
   | ALEX SHPAK, individually and on behalf  |
14 | of all others similarly situated,       | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
   |                                         |
15 |              Plaintiff,                 |
   |                                         |
16 |     vs.                                 |
   |                                         |
17 | GUARDSMARK, LLC and DOES 1-25,          |
   |                                         |
18 |              Defendant.                 |

3718083.1

| | |
|---|---|
| 1 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| 2 | In accordance with the provisions of Title 28, U.S.C. Section 636(c), the |
| 3 | undersigned party hereby voluntarily consents to have United States Magistrate Judge Bernard |
| 4 | Zimmerman conduct any and all further proceedings in the case, including trial, and the entry of a |
| 5 | final judgment. Appeal from the judgment shall be taken directly to the United States Court of |
| 6 | Appeals for the Ninth Circuit. |

DATED: October 4, 2007

MUNGER, TOLLES & OLSON LLP
    MARTIN D. BERN
    MALCOLM A. HEINICKE
    PAUL J. KATZ

By: _____
               PAUL J. KATZ

Attorneys for Defendant
GUARDSMARK, LLC