MARTIN D. BERN (SBN 153203)
Martin.Bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
PAUL J. KATZ (SBN 243932)
Paul.Katz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC and DOES 1-25,<br><br>Defendant. | CASE NO. C 07 4367 BZ<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

      WHEREAS, JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK (collectively "Plaintiffs"), and Defendant GUARDSMARK, LLC ("Guardsmark") stipulated on September 28, 2007, that Guardsmark shall have thirty (30) days from the filing of the First Amended Complaint to respond to the amended complaint; and

      WHEREAS, Plaintiffs, on September 28, 2007, filed a Motion to Remand this matter to state court; and

      WHEREAS, this Court is scheduled to hear the Motion to Remand on December 5, 2007; and

      WHEREAS, enlarging Guardsmark's time in which to respond to the First

3801834.1

1  Amended Complaint until after this Court renders a decision on the Motion to Remand will
2  benefit both parties and serve judicial economy;
3      IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(a) that:
4      1. Guardsmark shall have fifteen (15) days to respond to Plaintiffs' First
5         Amended Complaint from this Court's final decision regarding Plaintiffs'
6         Motion to Remand; and
7      2. The parties' stipulation to enlarge time in which to respond is not a
8         concession of any kind with respect to the merits of the case nor does it
9         waive the right to raise any potential motions or arguments.

DATED: October 22, 2007

MUNGER, TOLLES & OLSON LLP
MARTIN D. BERN
MALCOLM A. HEINICKE
PAUL J. KATZ

By: _____
    MARTIN D. BERN

Attorneys for Defendant Guardsmark, LLP

DATED: October 18, 2007

CHRISTOPHER R. ROBYN, ESQ.

By: _____
    CHRISTOPHER R. ROBYN

Attorney for Plaintiffs JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all others similarly situated

3801834.1

- 2 -