UNITED STATES DISTRICT COURT,
NORTHEN DISTRICT OF CALIFORNIA

ALOYSIUS L. RHODES,  )
       Plaintiff.  )
        )    No. C 07 03754BZ
vs.  )
        )    **ORDER CONTINUING CASE**
MARK HEADRICK,  )    **MANAGEMENT CONFERENCE**
       Defendant.  )

IT IS HEREBY ORDERED that the initial case management conference in this action originally scheduled for November 19, 2007 be continued to January 14, 2008 at 4:00 p.m.

IT IS FURTHER ORDERED that a Case Management Statement be timely filed prior to the continued case management conference.

**IT IS SO ORDERED.**

Dated: 16 Nov 07

BERNARD ZIMMERMAN
United States Magistrate Judge

-1-