UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ASSEKO, ALFREDO RITA and ALEX SHPAK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GUARDSMARK LLC, et al.,<br><br>        Defendant(s). | No. C07-4367 BZ<br><br>**CLERK'S NOTICE REGARDING TENTATIVE RULING ON PLAINTIFFS' MOTION TO REMAND** |

    Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on plaintiffs' Motion To Remand.  The **December 5, 2007** hearing remains on calendar.

Dated: November 27, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\ASSEKO\CLERKSTENTATIVERULING.NOT.wpd

1