**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **12/05/2007**

**C07-4367 BZ**

**Joel Asseko, et al., v. Guardsmark, et al.**

Attorneys:   Christopher R. Robyn & Charles M. Heintz    Martin D. Bern

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**        Court Reporter::**Juanita Gonzalez;10:47-11:12**

**PROCEEDINGS:**                                                         **RULING:**

1. Plaintiff's Motion to Remand Action to State Court         Matter Submitted
2.

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX  ) ORDER TO BE PREPARED BY:    Plntf ____  Deft ____  Court  XX

(    ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
       (  ) By Court    (  ) Parties to approach Magistrate in future
(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date -                             Trial Date-
                                                   Type of Trial:

Notes: