**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 14, 2007

Superior Court of California
County of San Francisco
Office of the Clerk
400 McAllister Street
San Francisco, California 94102

    RE: <u>JOEL ASSEKO, et al. -v- GUARDSMARK LLC, et al.,  Case No. C-07-4367-BZ</u>
       Your Case Number: <u>CGC-07-463846</u>

Dear Clerk:

    Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: <u>Thelma Nudo</u>
        Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg