**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 14, 2007

*COPY*

*FILED DEC 31 2007 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

DEC 18 2007

GORDON PARK-LI, Clerk
by: Deputy Clerk*

Superior Court of California
County of San Francisco
Office of the Clerk
400 McAllister Street
San Francisco, California 94102

RE: JOEL ASSEKO, et al. -v- GUARDSMARK LLC, et al., Case No. C-07-4367-BZ
Your Case Number: CGC-07-463846

Dear Clerk:

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

(X) Certified copies of docket entries

(X) Certified copies of Remand Order

( ) Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record